UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| George Bavolak individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Atkore, Inc., Cantex Inc., Diamond Plastics Corporation, IPEX USA LLC, JM Eagle, Inc., National Pipe & Plastics, Inc., OPIS, Otter Tail Corporation, Prime Conduit, Inc., Southern Pipe, Inc., and Westlake Corporation,<br><br>Defendants. | Case No. 1:24-cv-07639<br><br>Hon. LaShonda A. Hunt |
| BLAKE WROBBEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ATKORE INC.; CANTEX INC.; DIAMOND PLASTICS CORPORATION; IPEX USA LLC; JET STREAM, INC.; J-M MANUFACTURING COMPANY, INC. d/b/a JM EAGLE; NATIONAL PIPE & PLASTICS, INC.; OIL PRICE INFORMATION SERVICE, LLC; OTTER TAIL CORPORATION; PRIME CONDUIT, INC.; SANDERSON PIPE CORPORATION; SOUTHERN PIPE & SUPPLY COMPANY, INC.; and WESTLAKE CORPORATION,<br><br>Defendants. | Case No. 1:24-cv-08012<br><br>Hon. Jeremy C. Daniel |

# JOINT MOTION AND STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT WESTLAKE CORPORATION REGARDING RELATEDNESS, REASSIGNMENT, AND INITIAL CASE MANAGEMENT DEADLINES

Pursuant to Rules 4, 12, 16, and 26 of the Federal Rules of Civil Procedure and Local Rule 40.4 of the Local Rules of the United States District Court for the Northern District of Illinois, Plaintiffs in the actions styled *Bavolak v. Atkore, Inc. et al.*, No. 1:24-cv-07639 (N.D. Ill.) ("*Bavolak* action") and *Wrobbel et al. v. Atkore Inc. et al.*, No. 1:24-cv-08012 (N.D. Ill.) ("*Wrobbel* action") (collectively, the "Actions"), and Defendant Westlake Corporation (together with Plaintiffs, the "Parties") stipulate and move as follows.

## RELATEDNESS

1. The *Bavolak* action, pending before the Honorable LaShonda A. Hunt, and the *Wrobbel* action, pending before the Honorable Jeremy C. Daniel, are related to each other. Plaintiff in the *Bavolak* action filed an uncontested motion seeking an order on the relatedness of these cases on September 4, 2024. *See* ECF No. 20. The Court has scheduled a telephonic hearing for this motion on September 19, 2024 at 10:00 a.m.

## SERVICE OF PROCESS

2. Pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, service of process of the first complaint in the *Bavolak* action was completed on all but two Defendants (Atkore, Inc. and JM Eagle, Inc.) between August 27, 2024 and September 3, 2024. Pursuant to Rule 15(a)(1), Plaintiff in the *Bavolak* action amended his complaint on September 6, 2024. Pursuant to Rules 12(a)(1)(A)(i) and 15(a)(3) of the Federal Rules of Civil Procedure, the deadline for a number of Defendants to serve responsive pleadings to the complaint in the *Bavolak* matter is now 14 days from service of the amended complaint, which is underway.

3. Service of process of the second complaint in the *Wrobbel* action is underway and, as of September 10, 2024, is believed to have been completed on all but one Defendant (JM Eagle, Inc.).

4. Certain Defendants have not yet entered appearances in the *Bavolak* action or are in the process of retaining counsel, including Atkore, Inc., Cantex Inc., Diamond Plastics Corporation, IPEX USA LLC, JM Eagle, Inc., National Pipe & Plastics, Inc., OPIS, Otter Tail Corporation, Prime Conduit, Inc., and Southern Pipe, Inc.

5. Any Defendant who has not joined this Joint Motion may become bound by its terms by having one or more of their attorneys file a notice of appearance prior to the deadline for that Defendant to answer or otherwise respond pursuant to Fed. R. Civ. P. 12 and 15 and filing a joinder to this Joint Motion via ECF.

6. Defendant agrees to accept service of process of the consolidated complaint as described below.

7. Except as to the defense of insufficiency of service of process in this action, no defense of any of Defendant, including without limitation defenses based upon lack of personal jurisdiction, subject matter jurisdiction, or venue, is prejudiced or waived by such Defendant executing, agreeing to, joining, or filing this Joint Motion.

8. All Parties agree to accept service of pleadings, discovery requests, discovery responses, and similar documents via e-mail.

## **CASE MANAGEMENT DEADLINES**

9. Defendant does not need to respond to the current operative complaints in the above-captioned actions.

10. Defendant agrees to accept service of process for the consolidated complaint by ECF and email.

11. This Joint Motion does not seek a determination by the Court that these actions should be consolidated for trial, nor does it seek to make any entity a party to an action in which it has not been joined and served in accordance with the Federal Rules of Civil Procedure.

## CASE MANAGEMENT DEADLINES

12. Plaintiffs will file any motions for appointment of Interim Co-Lead Class Counsel pursuant to Federal Rule of Civil Procedure 23(g) no later than September 24, 2024.

13. Plaintiffs will file a consolidated class action complaint no later than 30 days after the order appointing Interim Co-Lead Class Counsel in this action. Defendant(s) agree to accept service of process of that complaint by ECF and email.

14. The Parties will submit a proposed schedule regarding the form and timing of briefing for any Federal Rule of Civil Procedure 12 motions no later than 14 days after an order appointing Interim Co-Lead Class Counsel.

15. The Parties are submitting a proposed order concurrently with this Joint Motion.

Dated: September 11, 2024          Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**

*/s/ Brian D. Clark*
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Eura Chang (MN #0403526)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
T: (612) 339-6900
bdclark@locklaw.com
samorbey@locklaw.com
echang@locklaw.com

Kyle J. Pozan (IL Bar No. 6306761)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
T: (312)205-8968
kjpozan@locklaw.com

*Counsel for Plaintiff George Bavolak*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Brian M. Hogan*
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
Karin E. Garvey (N.D. Ill. Bar No. 2997831)
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
T: (212) 223-6444
brian.hogan@scott-scott.com
kgarvey@scott-scott.com

Patrick J. Coughlin*
Carmen Medici*
Daniel J. Brockwell*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
T: 619-233-4565
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com

Patrick McGahan*
Michael Srodoski*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
T: 860-537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Charles F. Barrett (admitted PHV)
**NEAL & HARWELL, PLC**
1201 Demonbreun St.
Suite 1000
Nashville, TN 37203
T: 615-244-1714
cbarrett@nealharwell.com

*Counsel for Plaintiff Blake Wrobbel*

*PHV application forthcoming

**MASSEY & GAIL LLP**

*/s/ Suyash Agrawal*
Suyash Agrawal
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, Illinois 60602
(312) 379-0949
sagrawal@masseygail.com

*Counsel for Defendant Westlake Corporation*