# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

George Bavolak

                Plaintiff,

v.                                             Case No.: 1:24−cv−07639

                                                            Honorable LaShonda A. Hunt

Atkore, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2024:

       MINUTE entry before the Honorable LaShonda A. Hunt: Motion by Attorney Brian K. O'Bleness for Leave to Appear Pro Hac Vice on behalf of Defendant Oil Price Information Service, LLC (OPIS") [75] is granted. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.