**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF RELATED CASE**

Pursuant to the Court's Order (ECF No. 109), Plaintiffs hereby give notice of a related action that was filed today in this District, *Bill Wagner & Son, Inc., et al. v. Atkore Inc., et al.*, No. 1:24-cv-08991 (N.D. Ill.) ("*Bill Wagner*").  The action is also a putative class action alleging price fixing of PVC pipes and contains similar questions of fact and law that are common and premised on the same core issues as the matter pending before the Court.[1]  Like the instant action, *Bill Wagner* alleges violations of the antitrust laws of the United States based on a price-fixing scheme involving the same group of defendants.  Pursuant to this Court's Order, the *Bill Wagner* action should therefore be automatically reassigned to and consolidated with the above-captioned action. *See* ECF No. 109, at ¶10 ("Additional related cases, including those designated by a plaintiff through filing a Notice of Related Action or so indicating through an entry on the civil cover sheet, shall be reassigned to and consolidated with the above-captioned action.").[2]

---

[1] *Bill Wagner* seeks to represent a proposed class of direct purchasers of PVC pipes from the converter (manufacturer) defendants, a separate class from the underlying action which seeks to represent a class of purchasers of PVC pipes from non-converter (non-manufacturer) defendants.

[2] The *Bill Wagner* Civil Cover Sheet indicated that action is related to this one.

Dated: September 26, 2024          Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**

*/s/ Brian D. Clark*
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Eura Chang (MN #0403526)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
bdclark@locklaw.com
samorbey@locklaw.com
echang@locklaw.com

Kyle J. Pozan (IL Bar No. 6306761)
1165 N. Clark Street, Suite 700
Chicago, IL 60610
(312)205-8968
kjpozan@locklaw.com

*Counsel for Plaintiffs George Bavolak and
TC Construction, Inc.*

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ Brian M. Hogan*
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
Karin E. Garvey (N.D. Ill. Bar No. 2997831)
The Helmsley Building, 230 Park Ave., 24th Floor
New York, NY 10169
(212) 223-6444
brian.hogan@scott-scott.com
kgarvey@scott-scott.com

Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)
Daniel J. Brockwell (admitted *pro hac vice*)
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
pcoughlin@scott-scott.com
dbrockwell@scott-scott.com

Patrick McGahan*
Michael Srodoski (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

*Counsel for Plaintiff Blake Wrobbel*

3

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Carol V. Gilden*
Carol V. Gilden
ARDC No. 6185530
190 South LaSalle Street
Suite 1705
Chicago, IL 60603
cgilden@cohenmilstein.com

Sharon K. Robertson
Jared A. Dummitt
88 Pine Street, 14th Floor
New York, NY 10005
srobertson@cohenmilstein.com
jdummitt@cohenmilstein.com

Brent W. Johnson
1100 New York Avenue NW
Fifth Floor
Washington, D.C. 20005
bjohnson@cohenmilstein.com

*Counsel for Plaintiff George Bavolak*