# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

George Bavolak, et al.
                          Plaintiff,

v.                                          Case No.: 1:24−cv−07639
                                                               Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person and telephonic motion hearing held on 10/8/24. Counsel for Plaintiffs Bavolak, TC Construction, and Bill Wagner & Sons appeared. Counsel for the Non−Converter Seller Purchaser Class appeared. Defendants Atkore, Cantex, Diamond Plastics Corporation, Southern Pipe, Prime Conduit, IPEX USA LLC, J−M Manufacturing Company, Inc. d/b/a JM Eagle, National Pipe & Plastics, OPIS, Otter Tail Corporation, Westlake Corporation, PipeLife JetStream, Inc., and Sanderson Pipe Corporation appeared. As discussed, this Consolidated Action now encompasses separate claims of direct purchaser plaintiffs and indirect purchaser plaintiffs. For the reasons stated on the record, motion of direct purchaser Plaintiff Bill Wagner & Sons, Inc. to appoint Kaplan Fox & Kilsheimer LLP as lead counsel for the direct purchaser class and Sperling & Slater, LLC as liaison counsel pursuant to Fed. R. Civ. P. 23(g) [134] is granted. Enter Order Appointing Lead Counsel and Liaison Counsel for the Direct Purchaser Plaintiff Class. The Court also amends the caption of the order appointing class counsel for the non−converter seller purchasers [122] to reflect this distinction. Enter Amended Order Appointing Lead Counsel and Liaison Counsel for the Non−Converter Seller Purchaser Class. In light of these separate classes, the Court amends the prior order [109] governing this consolidated proceeding to reflect the modified case procedures that will govern this Consolidated Action and any future cases that are re−assigned and consolidated. Enter Amended Order Regarding Relatedness, Reassignment, and Initial Case Management Deadlines. Plaintiffs' amended complaints are due by 10/30/24. All current answer deadlines are stricken. Counsel must meet and confer and file a joint status report by 11/13/24, that includes a proposed briefing schedule for any anticipated motions in response to the amended complaints. Defendants should endeavor to coordinate common arguments in a joint filing, where possible, and they may freely adopt each other's arguments in their individual filings. Parties should also propose page limits for briefs. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.