IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re PVC Pipe Antitrust Litigation <br><br> _____ <br><br> THIS DOCUMENT RELATES TO: <br><br> *The Direct Purchaser Plaintiff Class* | Case No. 24 C 07639 <br><br> Hon. LaShonda A. Hunt |

**ORDER APPOINTING KAPLAN FOX & KILSHEIMER, LLP AS LEAD CLASS COUNSEL FOR THE DIRECT PURCHASER PLAINTIFF CLASS AND SPERLING & SLATER, LLC AS LIAISON COUNSEL FOR THE DIRECT PURCHASER PLAINTIFF CLASS**

**WHEREAS,** the law firms of Kaplan, Fox & Kilsheimer LLP ("Kaplan Fox") and Sperling & Slater, LLC ("Sperling & Slater") have filed a motion and supporting papers to be appointed as Lead Class Counsel and Liaison Counsel, respectively, for the Direct Purchaser Plaintiff Class; and,

**WHEREAS,** good cause has been shown for granting the motion including the work that the two firms have done in preparing this case and their experience in prosecuting antitrust and other complex litigation.

**NOW THEREFORE IT IS HEREBY:**

**ORDERED** that the motion to appoint Kaplan Fox as Lead Class Counsel and Sperling & Slater as Liaison Counsel for the putative Direct Purchaser Plaintiff Class is GRANTED.

Kaplan Fox will be responsible for the overall conduct of the litigation on behalf of the putative Direct Purchaser Plaintiff Class, including supervising all counsel representing plaintiffs in the putative Direct Purchaser Plaintiff Class in this litigation.

1

As Lead Class Counsel, Kaplan Fox has the authority to:

a. Promote the efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts by making and supervising all work assignments;

b. Prepare and file the Consolidated Class Complaint on behalf of the putative Direct Purchaser Plaintiff Class, and any subsequent pleadings;

c. Make, brief, and argue motions;

d. Delegate specific tasks to other counsel for the Direct Purchaser Plaintiffs, as appropriate to serve the best interests of the putative class, and in a manner to ensure that pretrial preparation for the Direct Purchaser Plaintiffs is conducted efficiently and effectively;

e. Conduct all pretrial, trial, and post-trial proceedings on behalf of the putative Direct Purchaser Plaintiff Class and act as a spokesperson for such class;

f. Conduct and coordinate discovery on behalf of the putative Direct Purchaser Plaintiff Class consistent with the Federal Rules of Civil Procedure, including preparing (or responding to) written discovery requests and examining (or defending) witnesses in depositions;

g. Monitor activities of the Direct Purchaser Plaintiffs' counsel to whom they delegate assignments, and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided by collecting from each firm regular time and expense reports;

h. Negotiate with defense counsel with respect to settlement and other matters;

i. Prepare any application for an award (or approval) of attorneys' fees and the reimbursement of litigation expenses incurred by the putative Direct Purchaser Plaintiff Class;

j. Consult with and retain expert witnesses for the putative Direct Purchaser Plaintiff Class;

k. Negotiate with, retain, and manage relations with outside vendor(s) for the collection, processing, or review of documents and electronically stored information produced in discovery;

l. Conduct or coordinate all negotiations with defense counsel regarding search and production protocols, manage the review of documents produced by defendants and third parties (and the production of documents by the putative Direct Purchaser Plaintiffs), and implement advanced analytics for the efficient review of documents, as appropriate;

m. Coordinate and communicate as necessary with counsel for other parties in the litigation regarding any matters addressed in this Order to ensure efficient use of Direct Purchaser Plaintiffs', defendants,' and the Court's time;

n. Ensure that all counsel for the Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiff Class are informed of the progress of this litigation as necessary; and

o. Otherwise coordinate the work of counsel for the Direct Purchaser Plaintiffs, and perform such other duties as Lead Class Counsel deem necessary and appropriate based upon their judgment and consideration or as authorized by further Order of the Court.

It is **FURTHER ORDERED** that Sperling & Slater is appointed as Liaison Counsel for the putative Direct Purchaser Plaintiff Class, and will:

a. Receive and, as appropriate, distribute to co-counsel orders from the Court and documents from opposing parties and counsel;

b. Coordinate service and filings for Direct Purchaser Plaintiffs and the Direct Purchaser Plaintiff Class;

c. Receive and distribute pleadings, Orders, and motions;

3

    d. Maintain and distribute to co-counsel and to Defendants' Counsel an up-to-date service list; and

    e. Perform work under the direction of Lead Class Counsel and carry out any other duties requested by Lead Class Counsel, or ordered by the Court.

Dated: October 17, 2024                          **ENTERED:**

**LaShonda A. Hunt**
**United States District Judge**