# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> Non-Converter Seller Purchaser Class Plaintiffs | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

## MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' FIRST CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Local Rules 5.8 and 26.2, Plaintiffs, by and through undersigned counsel, respectfully move this Court for leave to file under seal their First Consolidated Class Action Complaint (the "Consolidated Complaint").[1] In support of this motion, Plaintiffs state as follows:

1. The Consolidated Complaint references certain statements from current and former employees of Defendants and other industry employers who had been interviewed by a third-party research firm independently of the instant litigation and not at the direction of Plaintiffs or the undersigned counsel.

2. These statements are subject to certain terms and conditions regarding usage and reproduction.

3. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must

---

[1] Plaintiffs' counsel consulted with defense counsel regarding Defendants' position on Plaintiffs' Motion for Leave to File Under Seal. In light of the fact that Defendants have not yet seen the material that Plaintiffs believe warrant the filing under seal, Defendants take no position on Plaintiffs' Motion at this time and reserve all rights to challenge the Motion after reviewing that material.

[. . .] move the court for leave to file the document under seal." District courts have authority to seal documents "for good cause shown."

4. In compliance with Local Rule 26.2(c), Plaintiffs have filed a redacted version of the Consolidated Complaint and an unredacted, provisionally sealed version of the Consolidated Complaint simultaneously with the filing of this motion.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request that this Court (a) grant this motion, (b) permit the unredacted version of Plaintiffs' Consolidated Complaint to remain under seal, and (c) grant such other relief as the Court deems just and proper.

Dated: October 30, 2024                          Respectfully submitted,

| **LOCKRIDGE GRINDAL NAUEN PLLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
|---|---|
| /s/ *Brian D. Clark* | /s/ *Brian M. Hogan* |
| Brian D. Clark (MN #0390069) | Brian M. Hogan (N.D. Ill. Bar No. 6286419) |
| Simeon A. Morbey (MN #0391338) | Karin E. Garvey (N.D. Ill. Bar No. 2997831) |
| Eura Chang (MN #0403526) | Donald A. Broggi *(pro hac vice pending)* |
| Consuela Abotsi-Kowu (MN #0505682) *(pro hac vice forthcoming)* | The Helmsley Building, 230 Park Ave. |
| 100 Washington Avenue South, Suite 2200 | 24th Floor |
| Minneapolis, Minnesota 55401 | New York, NY 10169 |
| (612) 339-6900 | (212) 223-6444 |
| bdclark@locklaw.com | brian.hogan@scott-scott.com |
| samorbey@locklaw.com | kgarvey@scott-scott.com |
| echang@locklaw.com | |
| cmabotsi-kowu@locklaw.com | Patrick J. Coughlin (N.D. Ill. Bar No. 90785466) |
| | Daniel J. Brockwell (admitted *pro hac vice*) |
| Kyle J. Pozan (IL Bar No. 6306761) | 600 W. Broadway, Suite 3300 |
| 1165 N. Clark Street, Suite 700 | San Diego, CA 92101 |
| Chicago, IL 60610 | (619) 233-4565 |
| (312)205-8968 | pcoughlin@scott-scott.com |
| kjpozan@locklaw.com | dbrockwell@scott-scott.com |
| | |
| Stephen J. Teti | Patrick McGahan *(pro hac vice pending)* |
| 265 Franklin Street, Suite 1702 | Michael Srodoski (admitted *pro hac vice*) |
| Boston, MA 02110 | 156 South Main Street |
| (617)-456-7701 | P.O. Box 192 |
| sjteti@locklaw.com | Colchester, CT 06415 |
| | (860) 537-5537 |
| | pmcgahan@scott-scott.com |
| | msrodoski@scott-scott.com |

*Co-Lead Class Counsel for Non-Converter Seller Purchaser Class Plaintiffs*

3

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Carol V. Gilden*
Carol V. Gilden (ARDC No. 6185530)
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
cgilden@cohenmilstein.com

Sharon K. Robertson
Jared A. Dummitt
Silvie Saltzman *(pro hac vice forthcoming)*
88 Pine Street, 14th Floor
New York, NY 10005
srobertson@cohenmilstein.com
jdummitt@cohenmilstein.com
ssaltzman@cohenmilstein.com

Brent W. Johnson
1100 New York Avenue NW
Fifth Floor
Washington, D.C. 20005
bjohnson@cohenmilstein.com

*Liaison Counsel Non-Converter Seller Purchaser Class Plaintiffs*

**SPECTOR ROSEMAN & KODROFF, P.C.**
Jeffrey J. Corrigan *(pro hac vice forthcoming)*
Cary Zhang *(pro hac vice forthcoming)*
2001 Market Street, Suite 3420
Philadelphia, PA 19103
215-496-0300
jcorrigan@srkattorneys.com
czhang@srkattorneys.com

**TOSTRUD LAW GROUP, P.C.**
Jon Tostrud *(pro hac vice forthcoming)*
Anthony Carter *(pro hac vice forthcoming)*
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

**NEAL & HARWELL, PLC**
Charles F. Barrett
1201 Demonbreun Street, Suite 1000
Nashville, Tennessee 37203
612-244-1713
cbarrett@nealharwell.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson *(pro hac vice forthcoming)*
Daniel C. Hedlund *(pro hac vice forthcoming)*
Michelle J. Looby *(pro hac vice forthcoming)*
Joshua J. Rissman *(pro hac vice forthcoming)*
Anthony J. Stauber *(pro hac vice forthcoming)*
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

**PEARSON WARSHAW, LLP**
Bobby Pouya *(pro hac vice forthcoming)*
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
818-788-8300
bpouya@pwfirm.com

**GLANCY PRONGAY & MURRAY LLP**
Lee Albert (PA# 046852)
Brian D. Brooks *(pro hac vice forthcoming)*
Brian Murray *(pro hac vice forthcoming)*
230 Park Ave., Suite 358
New York, NY 10160
212-682-5340
lalbert@glancylaw.com
bbrooks@glancylaw.com
bmurray@glancylaw.com

**WAYMAKER LLP**
Donald R. Pepperman *(pro hac vice forthcoming)*
515 S. Flower St., Suite 3500
Los Angeles, CA 90071
Tel: (424) 652-7800
dpepperman@waymakerlaw.com

**KIRBY MCINERNEY LLP**
Thomas W. Elrod *(pro hac vice forthcoming)*
David Bishop *(pro hac vice forthcoming)*
James A. Isacks *(pro hac vice forthcoming)*
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
telrod@kmllp.com
dbishop@kmllp.com
jisacks@kmllp.com

**KIRBY MCINERNEY LLP**
Anthony E. Maneiro (N.D. Ill. Bar No. 6332125)
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
amaneiro@kmllp.com

*Counsel for the Proposed Classes*