# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

George Bavolak, et al.
                    Plaintiff,

v.                                                        Case No.: 1:24−cv−07639
                                                                    Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: Motion for Leave to File Under Seal Plaintiffs' First Consolidated Class Action Complaint [176] is granted. The Non−Converter Seller Purchaser Class Plaintiffs' First Consolidated Class Action Company filed at [179] shall remain under seal provisionally until further court order. No appearance is necessary on 11/12/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.