# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

George Bavolak, et al.
        Plaintiff,

v.                                             Case No.: 1:24−cv−07639
                                                       Honorable LaShonda A. Hunt

Atkore, Inc., et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 21, 2024:

    MINUTE entry before the Honorable LaShonda A. Hunt: In person/telephonic motion hearing held. Counsel for the Non−Converter Seller Purchaser Class, the Direct Purchaser Plaintiff Class, and Erie County Water Authority appeared. Counsel for Defendants Atkore, Inc., Cantex Inc., Diamond Plastics Corporation, IPEX USA LLC, JM Eagle, Inc., National Pipe & Plastics, Inc., OPIS, Otter Tail Corporation, Prime Conduit, Inc., Southern Pipe, Inc., Westlake Corporation, PipeLife JetStream, Inc., Sanderson Pipe Corporation, and Westlake Pipe & Fittings Corporation appeared. **First**, the Clerk's office is directed, forthwith, to correct the docket to reflect that Plaintiff Delta Line Constrution Company is represented by co−lead class counsel for the Non−Converter Seller Purchaser Class (namely Brian D. Clark, Simeon Morbey, Kyle Pozan, and Eura Chang of Lockridge Grindal Nauen PLLP and Karen E. Garvey, Brian M. Hogan, Michael Srodoski, and Daniel Brockwell of Scott+Scott Attorneys at Law LLP). **Second**, for the reasons discussed on the record, the Non−Converter Seller Purchaser Class Plaintiffs' Opposed Motion to Enforce the Court's Leadership and Consolidation Orders (ECF Nos.164 & 165) and Unopposed Notice of Related Case [206] is granted as follows. The Clerk is directed to reassign and consolidate Case No. 1:24−cv−11531, *Erie County Water Authority v. Atkore Inc., et al.*, currently pending before Judge Kness, with the above−captioned case, and thereafter, administratively close Case No. 1:24−cv−11531. The Clerk is further directed to add Erie County Water Authority (from 24−cv−11531) as a plaintiff represented by the following counsel listed on the docket in the reassigned case: (a) Elizabeth A. Fegan (Fegan Scott LLC), (b) Frederick S. Longer (Levin Sedran & Berman LLP); (c) Keith J. Verrier (Levin Fishbein Sedran & Berman); (d) Tate Jumes Kunkle (Douglas & London, P.C.); and (e) Kyle A. Jacobsen (Fegan Scott LLC). **Third**, the Court adopts the proposed agreed briefing schedule [205] for Defendants' forthcoming motions to dismiss: motions due by 1/17/25; responses in opposition due by 3/18/25; and replies due by 4/17/25. As noted, this is a generous schedule which the Court is not inclined to extend absent extraordinary and unanticipated circumstances set forth in a timely−filed motion. By 12/13/24, the parties are to file their proposals for page limits for all joint and individual briefs. **Fourth**, any motion for the creation of additional subclasses of plaintiffs is due by 12/4/24, with responses in opposition due by 12/18/24, and replies due by 1/3/25. **Fifth**, formal discovery will be stayed for now. But the parties are encouraged to continue discussing preliminary issues, such as agreements regarding ESI

protocols and any protective orders, and further reminded that they may voluntarily exchange initial discovery. The Court will schedule a status hearing on discovery after reviewing the motions to dismiss. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.