UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

George Bavolak, et al.
                          Plaintiff,

v.                                                    Case No.: 1:24−cv−07639
                                                   Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 9, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed Plaintiff Erie County Water Authority's Motion for an Extension of Time to File its Motion to Create an End User Class [215] and Defendants' response in opposition [224]. As explained at the 11/20/24 hearing, the Court wished to consider the question of whether an additional plaintiff subclass should be added **before** Defendant's joint motions to dismiss were due on 1/17/25. The involved plaintiff parties thus agreed to a schedule that would have had the matter fully briefed by 1/3/25. Now, those parties seek to extend the schedule by agreement, which is fine, but the Court agrees with Defendants that their responses to the consolidated first amended class action complaint should not yet be required. Although the plaintiff parties represented at the hearing that the addition of another plaintiff subclass would not impact the substance of the operative complaint, the Court notes that Plaintiff Erie County apparently did not confirm or deny the same when asked by Defendants to agree to this extension. Accordingly, the Court grants Plaintiff Erie County's motion [215] and resets the briefing schedule [213] for motions to create additional subclasses of plaintiffs as follows: motions due by 12/20/24; responses due by 1/22/25; and replies due by 1/31/25. However, the briefing schedule [213] for Defendants' forthcoming motions to dismiss [213] is stricken. The 12/13/24 deadline for a joint status report on proposed page limits for all joint and individual briefs is reset to 2/3/25; the parties should also include a proposed briefing schedule for the anticipated motions to dismiss. Discovery will remain stayed as previously indicated. No appearance is necessary on 12/10/24. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.