# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PVC Pipe Antitrust Litigation | No. 24 C 7639 |
| This document relates to:<br>All Non-Converter Seller Purchaser Actions | Hon. LaShonda A. Hunt |

## END-USER PLAINTIFFS' MOTION FOR LEAVE TO PLEAD A SEPARATE END-USER CLASS AND TO APPOINT DEDICATED END-USER CLASS COUNSEL

Plaintiffs Erie County Water Authority, Dillon Baumeister, Scott Fluegge, and Nelson Aviles[1] ("End-User Plaintiffs") respectfully move this Court for an Order (i) granting End-User Plaintiffs leave to plead a separate and distinct putative class of all end-user purchasers of PVC Pipe through a non-converter seller, and (ii) appointing Elizabeth A. Fegan of Fegan Scott LLC and Frederick S. Longer of Levin, Sedran & Berman LLP as dedicated Co-Lead Class Counsel for the indirect purchaser End-User Class. In support of this Motion, End-User Plaintiffs rely on the accompanying Memorandum of Law, which is incorporated by reference, as well as the exhibits submitted herewith.

WHEREFORE, End-User Plaintiffs respectfully request that this Court grant their Motion for leave to plead a separate and distinct putative class of all end-user purchasers of PVC Pipe through a non-converter seller; and appoint Elizabeth A. Fegan of Fegan Scott LLC and Frederick S. Longer of Levin, Sedran & Berman LLP as dedicated Co-Lead Class Counsel for the End-User

---

[1] *See Baumeister et al. v. Atkore et al.*, No. 1:24-cv-13127 (N.D. Ill).

Class; and grant such other and further relief as this Court deems appropriate.

A proposed Order is submitted herewith.

Dated: December 20, 2024

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
Kyle A. Jacobsen (*pro hac vice*)
**FEGAN SCOTT LLC**
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com
kyle@feganscott.com

Frederick S. Longer *(pro hac vice)*
Keith J. Verrier *(pro hac vice)*
Austin B. Cohen *(pro hac vice)*
**LEVIN, SEDRAN & BERMAN LLP**
510 Walnut St # 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
flonger@lfsblaw.com
kverrier@lfsblaw.com
acohen@lfsblaw.com

Michael A. London (*pro hac vice*)
Tate J. Kunkle (*pro hac vice*)
**DOUGLAS & LONDON, P.C.**
59 Maiden Lane, 6th Fl.
New York, New York 10038
Telephone (212) 566-7500
Facsimile: (212) 566-7501
mlondon@douglasandlondon.com
tkunkle@douglasandlondon.com

J. Barton Goplerud
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Dr., Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com

Christopher T. Micheletti (to be admitted *pro hac vice*)
Qianwei Fu (to be admitted *pro hac vice*)
**ZELLE LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
cmicheletti@zellelaw.com
qfu@zellelaw.com

Mark K. Wasvary (to be admitted *pro hac vice*)
**MARK K. WASVARY, P.C.**
2401 W. Big Beaver Rd., Ste. 100
Troy, MI 48084
Telephone: (248) 649-5667
Facsimile: (248) 731-7313

Michael J. Flannery (to be admitted *pro hac vice*)
**CUNEO GILBERT & LaDUCA, LLP**
Two CityPlace Drive
St. Louis, MO 63141
Telephone: (314) 226-1015
Facsimile: (202) 789-1813
mflannery@cuneolaw.com

Brendan S. Thompson (to be admitted *pro hac vice*)
Evelyn Riley (to be admitted *pro hac vice*)
**CUNEO GILBERT & LaDUCA, LLP**
2445 M Street, N.W., Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
brendant@cuneolaw.com
evelyn@cuneolaw.com

*Counsel for End-User Plaintiffs*