# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| All Actions | |

## JOINT STATUS REPORT

Pursuant to the Court's Order (ECF No. 225), the undersigned Parties[1] submit the following Joint Status Report addressing their proposed briefing schedule, which is agreed, and page limitations for Defendants' motions to dismiss. The Parties exchanged proposals regarding page limits in advance of this filing and discussed them but were unable to reach agreement. Each side's proposal and supporting statement regarding page limitations is set forth Section II, below.

### I. Agreed Briefing Schedule

The Parties propose alternative deadlines for Defendants' motions to dismiss based on the outcome of the opposed Motion for Leave to Plead a Separate End-User Class (ECF No. 250)

---

[1] This Joint Status Report is submitted on behalf of the Direct Purchaser Plaintiff Class ("DPPs"), the Non-Converter Seller Purchaser Class Plaintiffs ("NCSPs"), and Defendants. In addition, counsel for proposed "end user" class Plaintiffs Nelson Aviles, Joshua Barnett, Austin Clark, Rod Davis, and Robert Mason indicated that these Plaintiffs agree to the briefing schedule proposed by the Parties, and applicable, and join in the proposal for page limits made by DPPs and NCSPs. Counsel for Plaintiffs Erie County Water Authority, Dillon Baumeister, and Scott Fluegge were copied on communications related to this Joint Status Report and did not make a separate proposal for the matters addressed herein.

("End-User Class Motion") filed by Plaintiffs Erie County Water Authority, Dillon Baumeister, Scott Fluegge, and Nelson Aviles:

- If the Court denies the End-User Class Motion or otherwise resolves the Motion such that the consolidated and amended complaints filed on October 30, 2024, remain the only operative complaints in this action, Defendants' motions to dismiss shall be due 21 days after the Court's ruling on the End User Class Motion.

- If the Court grants, grants in part, or otherwise resolves the End-User Class Motion in such a way that a new proposed "end user" class is created and/or new or amended consolidated complaints are to be filed, Defendants' motions to dismiss shall be due 30 days after the filing of such new or amended complaints.[2]

- Plaintiffs' response(s) in opposition to Defendants' motions to dismiss shall be due 60 days after Defendants' motions to dismiss.

- Defendants' repl(ies) in support of their motions to dismiss shall be due 30 days after Plaintiffs' response(s) in opposition.

## II. Page Limits

### a. Defendants' Proposal

Defendants respectfully request up to 100 pages for all opening briefs on motions to dismiss pursuant to Fed. R. Civ. P. ("Rule") 12(b)(6) and up to 15 pages for an additional motion to dismiss on personal jurisdiction and venue issues that certain Defendants may file (for a total of 115 pages).

---

[2] DPPs and NCSPs respectfully request that any deadline to move for lead counsel of a new class and file such a new complaint be exceedingly short, as progression of this lawsuit has already been delayed by months due to the Fegan Scott motion.

All Defendants intend to move to dismiss the complaints pursuant to Rule 12(b)(6).[3] Defendants will address common arguments in one or more joint briefs (though the number of joint briefs may depend on whether there is a third "end user" consolidated complaint). In addition, at least one Defendant—Oil Price Information Service, LLC ("OPIS")—intends to raise dismissal arguments that are unique to it in a separate brief not to exceed 20 pages. For all briefing on Rule 12(b)(6) motions, Defendants propose 100 pages for opening briefs, 100 pages for opposition(s), and 50 pages for repl(ies), to be allocated by each side (Plaintiffs and Defendants) as they believe is most effective, succinct, and efficient. For avoidance of doubt, this 100-page limit would include the pages any Defendant, including OPIS, intends to devote to its own brief.

The consolidated complaints already on file encompass over 160 pages and 525 separately numbered paragraphs. They include both *per se* and rule of reason federal antitrust claims and 50 state law claims asserted on behalf of at least one class (and counting) of indirect purchasers. Defendants' motions will address complex legal issues that will benefit from full briefing on both sides. A combined limit of 100 pages is well under the total number of pages that might result from applying the 15-page limit set forth in Local Rule 7.1 to each of the nine Defendant groups named in these actions. Further, Defendants' proposal is well in line with briefing limits imposed in other complex antitrust cases in this District involving both federal and state law claims and distinct classes of direct and indirect purchasers. For example, in *In re Broiler Chicken Antitrust Litig.*, No. 1:16-cv-08637 (N.D. Ill.) (ECF No. 256), the defendants were afforded up to 50 pages for each of the direct and indirect purchaser complaints, for a total of 100 pages, and up to 9 pages for additional defendant-specific motions. In *In re Turkey Antitrust Litig.*, No. 1:19-cv-08318 (N.D.

---

[3] Included within these motions, Defendants reserve the right to include comparable arguments in these briefs under other sections of Rule 12(b), such as failure to plead Article III standing.

