# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | No. 24 C 7639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| All Direct Purchaser Plaintiff Actions | |

**NOTICE OF REQUEST FOR REASSIGNMENT AND CONSOLIDATION**

Pursuant to Paragraph 11 of the Court's October 17, 2024 Amended Order Regarding Relatedness, Reassignment, and Initial Case Management Deadlines (ECF No. 165), the undersigned court-appointed Lead and Liaison Counsel for the Direct Purchaser Plaintiff Class respectfully request that *Vitolite Electrical Sales Co. v. Oil Price Information Service, LLC et al.*, Case No. 1:25-cv-03447 (filed on March 31, 2025 with an entry on its civil cover sheet indicating that it is related to *In re PVC Pipe Antitrust Litigation* pending before this Court) be reassigned to Your Honor from the Honorable John Robert Blakey's docket, and be consolidated with the above-captioned case, Case No. 24 C 7639, for pretrial purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. A copy of this Notice will be emailed to counsel for the plaintiff in *Vitolite Electrical Sales Co. v. Oil Price Information Service, LLC et al.*, Case No. 1:25-cv-03447.

Dated: April 1, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Robert N. Kaplan*
　　　　　　　　　　　　　　　　　　　Robert N. Kaplan
　　　　　　　　　　　　　　　　　　　Matthew P. McCahill
　　　　　　　　　　　　　　　　　　　Elana Katcher
　　　　　　　　　　　　　　　　　　　Brandon Fox
　　　　　　　　　　　　　　　　　　　Carihanna Morrison
　　　　　　　　　　　　　　　　　　　**KAPLAN FOX & KILSHEIMER LLP**
　　　　　　　　　　　　　　　　　　　800 Third Avenue, 38th Floor

New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, IL 60090
Tel: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

Joseph M. Vanek
David Germaine
John P. Bjork
Allison Margolies
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark Street, Suite 2500
Chicago, IL 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
amargolies@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
Tel: (312) 641-3200
Fax: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
2707 Killarney Way #2707
Tallahassee, FL 32309
Tel: (850) 354-5300
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

## CERTIFICATE OF SERVICE

      I certify that on 1 April 2025, I caused true and correct copies of the foregoing document to be served on all counsel of record via the Court's CM/ECF system and by e-mail.

                                          */s/ Robert N. Kaplan*
                                            Robert N. Kaplan