**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Bavolak, et al.
                      Plaintiff,

v.                                                                Case No.: 1:24−cv−07639
                                                                      Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Upon consideration of the Notice of Request for Reassignment and Consolidation [266], the Clerk is directed to reassign and consolidate Case No. 1:25−cv−3447, Vitolite Electrical Sales Co. v. Oil Price Information Service, LLC, currently pending before Judge Blakey, with the above−captioned case, and thereafter, administratively close Case No. 1:25−cv−3447. The Clerk is further directed to add to this docket forthwith, all parties and their respective counsel from the docket in Case No. 1:25−cv−3447 who are not already listed on this docket. Mailed notice (gel,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.