UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| Non-Converter Seller Purchaser Class | |

## NOTICE OF SETTLEMENT WITH
## DEFENDANT OIL PRICE INFORMATION SERVICE, LLC

The Non-Converter Seller Purchaser Class ("NCSPs") respectfully writes to provide notice that they have reached a settlement agreement with Defendant Oil Price Information Service LLC ("OPIS" and together with NCSPs, the "Parties"). This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the parties' agreement, NCSPs will in the near future move for preliminary approval, and if the Court grants that motion will ultimately move for final approval, of the proposed settlement with OPIS.

Dated: May 5, 2025                                        Respectfully submitted,

| **LOCKRIDGE GRINDAL NAUEN PLLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
|---|---|
| /s/ *Brian D. Clark* | /s/ *Karin E. Garvey* |
| Brian D. Clark (IL Bar No. 6350416) | Karin E. Garvey (N.D. Ill. Bar No. 2997831) |
| Simeon A. Morbey (MN #0391338) | Brian M. Hogan (N.D. Ill. Bar No. 6286419) |
| Consuela Abotsi-Kowu (MN #0505682) *(pro hac vice forthcoming)* | Donald A. Broggi *(pro hac vice pending)* |
| 100 Washington Avenue South, Suite 2200 | The Helmsley Building, 230 Park Ave. |
| Minneapolis, Minnesota 55401 | 24th Floor |
| (612) 339-6900 | New York, NY 10169 |
| bdclark@locklaw.com | (212) 223-6444 |
| samorbey@locklaw.com | kgarvey@scott-scott.com |
| cmabotsi-kowu@locklaw.com | brian.hogan@scott-scott.com |
|  | dbroggi@scott-scott.com |
| Kyle J. Pozan (IL Bar No. 6306761) |  |
| 1165 N. Clark Street, Suite 700 | Patrick J. Coughlin (N.D. Ill. Bar No. 90785466) |
| Chicago, IL 60610 | Daniel J. Brockwell (admitted *pro hac vice*) |
| (312) 205-8968 | 600 W. Broadway, Suite 3300 |
| kjpozan@locklaw.com | San Diego, CA 92101 |
|  | (619) 233-4565 |
| Stephen J. Teti | pcoughlin@scott-scott.com |
| 265 Franklin Street, Suite 1702 | dbrockwell@scott-scott.com |
| Boston, MA 02110 |  |
| (617) 456-7701 | Patrick McGahan *(admitted pro hac vice)* |
| sjteti@locklaw.com | Michael Srodoski (admitted *pro hac vice*) |
|  | 156 South Main Street |
|  | P.O. Box 192 |
|  | Colchester, CT 06415 |
|  | (860) 537-5537 |
|  | pmcgahan@scott-scott.com |
|  | msrodoski@scott-scott.com |

*Co-Lead Class Counsel for the Non-Converter Seller Purchaser Class*