# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| *Direct Purchaser Plaintiff Class* | |

## DIRECT PURCHASER PLAINTIFF CLASS' NOTICE OF SETTLEMENT WITH DEFENDANT OIL PRICE INFORMATION SERVICE, LLC

Direct Purchaser Plaintiffs ("DPPs"), by the undersigned court-appointed Lead and Liaison Counsel, respectfully notify the Court that, subject to Court approval, DPPs have reached an agreement with Defendant Oil Price Information Service, LLC ("OPIS") to settle the DPPs' claims against OPIS in this action. Consistent with the parties' agreement, DPPs will in the near future move for preliminary approval, and if the Court grants that motion will ultimately move for final approval, of the proposed settlement with OPIS. Counsel of record in this case will receive this Notice via the Court's CM/ECF system.

Dated: May 5, 2025

Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022

Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, IL 60090
T: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

Joseph M. Vanek
Allison Margolies
David Germaine
John P. Bjork
**SPERLING KENNY NACHWALTER, LLC**
321 N Clark Street, Suite 2500
Chicago, IL 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
amargolies@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
Tel: (312) 641-3200
Fax: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
2707 Killarney Way #2707
Tallahassee, FL 32309
Tel: (850) 354-5300
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com

Joshua H. Grabar
Julia Varano
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
jgrabar@grabarlaw.com
jvarano@grabarlaw.com


*Counsel for Direct Purchaser Plaintiff Bill Wagner & Son, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2025, I caused true and correct copies of the foregoing to be served via the Court's CM/ECF system on all counsel of record.

*/s/ Robert N. Kaplan*
Robert N. Kaplan
