IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re: PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| | Hon. LaShonda A. Hunt |
| This Document Relates To: | |
| *All Direct Purchaser Plaintiff Actions* | |

**VITOLITE ELECTRIC SALES CO.'S SUR-REPLY IN SUPPORT OF ITS OPPOSED MOTION TO APPOINT NUSSBAUM LAW GROUP, P.C. AS A CO-LEAD COUNSEL FOR THE DIRECT PURCHASER CLASS**

Direct purchaser plaintiff, Vitolite Electric Sales Co. ("Vitolite"), respectfully submits this Sur-Reply in support of its Opposed Motion to Appoint Nussbaum Law Group, P.C. as a Co-Lead Counsel for the Direct Purchaser Class. (ECF No. 268).

On May 5, 2025, Plaintiff Bill Wagner & Sons, Inc., through its counsel—Kaplan Fox & Kilsheimer LLP ("Kaplan Fox")—notified the Court that it had reached a settlement on behalf of the proposed direct purchaser class with Defendant Oil Price Information Service, LLC ("OPIS). ECF No. 283.

Kaplan Fox did not notify Vitolite's counsel to seek the approval of Vitolite, which is one of the two putative class representatives for the direct purchaser class, prior to entering into the proposed settlement. This omission is troubling in light of Vitolite's pending motion to appoint its counsel, Nussbaum Law Group, P.C., as a Co-Lead Counsel for the direct purchaser class, ECF No. 268. Keeping the only other direct purchaser putative class representative in the dark concerning settlement discussions is inconsistent with Kaplan Fox's representation to this Court that it will work cooperatively with all counsel, (s*ee* Memorandum of Law in Support of Direct

Purchaser Plaintiff Bill Wagner & Sons, Inc. Motion to Appoint Kaplan Fox & Kilsheimer at 13) (ECF No. 135), and serves to underscore the importance of the requested appointment of a Co-Lead Counsel.

Accordingly, Vitolite respectfully requests the Court to grant its motion to appoint Nussbaum Law Group, P.C. as Co-Lead Counsel and ensure that the interests of *all* the Direct Purchaser Class members are adequately represented.

Dated: May 7, 2025

Respectfully submitted,

 /s/ Linda P. Nussbaum

Linda P. Nussbaum
Meghan J. Talbot*
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9189
Email: lnussbaum@nussbaumpc.com
Email: mtalbot@nussbaumpc.com

Stephanie A. Scharf
**SCHARF BANKS MARMOR LLC**
30 W Hubbard St, Ste 500
Chicago, IL 60654
Telephone: (312) 662-6999
Email: sscharf@scharfbanks.com

Roberta D. Liebenberg*
Gerard A. Dever*
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
Email: rliebenberg@finekaplan.com
Email: jgittleman@finekaplan.com

James E. Cecchi*
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road

Roseland, NJ 07068
Telephone: (973) 994-1700
Email: jcecchi@carellabyrne.com

* pro hac vice application forthcoming

*Attorneys for Plaintiff Vitolite Electric Sales Co. and the Proposed Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

I, Linda P. Nussbaum, certify that on May 7, 2025, I electronically caused the foregoing document to be filed with the Clerk of the Court through the CM/ECF system, which will automatically send notifications of the filing to all counsel of record.

Dated: May 7, 2025                                              Respectfully submitted,

                                                                 */s/ Linda P. Nussbaum*
                                                                 Linda P. Nussbaum