# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 24 C 07639 |
| | Hon. LaShonda A. Hunt |
| THIS DOCUMENT RELATES TO: | |
| *The Direct Purchaser Plaintiff Class* | |

## OPPOSITION STATEMENT OF COURT-APPOINTED CO-LEAD AND LIAISON COUNSEL FOR THE DIRECT PURCHASER PLAINTIFF CLASS TO NUSSBAUM LAW GROUP, P.C.'S MOTION FOR LEAVE TO FILE SUR-REPLY

Lead and Liaison Counsel for the Direct Purchaser Plaintiff Class oppose the Nussbaum Law Group, P.C.'s ("Nussbaum Group") motion for leave to file a sur-reply because it does not add materially to the briefing already completed and, if anything, underscores why the Nussbaum Group should not be appointed as co-lead counsel.[1]

The October 17, 2024, Order Appointing Kaplan Fox & Kilsheimer, LLP As Lead Class Counsel For The Direct Purchaser Plaintiff Class and Sperling & Slater, LLC As Liaison Counsel for The Direct Purchaser Plaintiff Class provides that "Kaplan Fox has the authority to," among other things: "Promote the efficient conduct of this litigation and avoid unnecessary duplication and unproductive efforts by making and supervising all work assignments" and "[n]egotiate with defense counsel with respect to settlement and other matters." ECF No. 163, at ¶¶ a, h.

Court-appointed Lead Counsel for the Direct Purchaser Plaintiff Class were, at the time Plaintiff Vitolite Sales Co. ("Vitolite") filed its motion to have the Nussbaum Group added as a co-lead counsel for the Direct Purchaser Plaintiff Class (ECF No. 268), in ongoing – and, naturally,

---

[1] Lead Counsel have agreed with the Nussbaum Group that the Direct Purchaser Plaintiff Class would file their opposition by noon Central time today.

delicate and confidential – settlement discussions with respect to Defendant Oil Price Information Service, LLC ("OPIS").

The inclusion of additional, unappointed counsel for the direct purchasers to these negotiations would not only have violated the confidentiality of these negotiations, but would also have been disruptive, counterproductive and contrary to the Court's order appointing Lead Counsel. While the Nussbaum Group filed the Vitolite complaint during these confidential negotiations, Vitolite was not a lead plaintiff in the operative Direct Purchaser Amended Complaint filed on October 30, 2024, and its counsel were not counsel on that operative complaint (ECF No. 183). Consultation with the Nussbaum Group as to the proposed settlement was therefore not required, and, indeed, would have been inappropriate.

For the foregoing reasons, Lead and Liaison Counsel respectfully request that the motion for leave to file a sur-reply be denied and that Nussbaum Group's motion to be appointed co-lead be decided based on previously submitted briefing and arguments.

Dated: May 9, 2025

Respectfully submitted,

*/s/ Robert N. Kaplan*
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, IL 60090
T: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

Joseph M. Vanek
Allison Margolies
David Germaine
John P. Bjork
**SPERLING KENNY NACHWALTER, LLC**
321 N Clark Street, Suite 2500
Chicago, IL 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
amargolies@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
Tel: (312) 641-3200
Fax: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
1616-D Metropolitan Circle
Tallahassee, FL 32308
Tel: (850) 942-4334
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300

3

dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com

Joshua H. Grabar
Julia Varano
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
jgrabar@grabarlaw.com
jvarano@grabarlaw.com

*Counsel for Direct Purchaser Plaintiff Bill Wagner & Son, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 9, 2025, I caused true and correct copies of the foregoing to be served via the Court's CM/ECF system on all counsel of record.

*/s/ Robert N. Kaplan*
Robert N. Kaplan