# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Bavolak, et al.
                        Plaintiff,

v.                                             Case No.: 1:24–cv–07639
                                                               Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 9, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff Vitolite Electric Sales Co.'s opposed motion for leave to file a sur reply [284] is denied and the responses in opposition [286][287] are stricken, as the Court does not require any further briefing on these matters. Plaintiff Vitolite Electric Sales Co.'s opposed motion to appoint Nussbaum Law Group, P.C. as co–lead counsel for the direct purchaser plaintiff class [268] remains under advisement. In addition, the Court received a voicemail message yesterday morning from Zachary Jacobs, who is not listed on the docket as counsel of record for any party involved in this litigation. Mr. Jacobs' message stated that a response will be filed to this motion on 5/9/25, in the event the Court wanted to set a briefing schedule. Mr. Jacobs is admonished that such ex parte communications with the Court are improper. Again, counsel is admonished to review and comply with all court procedures. Motion hearing set for 5/13/25 is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.