# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re: PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

## ATKORE INC.'S
## AMENDED NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Defendant Atkore Inc. hereby provides the following Amended Notification as to Affiliates:

Atkore Inc. is a publicly-held corporation and is listed on the New York Stock Exchange under the symbol "ATKR." Upon information and belief based on publicly-available information, BlackRock, Inc., First Trust Portfolios L.P., Gates Capital Management, Inc., and Vanguard Group, Inc. each own more than 5% of the shares of Atkore Inc.

| | |
|---|---|
| Dated: May 16, 2025 | Respectfully submitted, <br><br> By: */s/ Britt M. Miller* <br> Britt M. Miller <br> Matthew D. Provance <br> Megan E. Stride <br> MAYER BROWN LLP <br> 71 South Wacker Drive <br> Chicago, IL 60606 <br> Tel.: 312-783-0600 <br> bmiller@mayerbrown.com <br> mprovance@mayerbrown.com <br> mstride@mayerbrown.com <br><br> Counsel for Defendant Atkore Inc. |

# **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on May 16, 2025, I caused a true and correct copy of the foregoing Atkore Inc.'s Amended Notification as to Affiliates to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      /s/ *Britt M. Miller*
      Britt M. Miller
      MAYER BROWN LLP
      71 South Wacker Drive
      Chicago, IL 60606
      Tel.: 312-782-0600
      bmiller@mayerbrown.com