UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation*<br><br>This Document Relates to:<br><br>Non-Converter Seller Purchaser Class | Case No. 1:24-cv-07639<br><br>Hon. LaShonda A. Hunt |

### MOTION FOR LEAVE TO FILE EXCESS PAGES

The Non-Converter Seller Purchaser Class ("NCSPs") through their undersigned counsel, intend to file Non-Converter-Seller Purchaser Class Plaintiffs' Motion—Unopposed By Settling Defendant Oil Price Information Service, LLC ("OPIS")—for Preliminary Approval of Settlement Agreement with Defendant OPIS and Related Relief ("Motion"), and hereby move this Court for entry of an Order granting them leave to file a brief in support of the Motion not to exceed 35 pages. In support, NCSPs state the following:

1. On May 5, 2025, NCSPs filed a Notice of Settlement with Defendant Oil Price Information Service, Inc. ("OPIS"). ECF No. 282.

2. NCSPs now seek to move for preliminary approval of the settlement with OPIS.

3. In order to fully and completely explain the justification for the preliminary approval of the settlement with OPIS, NCSPs require additional pages in excess of the 15 pages under Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

4. While NCSP have made every effort to be as concise as possible, they request up to 35 pages for their brief in support of the Motion.

WHEREFORE, for the above reasons, NCSPs respectfully request this Court enter an Order granting them leave to file a brief in support of their Motion, not to exceed 35 pages.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| /s/ *Brian D. Clark* <br> Brian D. Clark (IL Bar No. 6350416) <br> Simeon A. Morbey (MN #0391338) <br> Consuela Abotsi-Kowu (MN #0505682) *(pro hac vice forthcoming)* <br> 100 Washington Avenue South, Suite 2200 <br> Minneapolis, Minnesota 55401 <br> (612) 339-6900 <br> bdclark@locklaw.com <br> samorbey@locklaw.com <br> cmabotsi-kowu@locklaw.com | */s/ Karin E. Garvey* <br> Karin E. Garvey (N.D. Ill. Bar No. 2997831) <br> Brian M. Hogan (N.D. Ill. Bar No. 6286419) <br> Donald A. Broggi *(pro hac vice pending)* <br> The Helmsley Building, 230 Park Ave. <br> 24th Floor <br> New York, NY 10169 <br> (212) 223-6444 <br> kgarvey@scott-scott.com <br> brian.hogan@scott-scott.com <br> dbroggi@scott-scott.com |
| Kyle J. Pozan (IL Bar No. 6306761) <br> 1165 N. Clark Street, Suite 700 <br> Chicago, IL 60610 <br> (312) 205-8968 <br> kjpozan@locklaw.com | Patrick J. Coughlin (N.D. Ill. Bar No. 90785466) <br> Daniel J. Brockwell (admitted *pro hac vice*) <br> 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> (619) 233-4565 <br> pcoughlin@scott-scott.com <br> dbrockwell@scott-scott.com |
| Stephen J. Teti <br> 265 Franklin Street, Suite 1702 <br> Boston, MA 02110 <br> (617) 456-7701 <br> sjteti@locklaw.com | Patrick McGahan *(admitted pro hac vice)* <br> Michael Srodoski (admitted *pro hac vice*) <br> 156 South Main Street <br> P.O. Box 192 <br> Colchester, CT 06415 <br> (860) 537-5537 <br> pmcgahan@scott-scott.com <br> msrodoski@scott-scott.com |

*Co-Lead Class Counsel for the Non-Converter Seller Purchaser Class*

2

3

**CERTIFICATE OF SERVICE**

 I hereby certify that on June 6, 2025, this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                */s/ Brian D. Clark*