**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> Non-Converter Seller Purchaser Class Plaintiffs | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

**NON-CONVERTER-SELLER PURCHASER CLASS PLAINTIFFS' MOTION—UNOPPOSED BY SETTLING DEFENDANT OIL PRICE INFORMATION SERVICE, LLC ("OPIS")[1]— FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT WITH DEFENDANT OPIS AND RELATED RELIEF**

---

[1] *Local Rule 37.2 Meet and Confer Statement*: OPIS, the Settling Defendant, does not oppose NCSPs' motion. NCSPs did not have the ability to meet and confer with the other parties to this litigation, excepting OPIS, pursuant to the Court's individual Motion Practice Procedures because the terms of NCSPs' and OPIS's Settlement Agreement were confidential until the actual filing of this motion for preliminary approval. NCSPs anticipate, though, that Erie County may oppose the motion based on its May 8, 2025 filing (ECF No. 286), and will update the Court if Erie County advises NCSPs of its plans to do so. However, on May 7, 2025, NCSPs asked if Erie County wished to meet and confer regarding the Settlement Agreement, but Erie County never responded, and instead filed a May 8, 2025 "response" to NCSPs' May 5, 2025, notice of settlement. *See* Joint Declaration of NCSP Interim Co-Lead Counsel, Exhibit 19.

Additionally, as NSCPs explain in this brief, they have requested certain contact information from the non-settling Defendants to facilitate settlement class notice. The non-settling Defendants advised during email discussions on June 4 and 5, 2025, that that they were not in a position to evaluate the request until after they had reviewed the preliminary approval filings and until other issues were resolved. If, after reviewing this filing, the non-settling Defendants oppose that part of the motion, NCSPs' Interim Lead Counsel will promptly confer with non-settling Defendants and submit an agreed proposed briefing schedule with respect to the request that non-settling Defendants produce their customer information in order to facilitate notice.

PLEASE TAKE NOTE that the Non-Converter Seller Purchaser Class ("NCSPs") hereby move the Court to: (i) Preliminary Approval the Settlement Agreement Between NCSPs and Defendant Oil Price Information Service, LLC; (ii) preliminarily certify the proposed Settlement Class; (iii) appoint Interim Co-Lead Counsel as Settlement Class Counsel; (iv) appoint the NCSP Class Named Representatives as named representatives for the Settlement Class; (v) approve the proposed plan for disseminating notice to the Settlement Class; (vi) appoint the Settlement Administrator and Escrow Agent, including permitting NCSPs to withdraw from the Settlement Funds up to $250,000 without further approval for Settlement notice and administration costs; (vii) set a Fairness Hearing for the Settlement; and (viii) as described in the accompanying Memorandum of Law, NCSPs also seek the Court's permission to request customer lists from the remaining Defendants and non-converter sellers of PVC Pipe, in order to facilitate Notice to the Settlement Class.

This motion is based on this notice of motion and motion, Federal Rules of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

Dated: June 6, 2025

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**

/s/ *Brian D. Clark*
Brian D. Clark (IL Bar No. 6350416)
Simeon A. Morbey (MN #0391338)
Consuela Abotsi-Kowu (MN #0505682) *(pro hac vice forthcoming)*
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
bdclark@locklaw.com
samorbey@locklaw.com
cmabotsi-kowu@locklaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Karin E. Garvey*
Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
Donald A. Broggi *(pro hac vice pending)*
The Helmsley Building, 230 Park Ave.
24th Floor
New York, NY 10169
(212) 223-6444
kgarvey@scott-scott.com
brian.hogan@scott-scott.com
dbroggi@scott-scott.com

| | |
|---|---|
| Kyle J. Pozan (IL Bar No. 6306761)<br>1165 N. Clark Street, Suite 700<br>Chicago, IL 60610<br>(312) 205-8968<br>kjpozan@locklaw.com<br><br>Stephen J. Teti<br>265 Franklin Street, Suite 1702<br>Boston, MA 02110<br>(617) 456-7701<br>sjteti@locklaw.com | Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)<br>Daniel J. Brockwell (admitted *pro hac vice*)<br>600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>(619) 233-4565<br>pcoughlin@scott-scott.com<br>dbrockwell@scott-scott.com<br><br>Patrick McGahan *(*admitted *pro hac vice)*<br>Michael Srodoski (admitted *pro hac vice*)<br>156 South Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>(860) 537-5537<br>pmcgahan@scott-scott.com<br>msrodoski@scott-scott.com |

*Co-Lead Class Counsel for the Non-Converter Seller Purchaser Class*