UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> Non-Converter Seller Purchaser Class Plaintiffs | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

**DECLARATION OF CHRISTIE K. REED OF KROLL SETTLEMENT ADMINISTRATION LLC IN SUPPORT OF NON-CONVERTER-SELLER PURCHASER CLASS PLAINTIFFS' MOTION—UNOPPOSED BY SETTLING DEFENDANT OIL PRICE INFORMATION SERVICE, LLC ("OPIS")—FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT WITH <u>DEFENDANT OPIS AND RELATED RELIEF</u>**

I, Christie K. Reed, hereby declare:

**<u>INTRODUCTION</u>**

1. I am the Media Director of Kroll Notice Media Solutions ("Kroll Media"),[1] a business unit of Kroll Settlement Administration LLC ("Kroll"), the proposed Settlement Administrator relating to the Non-Converter Seller Purchasers' ("NCSPs") settlement with Defendant Oil Price Information Service, LLC ("OPIS" or "Settling Defendant"). Kroll's principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working with me, including information reasonably relied upon in the fields of advertising media and communications. This declaration is being filed in connection with preliminary approval of the Settlement.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

2. I have nearly fifteen years of legal notice experience, and I have been involved with some of the largest and most complex programs in the legal notice industry, including cases involving consumer and product liability class actions, pharmaceutical antitrust, data breaches and consumer privacy actions, and government restitution. My expertise includes media planning and research, media buying, creative design and notice drafting, and data analysis of hundreds of court-approved national, local and international notice programs.

3. Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities, labor and employment, consumer and government enforcement matters. Kroll has provided class action services in over 3,000 settlements varying in size and complexity over the past 50 years. Attached as **Exhibit 1** are overviews of Kroll's settlement administration services and antitrust experience.

4. Interim Co-Lead Counsel have proposed Kroll as the Settlement Administrator to, among other tasks, develop and implement a notice plan (the "Notice Program") in connection with the Long-Form Settlement Agreement between Non-Converter Seller Purchaser Class Plaintiffs and Defendant Oil Price Information Service, LLC (the "Settlement Agreement") entered into in this Action.

5. The proposed Notice Program, as more fully detailed below, contemplates a mix of direct notice, where possible, targeted industry publication, and a consumer-orientated publication program to reach members of the NCSP Settlement Class, via methods described below, designed to reach at least 70% of likely NCSP Settlement Class members approximately 2.7 times on average. The Federal Judicial Center states that a publication notice plan that reaches[2] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[3]

6. To ensure that our calculations and estimates are accurately projected, the Notice Program was calculated using objective, syndicated advertising research tools from MRI-Simmons

---

[2] "Reach" measures the number of people who receive or are otherwise exposed to a notice plan.

[3] Barbara Rothstein and Thomas Willging, *Federal Judicial Center Managing Class Action Litigation: A Pocket Guide for Judges*, at 27 (3d ed. 2010).

Research ("MRI"),[4] and online measurement from Comscore.[5] These are the same tools reasonably relied upon by advertising agencies nationwide as the basis to select media for large brands.

## NOTICE PROGRAM SUMMARY

7. The proposed Notice Program is designed to inform likely NCSP Settlement Class members of the proposed Settlement between NCSPs and Settling Defendant. Pursuant to Paragraph 4(a) of the Settlement Agreement, the NCSP Settlement Class is defined as:

> All persons and entities who purchased PVC Pipe manufactured by a Defendant and subsequently sold through a non-converter PVC Pipe seller in the United States between January 1, 2021 through May 16, 2025.
>
> Specifically excluded from the Class are Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded from the Class are any federal government entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action, any business majority-owned by any such person, and any Co-Conspirator identified in this Action.

8. The Notice Program includes a detailed notice that will be posted on the Settlement website (**Exhibit 2**, "Detailed Notice"), direct notice by mail via a postcard or by email (**Exhibit 3**, "Postcard/Email Notice"), a digital media banner ad campaign that will be published in relevant trade publications and through various online placements and social media platforms (**Exhibit 4**, sample digital ads), and a press release distribution (**Exhibit 5**, press release).

