UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: PVC Pipe Antitrust Litigation* <br><br> _____ <br><br> This Document Relates To: <br><br> *All Direct Purchaser Plaintiff Actions* | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

### NOTICE OF PRESENTMENT OF MOTION

**TO: ALL COUNSEL OF RECORD (via CM-ECF)**

PLEASE TAKE NOTICE that on June 11, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, counsel will appear in person before the Honorable LaShonda A. Hunt, in Courtroom 1425 of the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall present Direct Purchaser Plaintiff Bill Wagner & Son, Inc.'s Motion – Unopposed[1] by Settling Defendant Oil Price Information Service, LLC ("OPIS") – for (1)

---

[1] OPIS, the Settling Defendant, does not oppose DPP's motion. Because the Settlement Agreement required the terms of DPP's settlement with OPIS to remain confidential until this motion was filed, it was not possible to conduct a pre-filing meet-and-confer with other parties. As detailed herein, on May 29, 2025, Interim Lead Counsel wrote to the non-settling Defendants asking them to provide, on a confidential basis, Interim Lead Counsel with their customer lists in order to effectuate individual, direct notice of the settlement to members of the DPP Settlement Class. The non-settling Defendants responded on June 4, 2025 that they were not in a position to evaluate the request for customer lists until after they had seen DPP's preliminary approval filings and until other issues were resolved, and advised that they intended to inform DPP of their position on the motion once they are able to review the papers. Therefore, as of the time of this filing, Interim Lead Counsel does not know whether the non-settling Defendants will oppose the part of DPP's motion requesting that the Court order the non-settling Defendants to produce their customer information. If, after reviewing this filing, the non-settling Defendants oppose that part of DPP's motion, Interim Lead Counsel will, pursuant to this Court's procedures, promptly confer with non-settling Defendants and submit an agreed proposed briefing schedule with respect to the request that non-settling Defendants produce their customer information in order to facilitate notice.

Preliminary Approval of Proposed Settlement Between the Direct Purchaser Plaintiff Class and Defendant Oil Price Information Service, LLC, (2) Certification, for Settlement Purposes Only, of the Proposed DPP Settlement Class, (3) Appointment of Kaplan Fox & Kilsheimer LLP as Settlement Class Counsel and Bill Wagner & Son, Inc. as Representative of the DPP Settlement Class, (4) Appointment of JND Legal Administration LLC as Settlement Administrator and The Huntington National Bank as Escrow Agent, (5) Requiring the Converter Defendants to Produce to Settlement Class Counsel their Customer Contact Information to Effectuate Reasonable Notice, (6) Approval of the Form and Content of Class Notice and the Notice Plan, and (7) Setting Schedule for the Dissemination of Class Notice and Fairness Hearing.

Dated: June 6, 2025

Respectfully submitted,

By: /s/ Robert N. Kaplan
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, Illinois 60090
Tel: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

Joseph M. Vanek
Allison Margolies
David Germaine
John P. Bjork
**SPERLING KENNY NACHWALTER, LLC**
321 N Clark Street, Suite 2500
Chicago, Illinois 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
amargolies@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, Tenn. 37212
Tel: (312) 641-3200
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
1616-D Metropolitan Cir.
Tallahassee, Florida 32308
Tel: (850) 942-4334
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
Michele Burkholder
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Penn. 19107
Tel: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com
mburkholder@nastlaw.com

3

        Joshua H. Grabar
        Julia Varano
        **GRABAR LAW OFFICE**
        One Liberty Place
        1650 Market Street, Suite 3600
        Philadelphia, Penn. 19103
        Tel: (267) 507-6085
        jgrabar@grabarlaw.com
        jvarano@grabarlaw.com

        *Counsel for Direct Purchaser Plaintiff Bill Wagner & Son, Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on June 6, 2025, I caused true and correct copies of this Notice to be served on all counsel of record via the Court's CM/ECF system.

                                              */s/ Robert N. Kaplan*
                                              Robert N. Kaplan