UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation*<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER CLASS PLAINTIFF ACTIONS | Case No. 1:24-cv-07639<br><br>Hon. LaShonda A. Hunt |

### DECLARATION OF GINA INTREPIDO-BOWDEN REGARDING SETTLEMENT NOTICE PLAN

I, Gina Intrepido-Bowden, hereby declare as follows:

1. I am a Vice President at JND Legal Administration LLC ("JND"). I am a judicially recognized legal notice expert with more than 20 years of experience designing and implementing class action legal notice programs. I have been involved in many of the largest and most complex class action notice programs, including all aspects of notice dissemination. A comprehensive description of my experience is attached as **Exhibit A**.

2. I submit this Declaration at the request of the Direct Purchaser Plaintiff ("DPP") Interim Lead Counsel and Oil Price Information Service, LLC ("OPIS" or "Settling Defendant") (collectively, the "Parties") in the above-referenced action to describe the plan for providing notice to the DPP Settlement Class (the "Notice Plan") and address why it is consistent with other best practicable court-approved notice programs and the requirements of Federal Rule of Civil Procedure 23 ("Rule 23"), the Due Process Clause of the United States Constitution, and the Federal Judicial Center ("FJC") guidelines for best practicable due process notice.

### BACKGROUND AND EXPERIENCE

3. JND is a leading legal administration services provider with offices throughout the United States and its headquarters in Seattle, Washington. JND's class action division provides all services necessary for the effective implementation of class actions including: (1) all facets of legal

1

notice, such as outbound mailing, email notification, and the design and implementation of media programs; (2) website design and deployment, including online claim filing capabilities; (3) call center and other contact support; (4) secure class member data management; (5) paper and electronic claims processing; (6) calculation design and programming; (7) payment disbursements through check, wire, PayPal, merchandise credits, and other means; (8) qualified settlement fund tax reporting; (9) banking services and reporting; and (10) all other functions related to the secure and accurate administration of class actions.

4. JND is an approved vendor for the United States Securities and Exchange Commission and the Federal Trade Commission. In addition, we have worked with a number of other government agencies including: the U.S. Equal Employment Opportunity Commission, the Office of the Comptroller of the Currency, the Federal Deposit Insurance Corporation, the Federal Communications Commission, the Department of Justice, and the Department of Labor. We also have Master Services Agreements with various corporations and banks, which were only awarded after JND underwent rigorous reviews of our systems, privacy policies, and procedures. JND has been certified as SOC 2 Type 2 compliant by noted accounting firm Moss Adams.[1]

5. JND has been recognized by various publications, including the *National Law Journal*, the *Legal Times*, and the *New York Law Journal*, for excellence in class action administration. JND was named the #1 Class Action Claims Administrator in the U.S. by the national legal community for multiple consecutive years, and this year we received the *National Law Journal* Hall of Fame Award for the fourth consecutive year. JND was also recognized as the Most Trusted Class Action Administration Specialists in the Americas by *New World Report* (formerly *U.S. Business News*) in the publication's 2022 Legal Elite Awards program.

6. The principals of JND collectively have over 80 years of experience in class action legal and administrative fields. JND has overseen claims processes for some for the largest legal claims administration matters in the country's history and regularly prepares and implements court

---

[1] As a SOC 2 Compliant organization, JND has passed an audit under AICPA criteria for providing data security.

approved notice and administration campaigns throughout the United States, including several in this District: *Ahmed v. HSBC Bank USA, NA*, Case No. 15-cv-2057-FMO-SPx; *Allison v. Oak Street Health, Inc.*, Case No. 22-cv-00149; *Balmoral Home, Inc. v. CMK Healthcare Training Ctr., LLC*, Case No. 13-cv-03995; *Barrios v. City of Chicago*, Case No. 15-cv-02648; *Bartlett v. City of Chicago*, Case No. 15-cv-11899; *Flowers v. City of Chicago*, Case No. 18-cv-07003; *FTC v. A1 Janitorial Supply Corp.*, Case No. 17-cv-07790; *FTC v. Career Educ. Corp.*, Case No. 19-cv-05739; *Gates v. City of Chicago*, Case No. 04-cv-02155; *In re: Akorn, Inc. Data Integrity Sec. Litig.,* Case, No. 18-cv-01713; *In re: Akorn, Inc. Sec. Litig.,* Case No. 15-cv-01944; *In re: Broiler Chicken Antitrust Litig.*, Case No. 16-cv-08637; *In re Kraft Heinz Sec. Litig.*, Case No. 19-cv-01339; *In re Local TV Advert. Antitrust Litig.*, Case No. 18-06785*; In re Navistar MaxxForce Engines Mktg., Sales Practices and Prods. Liab. Lit.*, Case No. 14-cv-10318; *Ivery v. RMH Illinois, LLC and RMH Franchise Holdings, Inc.*, Case No. 17-CIV-1619; *Johnson v. Yahoo!, Inc.*, Case No. 14- cv-02028; *Lippert v. Baldwin*, Case No. 10-cv-4603; *Meegan v. NFI Indus., Inc.*, Case No. 20-cv-00465; *Moehrl v. Nat'l Assoc. of Realtors*, Case No. 19-cv-01610-ARW; *Moss v. United Airlines*, Case No. 16-cv-08496; *Pickett v. Simos Insourcing Sols. Corp.*, Case No. 17-cv-01013; *Stephens v. C&K Trucking, LLC,* Case No. 20-cv-04305; *Thome v. NOVAtime Tech., Inc.*, Case No. 19-cv-06256; *Yates v. Checkers*, Case No. 17-cv-09219; as well as others. JND was appointed the notice and claims administrator in the landmark $2.67 billion Blue Cross Blue Shield antitrust settlement, in which we mailed over 100 million postcard notices; sent hundreds of millions of email notices and reminders; placed notice via print, television, radio, internet and more; received and processed more than eight million claims; and staffed the call center with more than 250 agents during the peak of the notice program. JND was also appointed the settlement administrator in the $1.3 billion Equifax Data Breach Settlement where we received more than 18 million claims. JND sent email notice twice to over 140 million class members, the interactive website received more than 130 million hits, and the call center was staffed with approximately 500 agents at the peak of call volume.

