# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Bavolak, et al.
                      Plaintiff,

v.                                        Case No.: 1:24−cv−07639
                                             Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: For the reasons stated in the accompanying order, the End−User Plaintiffs' Motion for Leave to Plead a Separate End−User Class and to Appoint Dedicated End−User Class Counsel [237] is granted in part with respect to creating a separate end−user class and continued in part with respect to the appointment of co−lead class counsel. All interested counsel shall have until 6/16/25 to file a motion to be appointed class counsel for the Separate End−User Class. No notice of presentment is required. If no motions are filed, the Court will grant the request of Ms. Fegan and Mr. Longer to serve as co−lead class counsel. Plaintiff Vitolite Electric Sales Co.'s Opposed Motion to Appoint Nussbaum Law Group, P.C. as Co−Lead Counsel for the Direct Purchaser Plaintiff Class [268] is denied without prejudice. Enter Order. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.