**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> Non-Converter Seller Purchaser Class Plaintiffs | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

**NON-CONVERTER-SELLER PURCHASER CLASS PLAINTIFFS' OPPOSED MOTION TO CLARIFY THE COURT'S MAY 6, 2025 ORDER (ECF NO. 307)**

PLEASE TAKE NOTE that the Non-Converter Seller Purchaser Class ("NCSPs") hereby move to clarify the Court's May 6, 2025 Order (ECF No. 307) (the "Motion"). This Motion is based on this Motion, the concurrently filed Memorandum of Law, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

NCSP Interim Co-Lead Counsel met and conferred by telephone with counsel for Erie County, Beth Fegan, on June 7, 2025, and discussed the clarification sought by NCSPs in this Motion and the basis for seeking that clarification. NCSPs also emailed all parties in this case regarding the clarification sought by the Motion on June 7, 2025. Subsequently, NCSPs and Ms. Fegan communicated further by email on June 9, 2025, and Ms. Fegan expressed her opposition to this Motion. No other party has expressed opposition or agreement to this Motion.

Given the Monday, June 16, 2025, deadline to file motions seeking leadership of the new third class, and the Thursday, June 12, 2025, presentment date for this Motion, NCSPs proposed that any oppositions be due by Wednesday, June 11, 2025, at 12:00 p.m. Central with any reply brief due by 8:00 a.m. Thursday, June 12, 2025. Ms. Fegan has requested that her opposition brief

be due on Friday, June 13, 2025. NCSPs will be prepared to file a reply the next business day after the opposition is filed.

Dated: June 9, 2025                                          Respectfully submitted,

| **LOCKRIDGE GRINDAL NAUEN PLLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
|---|---|
| /s/ *Brian D. Clark* | */s/ Karin E. Garvey* |
| Brian D. Clark (IL Bar No. 6350416) | Karin E. Garvey (N.D. Ill. Bar No. 2997831) |
| Simeon A. Morbey (MN #0391338) | Brian M. Hogan (N.D. Ill. Bar No. 6286419) |
| Consuela Abotsi-Kowu (MN #0505682) *(pro hac vice forthcoming)* | Donald A. Broggi *(pro hac vice pending)* |
| 100 Washington Avenue South, Suite 2200 | The Helmsley Building, 230 Park Ave. |
| Minneapolis, Minnesota 55401 | 24th Floor |
| (612) 339-6900 | New York, NY 10169 |
| bdclark@locklaw.com | (212) 223-6444 |
| samorbey@locklaw.com | kgarvey@scott-scott.com |
| cmabotsi-kowu@locklaw.com | brian.hogan@scott-scott.com |
|  | dbroggi@scott-scott.com |
| Kyle J. Pozan (IL Bar No. 6306761) | Patrick J. Coughlin (N.D. Ill. Bar No. 90785466) |
| 1165 N. Clark Street, Suite 700 | Daniel J. Brockwell (admitted *pro hac vice*) |
| Chicago, IL 60610 | 600 W. Broadway, Suite 3300 |
| (312) 205-8968 | San Diego, CA 92101 |
| kjpozan@locklaw.com | (619) 233-4565 |
|  | pcoughlin@scott-scott.com |
|  | dbrockwell@scott-scott.com |
| Stephen J. Teti |  |
| 265 Franklin Street, Suite 1702 | Patrick McGahan *(admitted pro hac vice)* |
| Boston, MA 02110 | Michael Srodoski (admitted *pro hac vice*) |
| (617) 456-7701 | 156 South Main Street |
| sjteti@locklaw.com | P.O. Box 192 |
|  | Colchester, CT 06415 |
|  | (860) 537-5537 |
|  | pmcgahan@scott-scott.com |
|  | msrodoski@scott-scott.com |

*Co-Lead Class Counsel for the Non-Converter Seller Purchaser Class*

2