**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Bavolak, et al.
                     Plaintiff,

v.                                      Case No.: 1:24−cv−07639
                                                 Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

    MINUTE entry before the Honorable LaShonda A. Hunt: Motions for Leave to File Excess Pages [291], [298] are granted. Briefs in support of preliminary approval of the settlement may not exceed 20 pages for the Direct Purchaser Class and 35 pages for the Non−Converter Seller Purchaser Class. The motions for preliminary approval of proposed settlements [293],[301] are taken under advisement and will be addressed in a separate scheduling order. The motion hearings set for 6/11/25 are stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.