UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

George Bavolak, et al.
                            Plaintiff,

v.                                            Case No.: 1:24−cv−07639
                                                 Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic and in−person motion hearing held. Oral argument heard on Plaintiffs George Bavolak, TC Construction, Inc., Blake Wrobbel − Non−Converter Seller Purchaser Class Plaintiffs' Opposed Motion to Clarify the Court's May 6, 2025 Order [308]. The Court will issue a ruling by no later than 6/13/25 at 12:00pm CST. The motions for preliminary approval of proposed settlements [293] and [301] remain under advisement. As discussed, by 7/7/25, parties shall file a joint status report proposing next steps in the case and an agreed schedule. In addition, the Clerk is ordered forthwith to update the docket to reflect that attorneys Daniel E. Gustafson, Michelle J. Looby, Joshua J. Rissman, and Anthony J. Stauber, all of Gustafson Gluek PLLC, are the attorneys of record for Plaintiff Waldorf Excavating, LLC. The Clerk is also ordered forthwith to update the docket to reflect that attorneys Natalie J. Spears, Joshua A. Faucette, and Brian K. O'Bleness, all of Dentons US LLP, are the attorneys of record for Defendant Oil Price Information Service, LLC. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.