UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

George Bavolak, et al.
                Plaintiff,

v.                                 Case No.: 1:24−cv−07639
                                       Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Having considered the motion to clarify, responses, arguments of the parties, and re−read the original submissions in connection with the request to create a separate end−user class, the Court grants the motion [308] and clarifies the ruling as follows. As discussed at the 6/12/25 hearing, the point of creating a separate end−user class was to address the conflict within the non−converter seller purchaser class ("NCSP") with having the same counsel represent the interests of the intermediate resellers and the end−purchasers to whom they sold PVC pipes. It was not necessarily to create a "third class" in a defined level of distribution nor was it to suggest that every end−user automatically falls into this new class. In essence, the intent was carve−out those members of the NCSP class who may need separate representation. Whether that makes sense or not, it is what the Court decided based on those presentations at this early stage of the case. The request for clarification is certainly appropriate as the parties attempt to define the scope of the new class. And so this is the guidance the Court provides with respect to the independent end−user class. However, the Court declines to determine an appropriate class definition. That is for lead counsel of each class to consider in the first instance, and if there is disagreement, an appropriate motion may be filed. But the Court is confident that given the experienced lawyers in this case who have worked cooperatively on many other antitrust matters, any disputes can be resolved between the parties. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.