**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re PVC Pipe Antitrust Litigation | Case No.: 1:24-cv-07639 |
| | Hon. LaShonda A. Hunt |
| THIS DOCUMENT RELATES TO: | |
| End-User Class Plaintiffs | |

**NOTICE OF OPPOSED MOTION TO APPOINT PEARSON WARSHAW, LLP AS
<u>LEAD COUNSEL FOR THE END-USER CLASS</u>**

1036161.2

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff James Corsey respectfully moves this Court for an Order, pursuant to, *inter alia*, Rule 23(g) of the Federal Rules of Civil Procedure appointing Pearson Warshaw, LLP as Lead Class Counsel for the End-User Class. This motion is supported by the accompanying Memorandum of Law, Declaration of Bobby Pouya and exhibit thereto, the pleadings and records on file herein and upon such additional evidence or argument as may be accepted by the Court. Pearson Warshaw conferred with known competing plaintiffs' counsel for the End-User Class and the parties were unable to reach an agreement regarding a stipulated leadership structure. This Motion is brought pursuant to the Court's June 6, 2025 Order allowing leadership applications for the End-User Class. ECF No. 307.

Dated: June 16, 2025

**PEARSON WARSHAW, LLP**

  */s/ Bobby Pouya*
Daniel L. Warshaw (Bar No. 185365)
  dwarshaw@pwfirm.com
Bobby Pouya (Bar No. 245527)
  bpouya@pwfirm.com
Adrian Buonanoce (*Pro Hac Vice*)
  abuonanoce@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Brian Pafundi (*Pro Hac Vice*)
  bpafundi@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

*Attorneys for Plaintiff James L. Corsey*