UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Honorable LaShonda A. Hunt |
| End-User Class | |

**PLAINTIFF WATER DISTRICT NO. 1 OF JOHNSON COUNTY, KANSAS'S OPPOSED MOTION TO APPOINT KIRBY MCINERNEY LLP AS CO-LEAD COUNSEL <u>FOR THE END-USER CLASS</u>**

Plaintiff Water District No. 1 of Johnson County, Kansas, by and through its undersigned counsel, hereby moves this court for an order appointing Kirby McInerney LLP as Co-Lead Counsel for the newly-created End User Class. Prior to filing, Kirby McInerney informed defendants' counsel and competing plaintiffs' counsel that it would be seeking appointment as Co-Lead Counsel for the End-User Class and did not receive consent. In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law and accompanying exhibit to the Declaration of Anthony F. Fata, which are incorporated by reference.

Dated: June 16, 2025 Respectfully submitted,

**KIRBY McINERNEY LLP**

*/s/ Anthony F. Fata*
Anthony F. Fata
Cormac H. Broeg
211 West Wacker Drive, Suite 550
Chicago, IL 60606
Tel.: (312) 767-5180
afata@kmllp.com
cbroeg@kmllp.com

David E. Kovel (*pro hac vice*)
Thomas W. Elrod (*pro hac vice*)
David Bishop (*pro hac vice*)
Sarah E. Flohr
James A. Isacks (*pro hac vice*)
250 Park Avenue, Suite 820
New York, NY 10177
Tel.: (212) 371-6600
dkovel@kmllp.com
telrod@kmllp.com
dbishop@kmllp.com
sflohr@kmllp.com
jisacks@kmllp.com

*Counsel for Plaintiff and Proposed Co-Lead Counsel for the End-User Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF parties of interest.

*/s/ Anthony F. Fata*
Anthony F. Fata
