# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* _____ THIS DOCUMENT RELATES TO: ALL NON-CONVERTER SELLER PURCHASER CLASS PLAINTIFF ACTIONS | Case No. 24 C 07639 Hon. LaShonda A. Hunt |

### DEFENDANT OIL PRICE INFORMATION SERVICE, LLC'S
### NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

PLEASE TAKE NOTICE that on June 16, 2025, settling defendant Oil Price Information Service, LLC caused notice of its proposed class action settlement with the Non-Converter Seller Purchaser Class to be provided, as required by 28 U.S.C. §1715(b), to each appropriate Federal and each appropriate State official via U.S. mail. The Declaration of Paul Ferruzzi of Kroll Settlement Administration LLC Regarding Class Action Fairness Act Notice is attached hereto as Exhibit 1.

Dated June 17, 2025

Respectfully submitted,

/s/ Natalie J. Spears
Natalie J. Spears
Joshua A. Faucette
DENTONS US LLP
233 South Wacker Drive, Floor 59
Chicago, Illinois 60606
T: (312) 876-8000
Email: natalie.spears@dentons.com
Email: joshua.faucette@dentons.com

Brian K. O'Bleness (admitted *pro hac vice*)
DENTONS US LLP
1900 K Street NW
Washington, DC 20006

T: (202) 496-7500
Email: brian.obleness@dentons.com
*Attorneys for Defendant Oil Price*
*Information Service, LLC*

**CERTIFICATE OF SERVICE**

      I certify that on June 17, 2025, I caused true and correct copies of this notice and its accompanying declaration and exhibits to be served via the Court's CM/ECF system on all counsel of record.

                                                  */s/ Natalie J. Spears*
                                                  Natalie J. Spears