UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

George Bavolak, et al.
                      Plaintiff,

v.                                             Case No.: 1:24−cv−07639
                                                    Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed and considered the motions for appointment as co−lead counsel for the end−user class filed by (1) Elizabeth A. Fegan of Fegan Scott LLC and Frederick S. Longer of Levin, Sedran & Berman LLP [237],[326]; (2) Pearson Warshaw, LLP [323]; and (3) Kirby McInerney LLP [331], along with the factors outlined in Fed. R. Civ. P. 23(g). The submissions reflect that all are experienced and knowledgeable professionals who are more than capable of moving the litigation forward efficiently and justly. The Court concludes, however, that at this juncture, the co−counsel best able to represent the interests of the class are Pearson Warshaw, LLP and Fegan Scott LLC. Counsel at Pearson Warshaw, LLP have been involved with this case from the outset. In that time, they have made valuable contributions to the litigation by assisting with drafting the first amended consolidated class action complaint for the non−converter seller purchaser class and facilitating the proposed settlement with Defendant OPIS. Given their historical understanding of the case and the various parties and attorneys involved, they are well−positioned to step into this leadership role as the parties proceed to addressing the substance of the claims. Counsel at Fegan Scott LLC appeared in the case later, but Ms. Fegan certainly pressed the issue of the conflict that the Court agreed existed and necessitated the creation of a separate class. That firm is local as well, which may obviate the need for liaison counsel. And between these two firms, end−user consumers and government entities are represented. For those reasons, the Court grants the motions of Fegan Scott LLC and Pearson Warshaw LLP for appointment as co−lead counsel of the end−user purchaser class. All other motions are denied. Co−lead class counsel are directed to submit a proposed appointment order to the Court's proposed order inbox by 6/23/25. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.