## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Bavolak, et al.

                    Plaintiff,

v.                                        Case No.: 1:24−cv−07639

                                        Honorable LaShonda A. Hunt

Atkore, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The Court has reviewed the motion for reassignment based on relatedness [327], which the Court construes as a notice consistent with the established procedures that govern this consolidated action [165]. As construed, the Clerk is directed to reassign and consolidate Case No. 25−cv−06642, Northern Moraine Wastewater Reclamation District v. Atkore Inc., et al., (N.D. Ill.), currently pending before Judge Tharp, with the above−captioned case, and thereafter, administratively close Case No. 25−cv−06642. The Clerk is further directed to add to this docket forthwith, all parties and their respective counsel from the docket in 25−cv−06642 who are not already listed on this docket. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.