IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> This Document Relates to: <br><br> End-User Class Plaintiffs | Case No. 24 C 7639 <br><br> Hon. LaShonda A. Hunt |

**ORDER APPOINTING FEGAN SCOTT LLC AND PEARSON WARSHAW, LLP AS CO-LEAD CLASS COUNSEL FOR THE END-USER CLASS**

This matter is before the Court regarding the appointment of lead class counsel for the End-Users Class. Based on the record before the Court, it is ordered as follows:

1. The Court appoints Fegan Scott LLC and Pearson Warshaw, LLP (together, "End-User Lead Class Counsel") as co-lead class counsel for the End-User Class.

2. The duties of End-User Lead Class Counsel will include the following on behalf of the End-User Class:

    a. Supervise all pretrial, trial and post-trial proceedings;

    b. Sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices;

    c. Determine and present in motions, briefs, oral argument, or such other fashion as may be appropriate, the position of the End User Class as to all matters arising during pretrial and trial proceedings;

    d. Conduct discovery consistent with the requirements of Federal Rules of Civil Procedure 26(b)(1), 26(b)(2), and 26(g);

    e. Designate attorneys to act as spokespersons at pretrial conferences;

    f. Negotiate and enter into stipulations and agreements with defense counsel with respect to all matters in this litigation, including discovery and settlement matters;

  g. Coordinate and oversee the implementation and administration of any settlement;

  h. Coordinate the activities of all plaintiffs' counsel including those representing other classes, and implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

  i. Retain and consult with experts;

  j. Call meetings of End-User Class counsel when deemed appropriate;

  k. Delegate tasks to End-User Class counsel, and perform such other duties as End-User Lead Class Counsel deem necessary or as authorized by further order of the Court; and

  l. To perform such other pretrial duties as may be incidental to the proper coordination of pretrial activities or authorized by further order of the Court.

 3. End-User Lead Class Counsel has the authority to communicate with Defendants' counsel and the Court on behalf of all End-User Class counsel. Defendants' counsel may rely on all agreements made with End-User Lead Class Counsel and these agreements will be binding on all End-User class counsel representing the End-User Class. Only End-User Lead Class Counsel may initiate or direct the filing of any motions or documents with the Court or service of any discovery on behalf of the proposed End-User Class, absent leave of Court.

 4. As needed, End-User Lead Class Counsel will coordinate and efficiently deploy the skills and efforts of any other End-User Class counsel in this litigation.

 5. On a monthly basis, End-User Lead Class Counsel will collect reports of contemporaneously prepared attorney and paralegal time and expense records from each firm working on behalf of the End-User Class. On a monthly basis, each End-User Class firm will transmit to End-User Lead Class Counsel a report summarizing, according to each separate

activity: the time and expense spent by its members, associates, or staff during the preceding month, the ordinary billing rates of such attorneys in effect during that time, and the accumulated total of the firm's time, hourly rates, and expenses to date in a format to be established by End-User Lead Class Counsel.

6. End-User Lead Class Counsel shall be responsible for the allocation of attorneys' fees and costs to the firms that performed work for the benefit of the End-User Class.

**DATED**: June 23, 2025  **ENTERED**:

*LaShonda A Hunt*

LASHONDA A. HUNT
United States District Judge