UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| All Actions | |

**AGREED MOTION FOR APPROVAL OF JOINT STIPULATION AND PROPOSED ORDER REGARDING PROVISION OF CUSTOMER INFORMATION BY NON-SETTLING DEFENDANTS TO EFFECTUATE NOTICE OF PLAINTIFFS' PROPOSED SETTLEMENTS WITH DEFENDANT OPIS**

The Direct Purchaser Plaintiffs, Non-Converter Seller Purchaser Plaintiffs, and End-User Plaintiffs (collectively, "Plaintiffs") and Defendants Atkore Inc., Cantex Inc., Diamond Plastics Corporation, IPEX USA LLC, J-M Manufacturing Company, Inc. d/b/a JM Eagle, National Pipe & Plastics, Inc., Otter Tail Corporation, Prime Conduit, Inc., Southern Pipe, Inc., Westlake Corporation, Sanderson Pipe Corporation, and Jet Stream, Inc. (collectively, "Non-Settling Defendants," and with Plaintiffs, "the Parties") have met and conferred regarding Defendants' provision of certain customer contact information for direct purchasers of PVC pipe during the proposed settlement class period (January 1, 2021, through May 16, 2025) to facilitate direct notice of the proposed settlements to putative class members. The Parties have drafted a joint stipulation and proposed order, which has been submitted to the Court for approval via email pursuant to the Court's Case Procedures.

| | |
|---|---|
| Dated: July 7, 2025 | Respectfully submitted, |
| | |
| /s/ Brian D. Clark | /s/ Daniel E. Laytin |
| Brian D. Clark (MN #0390069) | Daniel E. Laytin, P.C. (6257119) |
| Simeon A. Morbey (MN #0391338) | Christa C. Cottrell, P.C. (6284749) |
| Eura Chang (MN #0403526) | David M. Bernick (3121556) |
| Consuela Abotsi-Kowu (MN #0505682) | Mark Filip (6226541) |
| (*pro hac vice forthcoming*) | Taylor S. Rothman (6327528) |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | **KIRKLAND & ELLIS LLP** |
| 100 Washington Avenue South, Suite 2200 | 333 West Wolf Point Plaza |
| Minneapolis, Minnesota 55401 | Chicago, IL 60654 |
| (612) 339-6900 | Telephone: (312) 862-2000 |
| bdclark@locklaw.com | Facsimile: (312) 862-2200 |
| samorbey@locklaw.com | dlaytin@kirkland.com |
| echang@locklaw.com | ccottrell@kirkland.com |
| | david.bernick@kirkland.com |
| | mark.filip@kirkland.com |
| Kyle J. Pozan (IL Bar No. 6306761) | taylor.rothman@kirkland.com |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | |
| 1165 N. Clark Street, Suite 700 | *Counsel for J-M Manufacturing Company, Inc., d/b/a JM Eagle* |
| Chicago, IL 60610 | |
| T: 312-205-8968 | /s/ Britt M. Miller |
| kjpozan@locklaw.com | Britt M. Miller |
| | Matthew D. Provance |
| Stephen J. Teti | **MAYER BROWN LLP** |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | 71 South Wacker Drive |
| 265 Franklin Street, Suite 1702 | Chicago, IL 60606 |
| Boston, MA 02110 | Tel.: 312-783-0600 |
| (617)-456-7701 | bmiller@mayerbrown.com |
| sjteti@locklaw.com | mprovance@mayerbrown.com |
| | |
| /s/ Brian M. Hogan | *Counsel for Defendant Atkore Inc.* |
| Brian M. Hogan (N.D. Ill. Bar No. 6286419) | |
| Karin E. Garvey (N.D. Ill. Bar No. 2997831) | /s/ Thomas V. Panoff |
| Donald A. Broggi (*pro hac vice* pending) | Thomas V. Panoff |
| **SCOTT+SCOTT ATTORNEYS AT LAW LLP** | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| The Helmsley Building | 321 North Clark St., 32nd Floor |
| 230 Park Ave., 24th Floor | Chicago, Illinois 60654 |
| New York, NY 10169 | Telephone: (312) 499-6328 |
| (212) 223-6444 | tpanoff@sheppardmullin.com |
| brian.hogan@scott-scott.com | |
| kgarvey@scott-scott.com | Ann M. O'Brien (admitted *pro hac vice*) |
| | Leo D. Caseria (admitted *pro hac vice*) |
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |

dbroggi@scott-scott.com

Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)
Daniel J. Brockwell (admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
pcoughlin@scott-scott.com
dbrockwell@scott-scott.com

