**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Bavolak, et al.
                              Plaintiff,

v.
                                            Case No.: 1:24–cv–07639
                                            Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In–person and telephonic motion hearing held. Motions for preliminary approval of proposed settlements [293] [301] and motion for approval of joint stipulation [350] are taken under advisement. As discussed on the record, counsel are directed to submit all revised orders related to those motions [293] [301] [350] to the Court's proposed order inbox by end of day on 7/15/25. Oral unopposed motion to lift stay for the limited purpose of engaging in discovery related to Plaintiffs' settlements with OPIS will be granted. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.