**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

George Bavolak, et al.
                Plaintiff,

v.                                   Case No.: 1:24−cv−07639
                                              Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: As discussed on the record at the 7/15/25 hearing, the Court grants the DPP Plaintiffs' motion for preliminary approval of settlement agreement with Defendant OPIS [301]. Enter Order. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.