UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> This Document Relates to: <br><br> End-User Class | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

ORDER GRANTING END-USER SETTLEMENT CLASS PLAINTIFFS' MOTION FOR
APPROVAL OF PLAN TO PROVIDE NOTICE TO
END-USER CLASS OF CLASS ACTION SETTLEMENT

WHEREAS, the Court has considered the Long-Form Settlement Agreement between Non-Converter Seller Purchaser Class Plaintiffs and Defendant Oil Price Information Service, LLC, dated May 16, 2025,[1] and the July 13, 2025 Addendum thereto (collectively, the "Settlement Agreement"),[2] which sets forth the terms and conditions for a proposed Settlement[3] of the above-captioned Action, and the termination and dismissal with prejudice of all causes of action against Defendant Oil Price Information Service, LLC ("OPIS") in the Action;

WHEREAS, the Court has considered End-User Settlement Class Plaintiffs' Motion for Approval of Plan to Provide Notice to End-User Class of Class Action Settlement ("Motion"), the memorandum of law, declarations, and exhibits filed in support thereof, and all other papers submitted in connection with the Settlement Agreement and the Motion for Preliminary Approval;

---

[1] ECF No. 296-1.

[2] ECF No. 354-1.

[3] Unless otherwise defined herein, capitalized terms shall be those defined in the Settlement Agreement.

WHEREAS, the Court held a hearing on July 15, 2025, at which the Court heard argument on whether the Settlement Agreement should be preliminarily approved;

WHEREAS, on July 17, 2025, the Court subsequently granted the motion to preliminarily approve the Settlement Agreement (ECF No. 362), which permitted counsel for the Non-Converter Seller Purchaser ("NCSP") Settlement Class and the End-User Settlement Class to serve subpoenas seeking customer data from non-converter pipe sellers for the purpose of serving notice to settlement class members; and

WHEREAS, on July 17, 2025, the Court also granted the motion by the Direct Purchaser Plaintiffs ("DPPs") for preliminary approval of the DPPs' separate class settlement with OPIS and for approval of DPPs' proposed notice plan (ECF No. 362);

NOW, THEREFORE, IT IS ORDERED as follows:

1. The Court appoints Kroll Settlement Administration ("Kroll") as the Settlement Administrator to effectuate and administer the Notice Plan delineated in the Declaration of Christie Reed (ECF No. 369-1) ("Reed Declaration"), the exclusion process for opt-outs, and the claims process for members of the End-User Settlement Class.

2. The Court determines that Notice should be provided to members of the End-User Settlement Class with opt-out rights afforded to them as to their participation in the End-User Settlement Class.

3. The Court approves the method of Notice to be provided to the End-User Settlement Class as described in the Settlement Agreement and in the Notice Plan delineated in the Reed Declaration, including use of the summary notices and detailed notice substantially in the forms attached to the July 29, 2025 Reed Declaration as **Exhibit 2** (detailed notice), **Exhibit 3** (postcard/email notice), **Exhibit 4** (digital ads notice), **Exhibit 5** (press release). The Court finds

and concludes that such notice: (a) is the best notice that is practicable under the circumstances, and is reasonably calculated to reach the members of the End-User Settlement Class that would be bound by the Settlement Agreement and to apprise them of the Action, the terms and conditions of the Settlement Agreement, and their right to opt-out and be excluded from the End-User Settlement Class and to object to the Settlement Agreement; and (b) meets the requirements of Rule 23 and due process. Non-substantive changes, such as typographical errors and inserting specific dates or Settlement Administrator contact information, can be made to the notice documents by agreement of the Parties without leave from the Court.

4. Consistent with the Notice Plan, the Court directs the Settlement Administrator, as soon as practicable, but before publication or dissemination of notice, to establish a case website, post office box, and toll-free telephone line for providing notice and information to members of the End-User Settlement Class and communications from members of the End-User Settlement Class.

5. All administration costs and taxes shall be paid from the Escrow Account, as set forth in the Settlement Agreement.

6. On the later of (1) 14 days following the production of customer data by non-converter pipe sellers obtained through notice discovery permitted by the Court (ECF No. 362, at ¶12), or (2) the date the Court sets for the DPPs' Settlement Notice Plan to begin, the Settlement Administrator shall commence publication and dissemination of notice to members of the End-User Settlement Class ("Notice Date"), as described in the Notice Plan, using the summary notice and detailed notice contained in Exhibits 2-5 to the Reed Declaration.

