**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| All Actions | |

## AGREED MOTION TO RESET THE DEADLINE TO FILE JOINT STATUS REPORT

The Court's July 17, 2025, Order (ECF No. 363) requires the parties to submit a Joint Status Report by September 11, 2025, relating to briefing limits for motions to dismiss, positions regarding discovery, and any other pertinent issues. In light of the addition of new Defendants and expanded scope of the complaints, Defendants will be seeking a modest extension of time to file their motions to dismiss. The parties are conferring about a proposed schedule and intend to include in the Joint Status Report either an agreed position or, if necessary, any dispute with respect to that issue.

In light of these discussions, Defendants believe some additional time to submit the Joint Status Report would be helpful. While counsel for one new Defendant, Charlotte Pipe & Foundry, has been identified and begun participating in the parties' meet and confer session, counsel for the other new Defendant, Cresline, has just been identified within the last week and will hopefully begin participating in the meet and confers shortly. Plaintiffs do not object to Defendants' request for additional time to submit the Joint Status Report. Therefore, the parties ask the Court to reset the deadline for the Joint Status Report to September 22, 2025.

Dated: September 10, 2025                    Respectfully submitted,

/s/ Brian D. Clark                           /s/ Karin E. Garvey
Brian D. Clark (IL Bar No. 6350416)          Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Simeon A. Morbey (MN #0391338)               Brian M. Hogan (N.D. Ill. Bar No. 6286419)
Laura M. Matson (MN #0396598)                **SCOTT+SCOTT ATTORNEYS AT LAW**
**LOCKRIDGE GRINDAL NAUEN PLLP**             **LLP**
100 Washington Avenue South, Suite 2200      The Helmsley Building
Minneapolis, Minnesota 55401                 230 Park Ave., 24th Floor
(612) 339-6900                               New York, NY 10169
bdclark@locklaw.com                          (212) 223-6444
samorbey@locklaw.com                         brian.hogan@scott-scott.com
lmmatson@locklaw.com                         kgarvey@scott-scott.com

Consuela Abotsi-Kowu (MN #0505682)           Patrick J. Coughlin (N.D. Ill. Bar No.
**LOCKRIDGE GRINDAL NAUEN PLLP**             90785466)
1165 N. Clark Street, Suite 700              Daniel J. Brockwell (admitted *pro hac vice*)
Chicago, IL 60610                            **SCOTT+SCOTT ATTORNEYS AT LAW**
(312) 205-8968                               **LLP**
cmabotsi-kowu@locklaw.com                    600 W. Broadway, Suite 3300
                                             San Diego, CA 92101
                                             (619) 233-4565
                                             pcoughlin@scott-scott.com
                                             dbrockwell@scott-scott.com

                                             Patrick McGahan (admitted *pro hac vice*)
                                             Michael Srodoski (admitted *pro hac vice*)
                                             **SCOTT+SCOTT ATTORNEYS**
                                             **AT LAW LLP**
                                             156 South Main Street
                                             P.O. Box 192
                                             Colchester, CT 06415
                                             (860) 537-5537
                                             pmcgahan@scott-scott.com
                                             msrodoski@scott-scott.com

                                             *Co-Lead Class Counsel for Non-Converter*
                                             *Seller Purchaser Class Plaintiffs*

/s/ Robert N. Kaplan
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX &**
**KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
Bfox@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX &**
**KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, IL 60090
T: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser*
*Plaintiff Class*

s/ Joseph M. Vanek
Joseph M. Vanek
David Germaine
John P. Bjork
**SPERLING KENNY**
**NACHWALTER, LLC**
321 N Clark Street, Suite 2500
Chicago, IL 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY**
**NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212

Tel: (312) 641-3200
Fax: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY**
**NACHWALTER, LLC**
1616-D Metropolitan Circle
Talahassee, Fla. 32308
Tel: (850) 354-5300
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser*
*Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
Michele Burkholder
Michael Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Penn. 19107
Tel: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com
mburkholder@nastlaw.com
mtarringer@nastlaw.com

Joshua H. Grabar
Julia Varano
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, Penn. 19103
Tel: (267) 507-6085
jgrabar@grabarlaw.com
jvarano@grabarlaw.com

