# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

George Bavolak, et al.
                      Plaintiff,

v.                                         Case No.: 1:24−cv−07639
                                                Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's agreed motion to reset the deadline to file joint status report [469] is granted. Joint status report shall be filed by 9/22/25. Motion hearing set for 9/23/25 is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.