UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

George Bavolak, et al.
                          Plaintiff,

v.                                               Case No.: 1:24−cv−07639
                                                Honorable LaShonda A. Hunt

Atkore, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Telephonic status hearing held. On 10/10/25, the Court granted [503] the United States' unopposed motion to intervene and stay discovery [500]. For the reasons stated on the record, the Court clarifies that discovery is stayed as follows: (1) any discovery related to pre−existing documents made to a government enforcer in connection with an investigation of the PVC pipe market, including the DOJ **is stayed**; (2) service of comprehensive Rule 34 Requests for Production by all parties **may proceed**, but no deadline for responses will be set at this time; (3) production of structured data **is stayed**; (4) production of organizational charts as to the Cresline Defendants and Defendant Charlotte Pipe & Foundry (collectively, "New Defendants") **is stayed**, but **may proceed** as to the other Defendants ("Pre−existing Defendants"); and (5) service of Rule 45 subpoenas on telephone carriers **may proceed**. In addition, for the reasons stated on the record, Pre−existing Defendants are granted 100 pages collectively for joint and individual briefs in support of their anticipated motions to dismiss. New Defendants will be granted 25 pages each. Plaintiffs are granted 150 pages in total to respond to all Defendants' motions to dismiss. Pre−existing Defendants are granted 50 pages collectively for their reply briefs, and New Defendants are granted 25 pages. The current briefing schedule remains. Joint status report shall be filed by 12/8/25. Continued status hearing set for 12/16/25 at 9:00AM. Counsel may appear either in person or via telephone for the next status hearing. Attorneys/parties may appear by dialing: 650−479−3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.