**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: In re: PVC Pipe Antitrust Litigation

Case Number: 1:24-cv-07639

An appearance is hereby filed by the undersigned as attorney for:

Silver-Line Plastics LLC; Multi Fittings Corp.

Attorney name (type or print): Carolyn Gurland

Firm: White & Case LLP

Street address: 111 South Wacker Drive, Suite 5100

City/State/Zip: Chicago, IL 60606-4302

Bar ID Number: 6274399
(See item 3 in instructions)

Telephone Number: (312) 237-0136

Email Address: carolyn.gurland@whitecase.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 23, 2025

Attorney signature: S/ Carolyn Gurland
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023