# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| All Actions | |

## CERTAIN DEFENDANTS' OPPOSED MOTION TO DISMISS

Certain Defendants,[1] pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the Direct Purchaser Plaintiffs' Second Consolidated Amended Class Action Complaint (Dkt. No. 391), the Non-Converter Seller Purchaser Class Plaintiffs' Corrected Second Consolidated Class Action Complaint (Dkt. No. 467), and the End-User Class Plaintiffs' Consolidated Class Action Complaint (Dkt. No. 399) (the "complaints"). The basis for this motion and support therefore is provided in the accompanying memorandum in support and exhibits, filed concurrently.

## MEET AND CONFER CERTIFICATION

On October 29, 2025, Certain Defendants met and conferred with counsel for Plaintiffs, and counsel for Plaintiffs stated that Plaintiffs oppose the motion.

---

[1] Certain Defendants includes, as named by Plaintiffs, Atkore, Inc.; Atkore International, Inc.; Atkore Plastic Pipe Corp. d/b/a Heritage Plastics; Atkore RMCP, Inc.; Allied Tube & Conduit Corporation; Cantex Inc.; Diamond Plastics Corporation; Prime Conduit, Inc.; Sanderson Pipe Corporation; Southern Pipe, Inc.; IPEX USA LLC; Multi Fittings Corporation; Silver-Line Plastics LLC; Pipelife Jet Stream, Inc.; J-M Manufacturing, Inc. dba JM Eagle; National Pipe and Plastics, Inc.; Otter Tail Corporation; Northern Pipe Products, Inc.; and Vinyltech Corporation.

Dated: October 30, 2025                                  Respectfully Submitted,

/s/ *Daniel E. Laytin*
Daniel E. Laytin, P.C. (6257119)
Christa C. Cottrell, P.C. (6284749)
Taylor S. Rothman (6327528)
Max A. Samels (6333288)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
taylor.rothman@kirkland.com
max.samels@kirkland.com

*Counsel for J-M Manufacturing Company, Inc., dba JM Eagle*

/s/ *Matthew D. Provance*
Britt M. Miller
Matthew D. Provance
Megan E. Stride
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
bmiller@mayerbrown.com
mprovance@mayerbrown.com
mstride@mayerbrown.com

*Counsel for Defendants Atkore Inc.; Atkore International, Inc.; Atkore Plastic Pipe Corp.; Atkore RMCP, Inc.; and Allied Tube & Conduit Corporation*

/s/ *Thomas V. Panoff*
Thomas V. Panoff
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
Telephone: (312) 499-6328
tpanoff@sheppardmullin.com

2

Ann M. O'Brien (admitted *pro hac vice*)
Leo D. Caseria (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
aobrien@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant National Pipe & Plastics, Inc.*

*/s/ Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Tel: 202-469-5415
david.kully@hklaw.com

*Counsel for Defendant Pipelife Jet Stream, Inc.*

*/s/ Robert Milne*
Robert Milne (admitted *pro hac vice*)
Bryan Gant (admitted *pro hac vice*)
David H. Suggs (admitted *pro hac vice*)
Kristen O'Shaughnessy (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
rmilne@whitecase.com
bgant@whitecase.com
dsuggs@whitecase.com
kristen.oshaughnessy@whitecase.com

Carolyn Pelling Gurland (Bar No. 6274399)
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100

3

Chicago, IL 60606
Tel: (312) 881-5405
carolyn.gurland@whitecase.com

*Counsel for Defendants IPEX USA LLC; Multi Fittings Corporation and Silver-Line Plastics LLC*

/s/ Eliot A. Adelson
Eliot A. Adelson, CA Bar No. 205284
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com

Lisa M. Phelan, D.C. Bar No. 1617073
Megan E. Gerking, D.C. Bar No. 1027190
Robert W. Manoso, D.C. Bar No. 1047241
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
lphelan@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Defendants Otter Tail Corporation, Northern Pipe Products, Inc., and Vinyltech Corporation*

/s/ John DeQ. Briggs
John DeQ. Briggs (DC Bar #171470)
Richard B. Dagen (DC Bar #388115)
Daniel K. Oakes (DC Bar #1009519)
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
jbriggs@axinn.com
rdagen@axinn.com
doakes@axinn.com

*Counsel for Defendants Cantex Inc., Diamond Plastics Corporation, Prime Conduit, Inc., Sanderson Pipe Corporation, and Southern Pipe, Inc.*