**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| All Actions | |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DEFENDANTS' MOTION TO DISMISS

Certain Defendants[1] in the above-captioned case, by their undersigned counsel, and pursuant to Local Rule 26.2 of the Local Rules of the United States District Court for the Northern District of Illinois, respectfully move this Court for entry of an Order granting Certain Defendants' Leave to File Under Seal their Motion to Dismiss. In support of this Motion, Certain Defendants state as follows:

1. On August 4, 2025, this Court entered a Stipulated Protective Order concerning the discovery and disclosure of certain confidential, non-public or otherwise sensitive information. ECF No. 378.

2. Plaintiffs filed three Amended Consolidated Class Action Complaints on August 18, 2025. ECF Nos. 390, 398, and 467 (the "complaints"). Pursuant to the Stipulated Protective Order, Plaintiffs received leave from this Court to file both publicly available and under-seal versions of their complaints. ECF No. 424.

---

[1] Certain Defendants includes, as named by Plaintiffs, Atkore, Inc.; Atkore International, Inc.; Atkore Plastic Pipe Corp. d/b/a Heritage Plastics; Atkore RMCP, Inc.; Allied Tube & Conduit Corporation; Cantex Inc.; Diamond Plastics Corporation; Prime Conduit, Inc.; Sanderson Pipe Corporation; Southern Pipe, Inc.; IPEX USA LLC; Multi Fittings Corporation; Silver-Line Plastics LLC; Pipelife Jet Stream, Inc.; J-M Manufacturing, Inc. dba JM Eagle; National Pipe and Plastics, Inc.; Otter Tail Corporation; Northern Pipe Products, Inc.; and Vinyltech Corporation.

3. In their Motion to Dismiss, Certain Defendants intend to reference portions of the complaints which were withheld from the publicly available versions of the complaints. In accordance with the Court's ruling regarding the confidentiality of those filings, and pursuant to their obligations in the Stipulated Protective Order, Certain Defendants seek to file portions of their Motion to Dismiss under seal.

4. In compliance with Local Rule 26.2(c), Certain Defendants have filed a redacted version of their Motion to Dismiss and an unredacted, provisionally sealed version of the Motion to Dismiss simultaneously with the filing of this motion.

5. Pursuant to this Court's procedures, Certain Defendants state that they have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this Motion for Leave to File Under Seal Certain Defendants' Motion to Dismiss.

WHEREFORE, for the reasons stated above, the above-referenced Defendants respectfully request that this Court enter an Order granting leave to file under seal Certain Defendants' Motion to Dismiss.

Dated: October 30, 2025                    Respectfully Submitted,

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. (6257119)
Christa C. Cottrell, P.C. (6284749)
Taylor S. Rothman (6327528)
Max A. Samels (6333288)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
taylor.rothman@kirkland.com
max.samels@kirkland.com

*Counsel for J-M Manufacturing Company, Inc.,*
*dba JM Eagle*

/s/ Matthew D. Provance
Britt M. Miller
Matthew D. Provance
Megan E. Stride
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
bmiller@mayerbrown.com
mprovance@mayerbrown.com
mstride@mayerbrown.com

*Counsel for Defendants Atkore Inc.;*
*Atkore International, Inc.; Atkore Plastic*
*Pipe Corp.; Atkore RMCP, Inc.; and*
*Allied Tube & Conduit Corporation*

/s/ Thomas V. Panoff
Thomas V. Panoff
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
321 North Clark St., 32nd Floor
Chicago, Illinois 60654
Telephone: (312) 499-6328
tpanoff@sheppardmullin.com

Ann M. O'Brien (admitted *pro hac vice*)
Leo D. Caseria (admitted *pro hac vice*)
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
aobrien@sheppardmullin.com
lcaseria@sheppardmullin.com

*Counsel for Defendant National Pipe & Plastics,
Inc.*

*/s/ Timothy Ray*
Timothy Ray (ARDC #6230099)
**HOLLAND & KNIGHT LLP**
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60603
Tel: 312.263.3600
Timothy.Ray@hklaw.com

David C. Kully (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Tel: 202-469-5415
david.kully@hklaw.com

*Counsel for Defendant Pipelife Jet Stream, Inc.*

*/s/ Robert Milne*
Robert Milne (admitted *pro hac vice*)
Bryan Gant (admitted *pro hac vice*)
David H. Suggs (admitted *pro hac vice*)
Kristen O'Shaughnessy (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
rmilne@whitecase.com
bgant@whitecase.com
dsuggs@whitecase.com
kristen.oshaughnessy@whitecase.com

Carolyn Pelling Gurland (Bar No. 6274399)
**WHITE & CASE LLP**
111 South Wacker Drive, Suite 5100

Chicago, IL 60606
Tel: (312) 881-5405
carolyn.gurland@whitecase.com

*Counsel for Defendants IPEX USA LLC; Multi Fittings Corporation and Silver-Line Plastics LLC*

*/s/ Eliot A. Adelson*
Eliot A. Adelson, CA Bar No. 205284
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
(415) 268-7000
eadelson@mofo.com

Lisa M. Phelan, D.C. Bar No. 1617073
Megan E. Gerking, D.C. Bar No. 1027190
Robert W. Manoso, D.C. Bar No. 1047241
2100 L Street NW
Washington, D.C. 20037
(202) 887-1500
lphelan@mofo.com
mgerking@mofo.com
rmanoso@mofo.com

*Counsel for Defendants Otter Tail Corporation, Northern Pipe Products, Inc., and Vinyltech Corporation*

*/s/ John DeQ. Briggs*
John DeQ. Briggs (DC Bar #171470)
Richard B. Dagen (DC Bar #388115)
Daniel K. Oakes (DC Bar #1009519)
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
Telephone: (202) 912-4700
jbriggs@axinn.com
rdagen@axinn.com
doakes@axinn.com

*Counsel for Defendants Cantex Inc., Diamond Plastics Corporation, Prime Conduit, Inc., Sanderson Pipe Corporation, and Southern Pipe, Inc.*