# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

## DEFENDANTS ATKORE INTERNATIONAL, INC., ATKORE PLASTIC PIPE CORP., ATKORE RMCP, INC., AND ALLIED TUBE & CONDUIT CORPORATION'S OPPOSED MOTION TO DISMISS

Defendants Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., and Allied Tube & Conduit Corporation (collectively, "Atkore Affiliates"), pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss the Direct Purchaser Plaintiffs' Second Consolidated Amended Class Action Complaint (ECF 391), the Non-Converter Seller Purchaser Class Plaintiffs' Corrected Second Consolidated Class Action Complaint (ECF 467), and the End-User Class Plaintiffs' Consolidated Class Action Complaint (ECF 399) (the "Complaints"). The basis for this motion and support therefore is provided in the accompanying memorandum of law, filed concurrently.

Defendants Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., and Allied Tube & Conduit Corporation (collectively, "Atkore Affiliates") met and conferred with counsel for Plaintiffs on October 29, 2025, and counsel for Plaintiffs stated that Plaintiffs oppose the motion.

Dated: October 30, 2025            Respectfully submitted,

<u>/s/ *Matthew D. Provance*</u>
Britt M. Miller
Matthew D. Provance
Megan E. Stride
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
(312) 782-0600
(312) 701-7711—Facsimile
bmiller@mayerbrown.com
mprovance@mayerbrown.com
mstride@mayerbrown.com

*Counsel for Defendants Atkore International, Inc.; Atkore Plastic Pipe Corp.; Atkore RMCP, Inc.; and Allied Tube & Conduit Corporation*

## CERTIFICATE OF SERVICE

       I, Matthew D. Provance, an attorney, hereby certify that on October 30, 2025, I caused a true and correct copy of the foregoing **DEFENDANTS ATKORE INTERNATIONAL, INC., ATKORE PLASTIC PIPE CORP., ATKORE RMCP, INC., AND ALLIED TUBE & CONDUIT CORPORATION'S OPPOSED MOTION TO DISMISS** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

       /s/ *Matthew D. Provance*
       Matthew D. Provance
       MAYER BROWN LLP
       71 South Wacker Drive
       Chicago, IL 60606
       (312) 782-0600
       mprovance@mayerbrown.com