UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* <br><br> THIS DOCUMENT RELATES TO: <br><br> All Actions | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

### MULTI FITTINGS CORPORATION AND SILVER-LINE PLASTICS LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE THE MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS UNDER SEAL

Pursuant to Local Rules 5.8 and 26.2, Defendants Multi Fittings Corporation ("Multi Fittings") and Silver-Line Plastics LLC ("Silver-Line") (collectively "Defendants"), by and through the undersigned counsel, respectfully move this Court for leave to file under seal the Memorandum of Law in Support of Their Motion to Dismiss (the "Memorandum").[1] In support of this motion, Defendants state as follows:

1. The Memorandum quotes and/or discusses portions of the End User Plaintiffs' Complaint (ECF No. 398) and the Non-Converter Seller Plaintiffs' Complaint (ECF No. 394) which were filed under seal pursuant to this Court's August 19, 2025 Order (ECF No. 424) (the "Order"). In accordance with the Order regarding the confidentiality of those filings, and pursuant to the parties' obligations under the Stipulated Protective Order, Multi Fittings and Silver-Line seek to file

---

[1] Defendants certify that counsel for the Non-Converter Seller Plaintiffs and the End User Plaintiffs did not object to this motion after conferring via e-mail.

under seal those portions of the Memorandum which would reveal sealed portions of the above-referenced complaints.

2. Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must [. . .] move the court for leave to file the document under seal." District courts have authority to seal documents "for good cause shown." N.D. Ill. L.R. 26.2(c)(3).

3. In compliance with Local Rule 26.2(c), Defendants have filed a redacted version of the Memorandum and an unredacted, provisionally sealed version of the Memorandum simultaneously with the filing of this motion.

WHEREFORE, for the reasons stated above, Defendants respectfully request that this Court (a) grant this motion, (b) permit the unredacted version of the Memorandum to remain under seal, and (c) grant such other relief as the Court deems just and proper.

Dated: October 30, 2025

Respectfully submitted,

/s/ Robert Milne
Robert Milne (admitted *pro hac vice*)
Bryan Gant (admitted *pro hac vice*)
David H. Suggs (admitted *pro hac vice*)
Kristen O'Shaughnessy (admitted *pro hac vice*)
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
rmilne@whitecase.com
bgant@whitecase.com
dsuggs@whitecase.com
kristen.oshaughnessy@whitecase.com

Carolyn Pelling Gurland (Bar No. 6274399)
**WHITE & CASE LLP**

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
Tel: (312) 881-5405
carolyn.gurland@whitecase.com

*Counsel for Defendants Multi Fittings Corporation and Silver-Line Plastics LLC*