**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re PVC Pipe Antitrust Litigation | Case No. 1:24-cv-07639 |
| | Hon. LaShonda A. Hunt |
| THIS DOCUMENT RELATES TO: | |
| *All Actions* | |

**OPPOSED MOTION TO DISMISS OF DEFENDANTS WESTLAKE CORPORATION
AND WESTLAKE PIPE & FITTINGS CORPORATION'S**

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Westlake Corporation and Westlake Pipe & Fittings Corporation ("Westlake") through their counsel, move to dismiss with prejudice the Amended Class Action Complaints of the Direct Purchaser Plaintiffs, Non-Converter Seller Purchaser Plaintiffs, and End-User Plaintiffs.

Westlake submits the accompanying Memorandum in support of this Motion.

DATED: October 30, 2025

Respectfully submitted,

SUSMAN GODFREY L.L.P.

*/s/ William R. H. Merrill*
William R. H. Merrill
James T. Southwick
Elizabeth B. Hadaway
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Phone: (713) 651-9366
bmerrill@susmangodfrey.com
jsouthwick@susmangodfrey.com
ehadaway@susmangodfrey.com

Ezra Ruiz (admitted *pro hac vice*)
401 Union Street, Suite 3000

1

2

Seattle, WA 98101
Phone: (206) 516-3880
eruiz@susmangodfrey.com

Suyash Agrawal (6308343)
Christopher Walling (6333521)
**MASSEY & GAIL LLP**
50 E. Washington St., Suite 400
Chicago, Illinois 60602
Tel: (312) 379-0949
Fax: (312) 379-0467
sagrawal@masseygail.com
cwalling@masseygail.com

*Attorneys for Defendants Westlake Corporation
and Westlake Pipe and Fittings Corporation*