UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| End-User Class Plaintiffs | |

**END-USER CLASS PLAINTIFFS' UNOPPOSED
MOTION TO APPROVE UPDATED NOTICE DOCUMENTS, FINAL NOTICE PLAN,
AND SCHEDULE FOR FINAL APPROVAL**

Please take notice that the End-User Class Plaintiffs hereby move the Court for an Order granting their Motion to Approve Updated Notice Documents, Final Notice Plan, and Schedule for Final Approval. This motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and all other evidence and arguments presented in the briefings and at the hearing on this motion.

1046626.1

Dated: December 17, 2025

*/s/ Daniel Warshaw*

| | |
|---|---|
| Daniel L. Warshaw<br>   dwarshaw@pwfirm.com<br>Bobby Pouya<br>   bpouya@pwfirm.com<br>Michael H. Pearson<br>   mpearson@pwfirm.com<br>Matthew A. Pearson (*pro hac vice*)<br>   mapearson@pwfirm.com<br>Naveed Abaie (*pro hac vice*)<br>   nabaie@pwfirm.com<br>Adrian Buonanoce (*pro hac vice*)<br>   abuonanoce@pwfirm.com<br>**PEARSON WARSHAW, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104<br><br>Neil Swartzberg (*pro hac vice*)<br>   nswartzberg@pwfirm.com<br>**PEARSON WARSHAW, LLP**<br>555 Montgomery Street, Suite 1205<br>San Francisca, CA 94111<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br><br>Brian Pafundi (*pro hac vice*)<br>   bpafundi@pwfirm.com<br>**PEARSON WARSHAW, LLP**<br>328 Barry Avenue South, Suite 200<br>Wayzata, MN 55391<br>Telephone: (612) 389-0600<br>Facsimile: (612) 389-0610 | Elizabeth A. Fegan<br>**FEGAN SCOTT LLC**<br>150 S. Wacker Drive, 24th Floor<br>Chicago, IL 60606<br>Telephone: (312) 741-1019<br>Facsimile: (312) 264-0100<br>beth@feganscott.com<br><br>Kyle A. Jacobsen (*pro hac vice*)<br>**FEGAN SCOTT LLC**<br>709 N 2nd St<br>Suite 400 #1280<br>Philadelphia, PA 19123<br>Telephone: (484) 352-2318<br>Facsimile: (312) 264-0100<br>kyle@feganscott.com<br><br>Jonathan D. Lindenfeld (*pro hac vice*)<br>**FEGAN SCOTT LLC**<br>305 Broadway, 7th Floor<br>New York, NY 10007<br>Phone: 332.216.2101<br>Fax: 312.264.0100<br>jonathan@feganscott.com<br><br>*Co-Lead Class Counsel for End-User Class Plaintiffs* |

1046626.1