UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| All Actions | |

**CLASS PLAINTIFFS' STATUS REPORT REGARDING
FINAL NOTICE PLAN AND SCHEDULE FOR FINAL APPROVAL**

In order to ensure that the settlement administrators have sufficient time to implement the proposed notice plans, the End-User Class Plaintiffs ("EUP") and Non-Converter Seller Purchaser Class ("NCSP") (collectively the "EUP and NCSP Classes") have updated their respective proposed notice schedules to move the deadline for the commencement of notice of their settlements with defendant Oil Price Information Service, LLC from January 8, 2026 to the later of January 15, 2026, or seven (7) days from the date of the Court's order approving the notice plans.

Each of the EUP and NCSP Classes will be filing an updated proposed order for the motions to approve updated notice documents, final notice plan, schedule for final approval filed by EUPs (ECF No. 603) and NCSPs (ECF No. 607). The Direct Purchaser Plaintiff Class ("DPP Class"), as noted in the December 8, 2025 Joint Status Report (ECF No. 584), also remains ready to commence notice on the same schedule as the other classes and will be submitting a proposed order with the same proposed notice schedule. The notice schedules are drafted with the assumption that notice will commence on January 15, 2026 but, depending on when the Court

1

grants approval, the classes may need to submit a further updated notice schedule, adjusting the dates forward commensurately with the notice commencement date.

Dated: January 2, 2026

/s/ Bobby Pouya

Daniel L. Warshaw
   dwarshaw@pwfirm.com
Bobby Pouya
   bpouya@pwfirm.com
Michael H. Pearson
   mpearson@pwfirm.com
Matthew A. Pearson (*pro hac vice*)
   mapearson@pwfirm.com
Naveed Abaie (*pro hac vice*)
   nabaie@pwfirm.com
Adrian Buonanoce (*pro hac vice*)
   abuonanoce@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

Neil Swartzberg (*pro hac vice*)
   nswartzberg@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 816
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

Brian Pafundi (*pro hac vice*)
   bpafundi@pwfirm.com
**PEARSON WARSHAW, LLP**
328 Barry Avenue South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610

Elizabeth A. Fegan
**FEGAN SCOTT LLC**
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Jonathan D. Lindenfeld (*pro hac vice*)
**FEGAN SCOTT LLC**
305 Broadway, 7th Floor
New York, NY 10007
Phone: 332.216.2101
Fax: 312.264.0100
jonathan@feganscott.com

*Co-Lead Class Counsel for End-User Class Plaintiffs*

/s/ Robert N. Kaplan
Robert N. Kaplan
Matthew P. McCahill
Elana Katcher
Brandon Fox
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
ekatcher@kaplanfox.com
Bfox@kaplanfox.com
cmorrison@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

*/s/ Joseph M. Vanek*
Joseph M. Vanek
David Germaine
John P. Bjork
Allison G. Margolies
**SPERLING KENNY NACHWALTER, LLC**
321 N Clark Street, Suite 2500
Chicago, IL 60654
T: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
amargolies@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, TN 37212
T: (312) 641-3200
F: (312) 641-6492
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
1616-D Metropolitan Circle
Tallahassee, FL 32308
T: (850) 942-4334
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

3

| | |
|---|---|
| */s/ Brian D. Clark* | */s/ Karin E. Garvey* |
| Brian D. Clark (IL Bar No. 6350416) | Karin E. Garvey (N.D. Ill. Bar No. 2997831) |
| Simeon A. Morbey (MN #0391338) | Brian M. Hogan (N.D. Ill. Bar No. 6286419) |
| Laura M. Matson (MN #0356598) | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| **LOCKRIDGE GRINDAL NAUEN PLLP** | The Helmsley Building, 230 Park Ave. |
| | 24th Floor |
| 100 Washington Avenue South, Suite 2200 | New York, NY 10169 |
| Minneapolis, Minnesota 55401 | (212) 223-6444 |
| (612) 339-6900 | kgarvey@scott-scott.com |
| bdclark@locklaw.com | brian.hogan@scott-scott.com |
| samorbey@locklaw.com | |
| lmmatson@locklaw.com | |

Kyle J. Pozan (IL Bar No. 6306761)
Consuela Abotsi-Kowu (MN #0505682)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Suite 700
Chicago, IL 60610
(312) 205-8968
kjpozan@locklaw.com
cmabotsi-kowu@locklaw.com

Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)
Daniel J. Brockwell (admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
pcoughlin@scott-scott.com
dbrockwell@scott-scott.com

Patrick McGahan (admitted *pro hac vice*)
Michael Srodoski (admitted *pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

*Co-Lead Class Counsel for the Non-Converter Seller Purchaser Class*