UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| End-User Class Plaintiffs | |

**ORDER GRANTING END-USER CLASS PLAINTIFFS' UNOPPOSED MOTION TO APPROVE UPDATED NOTICE DOCUMENTS, FINAL NOTICE PLAN, AND SCHEDULE FOR FINAL APPROVAL**

The Court, having reviewed the End-User Class Plaintiffs' Unopposed Motion to Approve Updated Notice Documents, Final Notice Plan, and Schedule for Final Approval ("Motion"), as well as the Order Granting Preliminary Approval of Class Action Settlement (ECF No. 362) and the Order Granting Approval of Notice Plan (ECF No. 375), hereby grants the Motion and ORDERS as follows:

    1.    The revised End-User Settlement Class definition is approved as follows:

All purchasers of PVC pipe in the United States between January 1, 2021 through May 16, 2025 who fall into any of the following categories: (1) All public water systems that purchased PVC Pipe for end use, including in connection with the treatment or supply of water; (2) All public wastewater systems that purchased PVC pipe for end use, including for the collection, disposal, or treatment of wastewater; (3) All suppliers of public energy or electricity that purchased PVC pipe for end use, including in connection with the supply of electricity for public consumption; or (4) All purchasers of PVC Pipe that purchased from a seller who purchased the product indirectly from Defendants.

Specifically excluded from the End-User Settlement Class are any direct purchases from Converter Defendants; any federal government entity; Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir, or assign of any Defendant. Also excluded from the End-User Settlement Class is any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action, any business majority-owned by any such person, and any Co-Conspirator identified in this Action.

2. The updated plan of notice is approved. Also approved are the updated notice documents attached to the Declaration of Christie K. Reed filed concurrently with the Motion, including ECF No. 606-1 ("Detailed Notice"), ECF No. 606-2 ("Postcard/Email Notice"), ECF No. 606-3 (sample digital ads), and ECF No. 606-4 (press release). The Court finds and concludes that such notice: (a) is the best notice that is practicable under the circumstances, and is reasonably calculated to reach the members of the End-User Settlement Class that would be bound by the Settlement Agreement and to apprise them of the Action, the terms and conditions of the Settlement Agreement, and their right to opt-out and be excluded from the End-User Settlement Class and to object to the Settlement Agreement; and (b) meets the requirements of Rule 23 and due process. Non-substantive changes, such as typographical errors and inserting specific dates or Settlement Administrator contact information, can be made to the notice documents by agreement of the Parties without leave from the Court. All other components of End-User Notice Plan (ECF No. 375) shall remain in force.

3. The schedule regarding notice as set forth in the Motion is approved consistent with the notice schedule previously approved by the Court (*see* ECF No. 375). Notice shall commence on January 15, 2026. The deadline to opt out or object to the End-Users' Settlement with Defendant Oil Price Information Service, LLC ("Settlement") is April 9, 2026.

4. A Fairness Hearing regarding the Settlement is hereby set for **June 3, 2026 at 10:00AM Central in Courtroom 1425**. End-User Settlement Class Counsel shall file their motion for final approval of the Settlement no later than 14 days before the Fairness Hearing.

**DATED**: January 5, 2026                          **ENTERED**:

_____
LaShonda A. Hunt
United States District Judge
