**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re: PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| _____ | Hon. LaShonda A. Hunt |
| This Document Relates To: | |
| *All Direct Purchaser Plaintiff Actions* | |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** FOR
**MEMORANDUM OF LAW IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS BILL
WAGNER & SON, INC.'S, VITOLITE ELECTRIC SALES CO.'S, AND HODGES
SUPPLY COMPANY'S MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT AND RELATED RELIEF**

Direct Purchaser Plaintiffs Bill Wagner & Son, Inc., Vitolite Electric Sales Co. and Hodges

Supply Company ("DPPs"), by and through their undersigned counsel, intend to file a Motion—

Unopposed[1] by Settling Defendants Atkore Inc.; Atkore International, Inc.; Atkore Plastic Pipe

Corp.; Atkore RMCP, Inc.; and Allied Tube & Conduit Corporation (the "Atkore Defendants")—

for Preliminary Approval of Settlement with Atkore Defendants and Related Relief ("Motion for

Preliminary Approval"), and hereby move this Court by unopposed motion for entry of an Order

granting it leave to file a brief in support of the Motion for Preliminary Approval not to exceed 18

pages. In support, DPPs state the following:

1.     DPPs seek to move for preliminary approval of the settlement with the Atkore

---

[1] The Atkore Defendants do not oppose DPPs' motion. Because the Settlement Agreement required the terms of DPPs' settlement with Atkore Defendants to remain confidential until the motion for preliminary approval was filed, it was not possible to file this motion for excess pages earlier or to conduct a pre-filing meet-and-confer with other parties.

Defendants.

2.      In order to fully and completely explain the justification for the preliminary approval of the settlement with the Atkore Defendants, DPPs require additional pages in excess of the 15 pages under Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

3.      While DPPs have made every effort to be as concise as possible, they request up to 18 pages for the brief in support of the Motion.

WHEREFORE, for the above reasons, DPPs respectfully requests this Court enter an Order granting them leave to file a brief in support of their Motion, not to exceed 18 pages.


Dated: April 29, 2026                    Respectfully submitted,

                                         */s/ Robert N. Kaplan*
                                         Robert N. Kaplan
                                         Elana Katcher
                                         Matthew P. McCahill
                                         Carihanna Morrison
                                         **KAPLAN FOX & KILSHEIMER LLP**
                                         800 Third Avenue, 38th Floor
                                         New York, New York 10022
                                         Tel: (212) 687-1980
                                         rkaplan@kaplanfox.com
                                         ekatcher@kaplanfox.com
                                         mmccahill@kaplanfox.com
                                         cmorrison@kaplanfox.com

                                         Gary L. Specks
                                         **KAPLAN FOX & KILSHEIMER LLP**
                                         681 Prestwick Lane
                                         Wheeling, Illinois 60090
                                         Tel: (847) 831-1585
                                         gspecks@kaplanfox.com

                                         *Lead Counsel for the Direct Purchaser Plaintiff Class*

                                         Joseph M. Vanek
                                         David Germaine
                                         John P. Bjork

Allison G. Margolies
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark Street, Suite 2500
Chicago, Illinois 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
amargolies@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, Tenn. 37212
Tel: (312) 641-3200
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
1616-D Metropolitan Cir.
Tallahassee, Florida 32308
Tel: (850) 942-4334
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
Michele Burkholder
Michael Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Penn. 19107
Tel: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com
mburkholder@nastlaw.com
mtarringer@nastlaw.com

Joshua H. Grabar
Julia Varano
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, Penn. 19103
Tel: (267) 507-6085

jgrabar@grabarlaw.com
jvarano@grabarlaw.com

Linda P. Nussbaum
Meghan J. Talbot
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com
mtalbot@nussbaumpc.com

Roberta D. Liebenberg
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jgittleman@finekaplan.com

Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, IL 60093
Tel : (847) 830-7002
eric@liflaw.com

Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama Street, Suite 240
Houston, Texas  77098
Tel: (713) 528-6700
rcoffman@coffmanlawfirm.com

Mitchell A. Toups
**Weller, Green, Toups & Terrell, LLP**
P.O.  Box 350 (490 Park St., Suite 111 - 77701)
Beaumont, TX 77704
(409) 832-1800
Fax:   (409) 832-8577
Email:  matoups@wgttlaw.com

*Counsel for the Direct Purchaser Plaintiff Class*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2026, I caused true and correct copies of this Motion to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Robert N. Kaplan*
Robert N. Kaplan