Ill.) (ECF No. 123), for each of the direct and indirect purchaser actions, the defendants were afforded up to 45 pages for each joint brief and up to 10 pages for each defendant-specific brief (with one defendant allowed up to 15 pages due to its unique circumstances).[4] Defendants' proposal is at or below these limits and particularly appropriate given the uncertainty that still remains about whether an additional "end user" complaint will be part of the case.

In addition to Rule 12(b)(6) motions, certain Defendants are contemplating a separate joint motion to dismiss—on grounds wholly different from those in the Rule 12(b)(6) motions—raising other threshold Rule 12 issues, namely: that one or more classes lack standing, that those Defendants are not subject to either the general or specific personal jurisdiction of the Northern District of Illinois, and/or that venue is improper under §12 of the Clayton Act. Defendants propose separate briefing for these dismissal arguments because they raise preliminary legal issues that are antecedent to the merits. It would be logical for the Court to resolve this motion first before determining whether the complaints otherwise state a claim for relief against Defendants who have challenged the Court's exercise of personal jurisdiction or venue. For any such motion, Defendants propose applying the page limit set forth in Local Rule 7.1 for opening and responsive briefs, such that Defendants would have 15 pages for their opening brief and Plaintiffs would have 15 pages for opposition(s), and Defendants propose 8 pages for reply.

### b. DPP and NCSP Class Plaintiffs' Proposal

DPPs and NCSPs propose a combined total of 65 pages for any Rule 12 motions Defendants wish to file, including any omnibus motion, individual Defendant motions, or "jurisdictional" motions. This proposal is in line with other multi-defendant antitrust class actions

---

[4] This cite is from the direct purchaser action. The parties entered into an identical stipulation in the indirect purchaser action before it was consolidated with Case No. 1:19-cv-08318. *See Sandee's Catering v. Agri Stats, Inc. et al.*, Case No. 1:20-cv-02295 (N.D. Ill.) (ECF No. 10).

in this District. *See, e.g.*, *In re MultiPlan Health Ins. Provider Litig.*, 1:24-cv-06795, ECF 181 (total of 80 pages for moving and opposition briefs, with 40 pages for replies); *In re Manufactured Home Lot Rents Antitrust Litig.*, 1:23-cv-06715, ECF No. 150 (permitting 30 pages for defendants' omnibus Rule 12 motion and up to seven pages for one defendant's individual brief and the same number of pages for plaintiffs in opposition); *In re Local TV Advert. Antitrust Litig.*, 18 C 6785, ECF 261 (permitting 40 pages for Defendants' omnibus Rule 12 motion and up to five pages for one Defendants' individual brief and the same number of pages for plaintiffs in opposition); *Opana ER Antitrust Litig. v. Impax Labs., Inc.*, 1:14-cv-10150, ECF No. 115 (providing for 60 pages for omnibus Rule 12 motion as to the two class complaints, plus an additional 15 pages unique to a non-class motion).

With that said, DPPs and NCSPs respectfully defer to the Court's discretion as to page limits. At bottom, DPPs and NCSPs ask that Plaintiffs be afforded the same number of total pages for their oppositions that Defendants are granted for their moving brief(s) and urge that the page limit for Defendants' reply brief(s) should be no more than half the total allowed for their moving brief(s).

### III. Sealing Issues

The operative DPP and NCSP complaints remain provisionally under seal. ECF Nos. 187, 188. As noted in the Parties' last Joint Status Report, ECF No. 205 at 12-13, they continue to meet and confer regarding whether the complaints should remain under seal. Defendants continue to reserve the right to move to unseal the complaints if an agreement to unseal them cannot be reached. However, in the interest of efficiency Defendants intend to promptly raise this issue with the Court, if necessary, once the End-User Class Motion has been resolved.

Dated: February 3, 2025

Respectfully submitted,

*/s/ Brian D. Clark*
Brian D. Clark (MN #0390069)
Simeon A. Morbey (MN #0391338)
Eura Chang (MN #0403526)
Consuela Abotsi-Kowu (MN #0505682)
(*pro hac vice forthcoming*)
**LOCKRIDGE GRINDAL NAUEN
PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
bdclark@locklaw.com
samorbey@locklaw.com
echang@locklaw.com

Kyle J. Pozan (IL Bar No. 6306761)
**LOCKRIDGE GRINDAL NAUEN
PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
T: 312-205-8968
kjpozan@locklaw.com

Stephen J. Teti
**LOCKRIDGE GRINDAL NAUEN
PLLP**
265 Franklin Street, Suite 1702
Boston, MA 02110
(617)-456-7701
sjteti@locklaw.com

*/s/ Brian M. Hogan*
Brian M. Hogan (N.D. Ill. Bar No.
6286419)
Karin E. Garvey (N.D. Ill. Bar No.
2997831)
Donald A. Broggi (*pro hac vice* pending)
**SCOTT+SCOTT ATTORNEYS AT
LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
(212) 223-6444
brian.hogan@scott-scott.com

*/s/ Daniel E. Laytin*
Daniel E. Laytin, P.C. (6257119)
Christa C. Cottrell, P.C. (6284749)
David M. Bernick (3121556)
Mark Filip (6226541)
Taylor S. Rothman (6327528)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Fascimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
david.bernick@kirkland.com
mark.filip@kirkland.com
taylor.rothman@kirkland.com