9. To reach NCSP Settlement Class members, the proposed Notice Program contemplates usage of the following direct and indirect notice components:

---

[4] MRI-Simmons USA is the most comprehensive study on American Consumers and is used by the majority of media and marketing agencies in the country to perform a wide variety of analytical, planning, and reporting functions. The nationally representative study provides comprehensive data on consumer attitudes, behaviors, media preferences, and more.

[5] Comscore is a global Internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and Internet usage data.

- Class Action Fairness Act notice to applicable government officials;
- Email Notice to potential NCSP Settlement Class members;
- Postcard Notice via U.S. First Class Mail to potential NCSP Settlement Class members;
- Paid notice in trade publications;
- Online display banner advertising;
- Google keyword search advertising;
- Social media advertising through Facebook and YouTube;
- A press release;
- Direct contact with relevant trade associations;
- A neutral, informational Settlement website; and
- A toll-free telephone information line.

10. It is Kroll's understanding that Interim Co-Lead Counsel are also requesting the Court permit NCSPs to obtain NCSP Settlement Class member contact information from non-converter pipe sellers to assist in providing direct emailed and mailed notice to these individuals and companies.

11. Kroll will create a list of likely NCSP Settlement Class Member data, available from Settling Defendant's data, from contact data obtained from PVC non-converter sellers, and/or from data that can be acquired from one or more leading information aggregators of contact information for municipalities, contractors, and other entities likely to have purchased PVC Pipe (the "Class List"). The Class List may include a combination of names, physical mailing addresses, and/or email addresses

## CAFA NOTICE

12. On behalf of the Settling Defendant, Kroll will provide notice of the proposed Settlement pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715(b) (the "CAFA Notice"). At Settling Defendant's counsel's direction, Kroll will send the CAFA Notice, via first-class certified mail to (a) the Attorney General of the United States and (b) the applicable state Attorneys

General. The CAFA Notice will also direct the recipients to the website www.CAFANotice.com, a site that will contain all the documents relating to the Settlement referenced in the CAFA Notice.

## EMAIL NOTICE

13. Kroll will email the Email Notice (Exhibit 3) to NCSP Settlement Class members. The Email Notice will consist of the information provided in Exhibit 3 noted above, with formatting to enable it to be emailed to the Class List. Kroll will track and monitor emails that are rejected or "bounced back" as undeliverable. At the conclusion of the email campaign, Kroll will provide a report with the email delivery status of each record. The report will include the number of records that had a successful Email Notice delivery and a count of the records where delivery failed. Kroll will also update its administration database with the appropriate status of the email campaign for each of the NCSP Settlement Class member records.

## DIRECT MAIL NOTICE

14. Kroll will mail the Postcard Notice (Exhibit 3) to NCSP Settlement Class members. In preparation for the Postcard Notice mailing, Kroll will send the NCSP Settlement Class member data through the United States Postal Service's ("USPS") National Change of Address ("NCOA") database. The NCOA process will provide updated addresses for NCSP Settlement Class members who have submitted a change of address with the USPS in the last 48 months and the process will also standardize the addresses for mailing. Kroll will then prepare a mail file of NCSP Settlement Class members that are to receive the Postcard Notice via first-class mail.

15. Postcard Notices returned by the USPS with a forwarding address will be automatically re-mailed to the updated address provided by the USPS.

16. At the direction of Interim Co-Lead Counsel and Settling Defendant's counsel (collective, "Counsel"), Postcard Notices returned by the USPS undeliverable as addressed without a forwarding address will be sent through an advanced address search process in an effort to find a more current address for the record. If an updated address is obtained through the advanced address search process, Kroll will re-mail the Postcard Notice to the updated address.

## PUBLICATION NOTICE

17. As required under Paragraph 6(b) of the Settlement Agreement, digital ads (Ex. 4) and a press release (Ex. 5) will also be provided by publication via media outlets. Kroll Media's proposal for notice by publication is set forth below.