       7.      Other large JND matters include a voluntary remediation program in Canada on

behalf of over 30 million people; the $1.5 billion Mercedes-Benz Emissions Settlements; the $120 million GM Ignition Switch Settlement, where we sent notice to nearly 30 million class members and processed over 1.5 million claims; and the $215 million USC Student Health Center Settlement on behalf of women who were sexually abused by a doctor at USC, as well as hundreds of other matters, including the recent National Association of Realtors ("Realtors") settlements totaling over $1 billion thus far. Our notice campaigns are regularly approved by courts throughout the United States.

8. As a member of JND's Legal Notice Team, I research, design, develop, and implement a wide array of legal notice programs to meet the requirements of Rule 23 and relevant state court rules. In addition to providing notice to potential class members through direct mail and email, our media campaigns have used a variety of media including newspapers, press releases, magazines, trade journals, radio, television, social media, and the internet, depending on the circumstances and allegations of the case, the demographics of the class, and the habits of its members, as reported by various research and analytics tools. Our media campaigns are regularly approved by courts throughout the United States.

9. During my career, I have submitted declarations to courts throughout the country attesting to the creation and launch of various notice programs.

## **NOTICE PLAN OVERVIEW**

10. The objective of the proposed Notice Plan is to provide the best notice practicable, consistent with the methods and tools employed in other court-approved notice programs and to allow DPP Settlement Class Members the opportunity to review a plain language notice and easily take the next step to learn more about the proposed Settlement. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* consider a Notice Plan with a high reach (above 70%) to be effective.

11. The DPP Settlement Class consists of all persons and entities who purchased PVC Pipes in the United States directly from one or more of the Converter Defendants (or from any of the Converter Defendants' parents, predecessors, subsidiaries or affiliates) at any time between

April 1, 2021 and May 16, 2025. Converter Defendants include: Atkore, Inc., Cantex, Inc., Diamond Plastics Corporation, Prime Conduit, Inc., Sanderson Pipe Corporation, Southern Pipe, Inc., IPEX USA, LLC, J-M Manufacturing Company, Inc. d/b/a JM Eagle, National Pipe & Plastics, Inc., PipeLife Jet Stream, Inc., Otter Tail Corporation, Northern Pipe Products, Inc., Vinyltech Corporation, Westlake Corporation and Westlake Pipe & Fittings Corporation d/b/a North America PVC Pipe Corporation. Excluded from the DPP Settlement Class are Defendants, and their parents, predecessors, subsidiaries, and affiliates, and all federal government entities and instrumentalities of the federal government.

12. The proposed Notice Plan includes the following components, as further described in the sections below:

    a. CAFA Notice to appropriate state and federal officials;

    b. Direct notice to all known DPP Settlement Class Members for whom contact information is provided;

    c. Digital notice targeted specifically to potential DPP Settlement Class Members;

    d. A settlement website that will provide detailed information about the proposed Settlement, including a page with answers to frequently asked questions, contact information, key dates, links to important case documents including the Long Form Notice, attached as **Exhibit B**, and the Settlement Agreement; and

    e. A toll-free number for the Settlement, which will include an interactive voice response (IVR), and post office box through which DPP Settlement Class Members may obtain more information about the proposed Settlement and request that the Long Form Notice be sent to them.

13. Based on my experience in developing and implementing settlement notice programs, I believe that a Notice Plan with these elements will provide the best notice practicable under the circumstances.

14. Each component of the proposed Notice Plan is described in more detail in the

sections below.

## CAFA NOTICE

15. JND will work with Counsel for Settling Defendant to provide notice of the proposed Settlement under the Class Action Fairness Act (CAFA), 28 U.S.C. §1715(b), no later than 10 days after the proposed Settlement is filed with the Court. CAFA Notice will be mailed to the appropriate state and federal government officials.

## DIRECT NOTICE

16. It is my understanding that Interim Lead Counsel has requested DPP Settlement Class data from the Converter Defendants. Upon receipt of the DPP Settlement Class data, JND will promptly load the information into a secure, case-specific database for this matter. JND employs robust administrative, technical, and physical controls to protect confidential class member data and safeguard against the risk of loss, misuse, unauthorized access, disclosure, or modification of the data.