Patrick McGahan (admitted *pro hac vice*)
Michael Srodoski (admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

*Co-Lead Class Counsel for Non-Converter Seller Purchaser Class Plaintiffs*

*/s/ Carol V. Gilden*
Carol V. Gilden (ARDC No. 6185530)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
190 South LaSalle Street, Suite 1705
Chicago, IL 60603
cgilden@cohenmilstein.com

Sharon K. Robertson
Jared A. Dummitt
Silvie Saltzman (*pro hac vice forthcoming*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
srobertson@cohenmilstein.com
jdummitt@cohenmilstein.com
ssaltzman@cohenmilstein.com

2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
aobrien@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant National Pipe & Plastics, Inc.*

*/s/ Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Tel: 202-469-5415
david.kully@hklaw.com

*Counsel for Defendant Pipelife Jet Stream, Inc.*

*/s/ Robert Milne*
Robert Milne (admitted *pro hac vice*)
Bryan Gant (admitted *pro hac vice*)
David H. Suggs (admitted *pro hac vice*)
Kristen O'Shaughnessy (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
rmilne@whitecase.com
bgant@whitecase.com
dsuggs@whitecase.com
kristen.oshaughnessy@whitecase.com

*Counsel for Defendant IPEX USA LLC*

*/s/ Eliot A. Adelson*
Eliot A. Adelson, CA Bar No. 205284
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105

Brent W. Johnson
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue NW
Fifth Floor
Washington, D.C. 20005
bjohnson@cohenmilstein.com

*Liaison Counsel Non-Converter Seller Purchaser Class Plaintiffs*

/s/ Robert N. Kaplan
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
Bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, IL 60090
T: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

/s/ Joseph M. Vanek
Joseph M. Vanek
David Germaine
John P. Bjork
**SPERLING KENNY NACHWALTER, LLC**
321 N Clark Street, Suite 2500
Chicago, IL 60654
Tel: (312) 641-3200

(415) 268-7000
eadelson@mofo.com

Lisa M. Phelan, D.C. Bar No. 1617073
Megan E. Gerking, D.C. Bar No. 1027190
Robert W. Manoso, D.C. Bar No. 1047241
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
lphelan@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Defendants Otter Tail Corporation, Northern Pipe Products, Inc., and Vinyltech Corporation*

/s/ John DeQ. Briggs
John DeQ. Briggs (DC Bar #171470)
Richard B. Dagen (DC Bar #388115)
Daniel K. Oakes (DC Bar #1009519)
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
jbriggs@axinn.com
rdagen@axinn.com
doakes@axinn.com

*Counsel for Defendants Cantex Inc., Diamond Plastics Corporation, Prime Conduit, Inc., Sanderson Pipe Corporation, and Southern Pipe, Inc.*

/s/ William R.H. Merrill
William R. H. Merrill
James T. Southwick
Elizabeth B. Hadaway
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Phone: (713) 651-9366
bmerrill@susmangodfrey.com
jsouthwick@susmangodfrey.com
ehadaway@susmangodfrey.com

jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
Tel: (312) 641-3200
Fax: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
2707 Killarney Way #2707
Tallahassee, FL 32309
Tel: (850) 354-5300
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

*/s/ Elizabeth A. Fegan*
Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Kyle A. Jacobsen (*pro hac vice*)
**FEGAN SCOTT LLC**
709 N 2nd St
Suite 400 #1280
Philadelphia, PA 19123
Telephone: (484) 352-2318
Facsimile: (312) 264-0100
kyle@feganscott.com

*/s/ Bobby Pouya*
Daniel L. Warshaw (Bar No. 185365)
Bobby Pouya (Bar No. 245527)
Adrian Buonanoce (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**

Ezra Ruiz (admitted *pro hac vice*)
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
eruiz@susmangodfrey.com

*/s/ Suyash Agrawal*
Suyash Agrawal (6308343)
Christopher Walling (6333521)
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, Illinois 60602
Tel: (312) 379-0949
Fax: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendants Westlake Corporation and Westlake Pipe & Fittings Corporation*

15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
abuonanoce@pwfirm.com

Brian Pafundi (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
bpafundi@pwfirm.com

*Co-Lead Counsel for the End-User Plaintiff Class*