7. Any member of the End-User Settlement Class that does not wish to participate in the Settlement Class shall have until 84 days after the commencement of the Notice Plan to submit

a request to become an opt-out and be excluded from the End-User Settlement Class. End-User Settlement Class Members shall not be permitted to exclude other End-User Settlement Class Members. Moreover, group or class-wide exclusions shall not be permitted. A request for exclusion must be submitted by each End-User Settlement Class Member on an individual basis, and any request for exclusion by a purported authorized agent or representative of an End-User Class Member must include proof of the representative's legal authority and authorization to act and request exclusion on behalf of each Class Member for which the representative requests exclusion.

        8.    <u>Requests for Exclusion from the End-User Class</u>

        (a)    A member of the End-User Settlement Class may affect such an opt-out by sending a written request to the Settlement Administrator at the address provided for in finalized notice documents: (i) first-class U.S. mail with postage prepaid and postmarked within the Class Exclusion Period, or (ii) overnight delivery shown as sent within the Class Exclusion Period. The written request must be signed by a person authorized to do so and must provide all of the following information:

        (i)    If an End-User Settlement Class Member is an individual: (1) the individual's full name, current mailing address, email address, and telephone number; (2) a statement that the individual wishes to be excluded from the End-User Settlement Class; (3) the individual's signature; and (4) documents sufficient to show proof of membership in the End-User Settlement Class (*e.g.*, receipts showing purchase of PVC Pipe) during the Class Period.

        (ii)    If an End-User Settlement Class Member is an entity: (1) the entity's full name, current mailing address, email address, and telephone number; (2) a statement that the entity wishes to exclude itself from the Settlement; (3) a signature from the authorized

4

representative of the entity along with a statement of that person's position or authority by which he or she has the power to exclude the entity from the End-User Settlement Class; and (4) documents sufficient to show proof of membership in the End-User Settlement Class (*e.g.*, receipts showing purchase of PVC Pipe) during the Class Period.

(b) Any End-User Settlement Class member, or Affiliate or assign thereof, who requests to be excluded from the Settlement with respect to an assigned claim must identify the assignor, the assignee, provide a signed copy of the assignment agreement, and the total value of PVC Pipe purchases during the Settlement Class Period from each Defendant or alleged co-conspirator that is subject to the assignment.

(c) A request for exclusion that does not include all of the foregoing information, that does not contain the proper signature, that is sent to an address other than the one designated above, or that is not sent within the time specified shall be invalid; the individual or entity submitting such an invalid request shall be an End-User Settlement Class Member and shall be bound by the Settlement, if the Settlement is approved.

9. As also explained in the summary and detailed notice, any End-User Settlement Class Member shall have until 84 days after the Notice Date to submit an objection to the Settlement Agreement and to file any notice to appear (an "Objector").

10. Such an Objector must: (i) file or send a written statement of objections by first-class U.S. mail and postmarked on or before the deadline to object to the Clerk of the United States District Court for the Northern District of Illinois, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and (ii) send a copy of the statement of objections to the following designees of End-User Class Counsel and Defense Counsel, by first-class U.S. mail and postmarked within the Class Objection Period:

| Designees of End-User Class Counsel: | Designees of Defense Counsel: |
|---|---|
| Daniel L. Warshaw<br>PEARSON WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone: (818) 788-8300<br>Email: dwarshaw@pwfirm.com | Brian O'Bleness<br>DENTONS US LLP<br>1900 K. St. NW<br>Washington, D.C. 20006<br>T: (202) 408-3255<br>Email: brian.obleness@dentons.com |
| Elizabeth A. Fegan<br>FEGAN SCOTT LLC<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>Telephone: (312) 741-1019<br>Email: beth@feganscott.com | Natalie J. Spears<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, Illinois 60606<br>T: (312) 876-8000<br>Email: natalie.spears@dentons.com |

11. The Objector's written statement of objections shall provide the following information: (a) the Objector's name, address, email address, and the identity of and contact information for any attorney representing the Objector; (b) the legal or factual basis for the objection; (c) documents sufficient to show proof of membership in the End-User Settlement Class (*e.g.*, receipts showing purchase of PVC Pipe) during the Class Period; (d) a list of any witnesses, exhibits, or legal authority that the Objector intends to offer; (e) whether the Objector intends to appear, either in person or through counsel, at the Fairness Hearing; (f) whether the objection applies only to the Objector, to a subset of the Class, or to the Class as a whole; and (g) a list of all class action settlements to which the Objector and/or their counsel have previously objected.