*Counsel for Direct Purchaser Plaintiff Bill*
*Wagner & Son, Inc.*

Linda P. Nussbaum
Meghan J. Talbot
**NUSSBAUM LAW GROUP, P.C.**

1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com
mtalbot@nussbaumpc.com

Roberta D. Liebenberg
Gerard A. Dever
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jgittleman@finekaplan.com

*Counsel for Direct Purchaser Plaintiff Vitolite Electric Sales Co.*

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Kyle A. Jacobsen (*pro hac vice*)
**FEGAN SCOTT LLC**
709 N 2nd St
Suite 400 #1280
Philadelphia, PA 19123
Telephone: (484) 352-2318
Facsimile: (312) 264-0100
kyle@feganscott.com

/s/ Bobby Pouya
Daniel L. Warshaw (Bar No. 185365)
Bobby Pouya (Bar No. 245527)
Adrian Buonanoce (Pro Hac Vice)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
dwarshaw@pwfirm.com
bpouya@pwfirm.com
abuonanoce@pwfirm.com

Brian Pafundi (*Pro Hac Vice*)
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
bpafundi@pwfirm.com

*Co-Lead Counsel for the
End-User Plaintiff Class*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. (6257119)
Christa C. Cottrell, P.C. (6284749)
David M. Bernick (3121556)
Mark Filip (6226541)
Taylor S. Rothman (6327528)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
david.bernick@kirkland.com
mark.filip@kirkland.com
taylor.rothman@kirkland.com

*Counsel for J-M Manufacturing
Company, Inc., d/b/a JM Eagle*

/s/ Britt M. Miller
Britt M. Miller
Matthew D. Provance
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
Tel.: 312-783-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

*Counsel for Defendant Atkore Inc.*

/s/ Thomas V. Panoff
Thomas V. Panoff
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
Telephone: (312) 499-6328
tpanoff@sheppardmullin.com

Ann M. O'Brien (admitted *pro hac vice*)
Leo D. Caseria (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
aobrien@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant National Pipe & Plastics, Inc.*

/s/ Timothy Ray
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Tel: 202-469-5415
david.kully@hklaw.com

*Counsel for Defendant Pipelife Jet Stream, Inc.*

/s/ Robert Milne
Robert Milne (admitted *pro hac vice*)
Bryan Gant (admitted *pro hac vice*)
David H. Suggs (admitted *pro hac vice*)
Kristen O'Shaughnessy (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
rmilne@whitecase.com
bgant@whitecase.com
dsuggs@whitecase.com
kristen.oshaughnessy@whitecase.com

*Counsel for Defendant IPEX USA LLC*

/s/ Eliot A. Adelson
Eliot A. Adelson, CA Bar No. 205284
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com

Lisa M. Phelan, D.C. Bar No. 1617073
Megan E. Gerking, D.C. Bar No. 1027190
Robert W. Manoso, D.C. Bar No. 1047241
**MORRISON & FOERSTER LLP**
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
lphelan@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Defendants Otter Tail Corporation,*
*Northern Pipe Products, Inc., and*
*Vinyltech Corporation*

/s/ John DeQ. Briggs
John DeQ. Briggs (DC Bar #171470)
Richard B. Dagen (DC Bar #388115)
Daniel K. Oakes (DC Bar #1009519)
**AXINN, VELTROP &
HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
jbriggs@axinn.com
rdagen@axinn.com
doakes@axinn.com

Brooke Oppenheimer (CT Bar #29421)
**AXINN, VELTROP &
HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Telephone: 860-275-8100
boppenheimer@axinn.com

*Counsel for Defendants Cantex Inc.,
Diamond Plastics Corporation,
Prime Conduit, Inc., Sanderson Pipe
Corporation, and Southern Pipe, Inc.*

/s/ William R.H. Merrill
William R. H. Merrill
James T. Southwick
Elizabeth B. Hadaway
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Phone: (713) 651-9366
bmerrill@susmangodfrey.com
jsouthwick@susmangodfrey.com
ehadaway@susmangodfrey.com

Ezra Ruiz (admitted *pro hac vice*)
**SUSMAN GODFREY LLP**
401 Union Street, Suite 3000
Seattle, WA 98101
Phone: (206) 516-3880
eruiz@susmangodfrey.com

/s/ Suyash Agrawal
Suyash Agrawal (6308343)
Christopher Walling (6333521)
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, Illinois 60602
Tel: (312) 379-0949
Fax: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Counsel for Defendants Westlake
Corporation and Westlake Pipe
& Fittings Corporation*