*Counsel for J-M Manufacturing Company, Inc.,
d/b/a JM Eagle*

*/s/ Britt M. Miller*
Britt M. Miller
Matthew D. Provance
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel.: 312-783-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Atkore Inc.*

*/s/ Thomas V. Panoff*
Thomas V. Panoff
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
Telephone: (312) 499-6328
tpanoff@sheppardmullin.com

Ann M. O'Brien (admitted *pro hac vice*)
Leo D. Caseria (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER &**

kgarvey@scott-scott.com
dbroggi@scott-scott.com

Patrick J. Coughlin (N.D. Ill. Bar No.
90785466)
Daniel J. Brockwell (admitted *pro hac
vice*)
**SCOTT+SCOTT ATTORNEYS AT
LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
pcoughlin@scott-scott.com
dbrockwell@scott-scott.com

Patrick McGahan (admitted *pro hac vice*)
Michael Srodoski (admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT
LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

*Co-Lead Class Counsel for Non-Converter
Seller Purchaser Class Plaintiffs*

*/s/ Carol V. Gilden*
Carol V. Gilden (ARDC No. 6185530)
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
cgilden@cohenmilstein.com

Sharon K. Robertson
Jared A. Dummitt
Silvie Saltzman (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
srobertson@cohenmilstein.com
jdummitt@cohenmilstein.com

**HAMPTON LLP**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
aobrien@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant National Pipe & Plastics,
Inc.*

*/s/ Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Tel: 202-469-5415
david.kully@hklaw.com

*Counsel for Defendant Pipelife Jet Stream, Inc.*

*/s/ Carolyn Pelling Gurland*
Carolyn Pelling Gurland (Bar No. 6274399)
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Tel: (312) 881-5405
carolyn.gurland@whitecase.com

Robert Milne (admitted *pro hac vice*)
Bryan Gant (admitted *pro hac vice*)
David H. Suggs (admitted *pro hac vice*)
Kristen O'Shaughnessy (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
rmilne@whitecase.com
bgant@whitecase.com
dsuggs@whitecase.com

7

ssaltzman@cohenmilstein.com

Brent W. Johnson
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Avenue NW
Fifth Floor
Washington, D.C. 20005
bjohnson@cohenmilstein.com

*Liaison Counsel Non-Converter Seller
Purchaser Class
Plaintiffs*

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
Bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, IL 60090
T: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser
Plaintiff Class*

*/s/ Joseph M. Vanek*
Joseph M. Vanek
David Germaine
John P. Bjork
**SPERLING KENNY NACHWALTER,
LLC**
321 N Clark Street, Suite 2500

kristen.oshaughnessy@whitecase.com

*Counsel for Defendant IPEX USA LLC*

*/s/ Eliot A. Adelson*
Eliot A. Adelson, CA Bar No. 205284
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com

Lisa M. Phelan, D.C. Bar No. 1617073
Megan E. Gerking, D.C. Bar No. 1027190
Robert W. Manoso, D.C. Bar No. 1047241
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
lphelan@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Defendants Otter Tail Corporation,
Northern Pipe Products, Inc., and
Vinyltech Corporation*

*/s/ John DeQ. Briggs*
John DeQ. Briggs (DC Bar #171470)
Daniel K. Oakes (DC Bar #1009519)
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
jbriggs@axinn.com
doakes@axinn.com

*Counsel for Defendants Cantex Inc., Diamond
Plastics Corporation, Prime Conduit, Inc.,
Sanderson Pipe Corporation, and Southern Pipe,
Inc.*

*/s/ Brian K. O'Bleness*
Brian K. O'Bleness (DC Bar #446003)
**DENTONS US LLP**
1900 K Street NW
Washington, DC 20006

Chicago, IL 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
Tel: (312) 641-3200
Fax: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
2707 Killarney Way #2707
Tallahassee, FL 32309
Tel: (850) 354-5300
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

T: (202) 496-7500
Email: brian.obleness@dentons.com

Natalie J. Spears
Joshua A. Faucette
**DENTONS US LLP**
233 South Wacker Drive, Floor 59
Chicago, Illinois 60606
T: (312) 876-8000
Email: natalie.spears@dentons.com
Email: joshua.faucette@dentons.com

*Counsel for Defendant OPIS*

/s/ *William R.H. Merrill*
William R. H. Merrill
James T. Southwick
Elizabeth B. Hadaway
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Phone: (713) 651-9366
bmerrill@susmangodfrey.com
jsouthwick@susmangodfrey.com
ehadaway@susmangodfrey.com

Ezra Ruiz (admitted *pro hac vice*)
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
eruiz@susmangodfrey.com

/s/ *Suyash Agrawal*
Suyash Agrawal (6308343)
Christopher Walling (6333521)
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, Illinois 60602
Tel: (312) 379-0949
Fax: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendant Westlake Corporation*