### *Target Audiences*

18. The publication notice program will utilize trade media to reach likely NCSP Settlement Class members and an online media campaign to achieve at least 70% reach among a target audience of adults employed in installation, maintenance, and repair occupations, and therefore likely NCSP Settlement Class members.

19. This target audience is a proxy definition for the NCSP Settlement Class, as no nationally syndicated media research data provides an exact target audience for NCSP Settlement Class members. Utilizing an overinclusive proxy audience is commonplace in both class action litigation and advertising generally.[6]

### *Trade Media*

20. To reach likely NCSP Settlement Class members, Kroll recommends paid notice in one or more digital trade publications targeted to professionals and businesses that likely use PVC pipe in their lines of work.

21. This trade-targeted paid notice may include digital newsletters such as *CONTRACTOR eNews*, *Electrical Construction & Maintenance*'s *Electrical Zone* e-newsletter, *Electrical Contractor*'s *EC Weekly* e-newsletter, *Municipal Sewer & Water*'s *MSW* e-newsletter, or *PHCP Pros* segmented newsletters targeting HVAC, Hydronics, Plumbing, and/or Pipes, Valves, and Fittings (PVF). Paid notice to trade media may also include website placements on

---

[6] "If the total population base (or number of class members) is potentially unknown, it is accepted advertising and communication practice to use a proxy-media definition, which is based on accepted media research tools and methods that will allow the notice expert to establish that number. The percentage of the population reached by supporting media can then be established." Duke Law School, *GUIDELINES AND BEST PRACTICES IMPLEMENTING 2018 AMENDMENTS TO RULE 23 CLASS ACTION SETTLEMENT PROVISIONS*, at 56. This publication is available online at: https://scholarship.law.duke.edu/cgi/viewcontent.cgi?article=1003&context=bolch.

sites like *Electrical Products & Solutions* (www.epsmag.net) or on websites owned by the aforementioned publishers.

*Online Display*

22. Kroll Media will apply a programmatic approach to display advertising placements.[7] Digital banner ads will be purchased "programmatically" using a computer algorithm to show a specific ad to a specific visitor in a specific context. These ads are device-agnostic and will appear across desktop, laptop, tablet, or mobile devices.

23. Online display ads will be targeted to adults 18 years of age or older nationwide who are likely plumbers, electricians, plumbing contractors, electrical contractors, etc., behaviorally targeted to users interested in home DIY, home repair, crafts, etc., and/or contextually targeted alongside content related to plumbing fixtures and equipment, hobbies and leisure, and/or energy and utilities.

24. The content of the digital banner ads will include relevant information for users to self-identify whether they are part of the NCSP Settlement Class. When an ad is clicked, an embedded link will direct the user to the Settlement website where they can learn more about the Settlement and potentially file a claim form online.

25. The display ad units will include the most popular and widely-accepted formats such as 160x600 (wide skyscraper), 300x250 (rectangle), 300x600 (large skyscraper), 729x90 (leaderboard), 300x50 (mobile banner), 320x50 (mobile leaderboard), and 336x280 (large rectangle).[8]

---

[7] In practice, when a user visits a website, an IP connection between the user's device and the publisher's webserver is established. The website then flags available ad tags so that the ad server can analyze data about the user, such as demographic attributes or location. This information is shared with advertising exchanges *(i.e.*, digital advertising marketplaces for ad space) where ad buyers can bid on the ad unit relevant to the campaign. If the ad unit is user-relevant, *i.e.*, it targets a likely class member based on matching user attributes, a bid is offered. Upon winning the bid for the ad unit, the ad is downloaded on a webpage for a user to see and this counts as an impression.