17. Once the data is loaded, JND will identify any undeliverable addresses or duplicate records from the data and assign a unique identification number to each DPP Settlement Class Member for tracking throughout the settlement administration process.

18. JND will mail the Long Form Notice to all DPP Settlement Class Members for whom a valid postal address is provided.

19. Prior to mailing notice, JND staff will perform advanced address research using the United States Postal Service ("USPS") National Change of Address ("NCOA") database to update addresses.[2] JND will track all notices returned undeliverable by the USPS and will promptly re-mail notices that are returned with a forwarding address.

20. Provided that Converter Defendants provide the requested DPP Settlement Class data, JND estimates that the direct notice effort will reach the vast majority of the DPP Settlement Class.

---

[2] The NCOA database is the official USPS technology product which makes changes of address information available to mailers to help reduce undeliverable mail pieces before mail enters the mail stream.

**DIGITAL NOTICE**

21. In addition, JND proposes a targeted digital effort that will serve 4.3 million digital impressions[3] over four weeks through the leading digital network (Google Display Network - "GDN") and the top business social platform (LinkedIn), as well as a notice placement in a well-respected industry eNewsletter (*Plastic News* Daily Report).

22. The GDN effort will specifically target: (1) sites/articles/pages covering topics such as HVAC & Climate Control Plumbing, Water Filters & Purifiers, Industrial Handling & Processing Equipment, Fluid Handling, Plumbing Fixtures & Equipment, Construction & Maintenance; (2) audiences in-market for PVC, Pipe Materials, PVC Pipe & Fittings; or (3) users with an affinity for Plastic Tubing.

23. The LinkedIn activity will reach users: (1) employed at company/industries including Specialty Trade Contractors, Building Construction, Civil Engineering, Wholesale Hardware/Plumbing/Heating Equipment, or Utility System Construction; (2) within member groups such as Pipes & Fittings Manufactures, Plastic Granules or Pipes (Hdpe, PVC, PP, LIDPE, ABS, PC); or (3) with skills such as Plumbing, PVC, Mechanical/Electrical/Plumbing (MEP).

24. *Plastic News* covers commercial, financial, legislative and market-related developments that affect plastic product manufacturers and their suppliers and customers. The notice placement in the *Plastic News* Daily Report eNewsletter will reach approximately 19,795 subscribers.

25. The digital activity will be served across all devices, with an emphasis on mobile. The Summary Notices that will be placed with the digital platforms are attached as **Exhibit C**. They will include an embedded link to the settlement website, where DPP Settlement Class Members can receive more information about the proposed Settlement.

---

[3] Impressions or Exposures are the total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. Impressions are a gross or cumulative number that may include the same person more than once. As a result, impressions can and often do exceed the population size.

**SETTLEMENT WEBSITE**

26. JND will develop and deploy an informational, interactive case-specific settlement website where DPP Settlement Class Members may obtain more information about the proposed Settlement. The settlement website will have an easy-to-navigate design that will be formatted to emphasize important information and deadlines and will provide links to important case documents, including the Long Form Notice. The website address will be prominently displayed in all printed notice documents and accessible through the digital notices.

27. The settlement website will also be ADA-compliant and optimized for mobile visitors so that information loads quickly on mobile devices. It will be designed to maximize search engine optimization through Google and other search engines.

**TOLL-FREE NUMBER AND POST OFFICE BOX**

28. JND will create and maintain an automated toll-free telephone line that DPP Settlement Class Members may call for information related to the proposed Settlement.

29. JND will also create and maintain a dedicated post office box for this matter where DPP Settlement Class Members may send exclusion requests and other correspondence.

**NOTICE DESIGN AND CONTENT**

30. I have reviewed and provided input to the Parties on the form and content of the notice documents, subject to any Court-ordered revisions and any necessary formatting changes needed for publication. All notice documents are written in plain language and are consistent with documents other courts have determined comply with the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and any other applicable statute, law or rule. Based on my experience designing class notice programs, in my opinion, the notice documents comply with these requirements, as well as the FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*.

31. The notice documents contain plain and easy-to-read summaries of the proposed Settlement and the options available to DPP Settlement Class Members. Additionally, the notice documents provide instructions on how to obtain more information about the proposed Settlement.

8

## REACH

32. It is our understanding that contact information will likely be available for the vast majority of DPP Settlement Class Members. The digital effort will extend reach further. As a result, the anticipated reach is expected to meet that of other court approved programs and the 70% or above reach standard set forth by the FJC.[4]

## CONCLUSION

33. In my opinion, the Notice Plan described above provides the best notice practicable under the circumstances and is consistent with the requirements of Rule 23 and other similar court-approved notice programs. The Notice Plan is designed to provide DPP Settlement Class Members with the opportunity to review the notice and easily take next steps to learn more about the proposed Settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of June 2025, in Stone Harbor, NJ

*[signature]*

Gina Intrepido-Bowden

---

[4] Federal Judicial Center, *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), p. 3 states: "…the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."