12. In addition, any Objector or counsel for an Objector that desires to appear at the Fairness Hearing must file with the Court on or before the objection deadline, and send to the designees of End-User Class Counsel and Defense Counsel identified above, by first-class mail and postmarked on or before the objection deadline, a separate notice of intention to appear in *In re PVC Pipe Antitrust Litigation*, No 1:24-cv-7639 that identifies by name, position, address, email address, and telephone number of each person who intends to appear at the Fairness Hearing on behalf of the Objector as well as the Objector's signature.

13. The Settlement Administrator's expenses for the foregoing Notice and exclusion activities, including those of any third-party vendors it uses to perform tasks necessary for the implementation or effectuation of its duties, shall be paid from the Escrow Account. In no event shall Released Parties have any obligation, responsibility, or liability with respect to the Settlement Administrator, the Notice Plan, or the exclusion procedures for members of the End-User Settlement Class, including with respect to the administration costs or any other charges for any notice and exclusion procedures, except as otherwise set forth in ¶6(h) of the Settlement Agreement. End-Users may withdraw up to $125,000 from the Settlement Fund to pay for class notice and administration costs, without further approval by the Court. *See* ECF No. 354-1, ¶ 10.

Schedule of Class Notice and Final Approval Hearing

14. The Court hereby sets the schedule below for discovery to obtain necessary contact information for the End-User Settlement Class; dissemination of notice to the End-User Settlement Class; for End-User Settlement Class members to object to or request exclusion from the Settlement; payment of attorneys' fees, current and on-going costs, and class representative service awards; and the Court's Fairness Hearing to determine whether the Settlement Agreement is fair, reasonable, and adequate, and whether it should be finally approved by the Court. The Court may adjourn the Fairness Hearing without further notice to the End-User Settlement Class and may approve the proposed Settlement with such modifications as the Parties may agree to, if appropriate, without further notice to the End-User Settlement Class. The Court may decide to hold the Fairness Hearing by telephone or video conference without further mailed notice to the End-User Settlement Class. If the Court adjourns the Fairness Hearing or orders that the Fairness Hearing be conducted telephonically or by video conference, that decision will be posted on the website to be developed for the Settlement. Any End-User Settlement Class Member (or his, her,

or its counsel) who wishes to appear at the Fairness Hearing should consult the Court's docket and/or the Settlement website for any change in date, time, or format of the hearing.

| DATE | EVENT |
|---|---|
| The later of: (i) 14 days after the production of customer data obtained through notice discovery permitted by the Court (ECF No. 362, at ¶ 12); or (ii) the date the Court sets for the DPPs' Settlement Notice Plan to begin | Notice Date: Settlement Administrator to commence direct mail and email notice, and commence implementation of publication notice plan |
| 84 days after the Notice Date | Last day for Certified End-User Class Members to: (1) request exclusion from the Certified End-User Settlement Class and/or Settlements; (2) file objections to the Settlements, and (3) file notices to appear at the Fairness Hearing |
| 7 days after last day to request exclusion from the Settlement | End-User Class Counsel to provide OPIS with a list of all persons and entities who have timely and validly requested exclusion from the End-User Settlement Class |
| 14 days before the Fairness Hearing | End-User Class Counsel shall file a motion for Final Approval of the Settlements and all supporting papers, providing a list of all timely and valid exclusions from the End-User Settlement Class and/or Settlement (as well as all rejected exclusion requests), and End-User Class Counsel and Defendant OPIS may respond to any objections to the proposed Settlement |
| 40 days after the last day to request exclusion from the End-User Class Settlement Class and/or Settlement or as soon thereafter as may be heard by the Court | Fairness Hearing regarding the Settlement[4] |

**DATED**: July 31, 2025

**ENTERED**:

*LaShonda A. Hunt*
LaSHONDA A. HUNT
United States District Judge

---

[4] Under CAFA, the Court may not issue an order giving final approval to a proposed settlement earlier than 90 days after the later of the dates on which the appropriate Federal official and the appropriate State official are served with notice of these proposed Settlements. *Id*. at § 1715(d). Under the Settlement Agreement, within 10 days of the filing of this motion, OPIS will serve upon the appropriate state officials and the appropriate federal official the CAFA notice required by Section 1715(b). This schedule will allow the Court to schedule a Fairness Hearing as End-Users propose in the schedule above, in conformance with CAFA's requirements.