[8] Creating multiple ad sizes increases a notice plan's probability of getting the message in front of the right target audience at the right time. If a web page serves only 300x250 and 728x90 ads, and

DECLARATION OF CHRISTIE K. REED IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

*Google Search Ads*

26. Keyword search advertising will be used to display advertisements to users in their Google Search results. This will help drive likely NCSP Settlement Class members who are actively searching for information about the Settlement to the Settlement website. When a user conducts a search for Settlement-related content, such as "*pvc pipe*," "*pvc fittings*," "*pvc price fixing*," and other similar terms, a sponsored link may appear, which will provide brief information about the Settlement and direct users to the Settlement website.

*Social Media Ads*

27. Social media ads will appear on Facebook and YouTube.

28. Facebook ads will be targeted to adults 18 years of age or older who have listed employment relevant to the NCSP Settlement Class, such as plumbers, electricians, plumbing contractors, electrical contractors, etc. Additionally, ads will be targeted to users who are interested in home DIY, home repair, crafts, and more.

29. On YouTube, banner ads will be targeted to users 18 years of age or older who are interested in channels and/or content related to plumbing, electrical work, home DIY, PVC pipe crafting, etc.

30. Social media advertising will include relevant information for users to self-identify whether they are included in the NCSP Settlement Class. If users click on the social media ad, an embedded link takes them to the Settlement website where they can learn more about the Settlement.

*Press Release*

31. Kroll Media will issue a press release (Ex. 5) concerning the Settlement over Cision PR Newswire's US1 National Newsline. This network includes thousands of news outlets. The press release will also include additional targeting to a General Construction & Building Influencer

---

the campaign only created a 320x50 ad, a notice plan ad will not have the opportunity to serve an ad on that website.

DECLARATION OF CHRISTIE K. REED IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

List of journalists and media outlets covering news about building and construction, including civil engineering, architecture, landscape, materials such as concrete, and more.

## NOTICE TO RELEVANT TRADE ASSOCIATIONS

32. It is Kroll's understanding that Interim Co-Lead Counsel will work with relevant trade associations composed of likely NCSP Settlement Class members, such as the American Water Works Association, the Association of Metropolitan Water Agencies, and more, to encourage them to share information regarding the Settlement with their members.

## SETTLEMENT WEBSITE

33. Kroll will work with Counsel to create a dedicated Settlement website. The Settlement website URL is: www.PVCantitrust.com. The Settlement website will contain a summary of the Settlement, will allow NCSP Settlement Class members to contact the Settlement Administrator with any questions or changes of address, provide answers to frequently asked questions, and notice of important dates such as the Fairness Hearing. The Settlement website will also contain downloadable copies of relevant documents including the Complaint, Settlement Agreement, Preliminary Approval Order, Detailed Notice (in English and Spanish), and any other materials agreed upon by counsel for the Parties and/or required by the Court.

## TOLL-FREE TELEPHONE NUMBER

34. Kroll will also establish a toll-free telephone number for the Settlement. The toll-free telephone number will allow NCSP Settlement Class members to call and obtain information about the Settlement through an Interactive Voice Response system and the option to be connected to a live operator.

## POST OFFICE BOX

35. Kroll will designate a post office box with the mailing address *{name}*, c/o Kroll Settlement Administration LLC, P.O. Box <<####>>, New York, NY <<Zip-Zip4>>, in order to receive requests for exclusion, objections, and correspondence from NCSP Settlement Class members.

## **CONCLUSION**

36. The proposed Notice Program reflects a particularly appropriate and highly targeted way to provide notice to NCSP Settlement Class members. The publication notice via media outlets is designed and estimated to reach at least 70% of likely NCSP Settlement Class members approximately 2.7 times on average. This reach may be further supplemented by the direct notice effort and paid notice in trade publications. In my opinion, the Notice Program described above is reasonably calculated to provide notice to likely NCSP Settlement Class members and is consistent with best practicable, court-approved notice programs in similar matters, the requirements of Fed. R. Civ. P. 23(c)(2)(B), and the Federal Judicial Center's guidelines concerning appropriate reach.[9]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed on June 6, 2025, in Lakewood, California.

_____
CHRISTIE K. REED

---

[9] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), available at https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%. *See id*. At pp. 1, 3.