**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| *In re: PVC Pipe Antitrust Litigation* <br><br> _____ <br><br> This Document Relates To: <br><br> *All Direct Purchaser Plaintiff Actions* | Case No. 1:24-cv-07639 <br><br> Hon. LaShonda A. Hunt |

**DIRECT PURCHASER PLAINTIFFS BILL WAGNER & SON, INC.'S, VITOLITE ELECTRIC SALES CO.'S, AND HODGES SUPPLY COMPANY'S MOTION - UNOPPOSED[1] BY SETTLING DEFENDANTS ATKORE INC., ATKORE INTERNATIONAL, INC., ATKORE PLASTIC PIPE CORP., ATKORE RMCP, INC., AND ALLIED TUBE & CONDUIT CORPORATION – FOR: (1) PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, (2) CERTIFICATION, FOR SETTLEMENT PURPOSES ONLY, OF THE PROPOSED DPP SETTLEMENT CLASS, (3) APPOINTMENT OF KAPLAN FOX & KILSHEIMER LLP AS DPP SETTLEMENT CLASS COUNSEL AND BILL WAGNER & SON, INC., VITOLITE ELECTRIC SALES CO. AND HODGES SUPPLY COMPANY AS REPRESENTATIVES OF THE DPP SETTLEMENT CLASS, (4) APPOINTMENT OF JND LEGAL ADMINISTRATION LLC AS SETTLEMENT ADMINISTRATOR AND THE HUNTINGTON NATIONAL BANK AS ESCROW AGENT, (5) APPROVAL OF THE FORM AND CONTENT OF CLASS NOTICE AND THE NOTICE PLAN, AND (6) SETTING SCHEDULE FOR THE <u>DISSEMINATION OF CLASS NOTICE AND FAIRNESS HEARING</u>**

Direct Purchaser Plaintiffs Bill Wagner & Son, Inc., Vitolite Electric Sales Co. and Hodges Supply Company ("DPPs"), by and through Court-appointed Lead and Liaison Counsel, respectfully move this Court for an Order: (1) Preliminarily Approving the Proposed Settlement Between the Direct Purchaser Plaintiff Settlement Class and Defendants Atkore Inc.; Atkore International, Inc.; Atkore Plastic Pipe Corp.; Atkore RMCP, Inc.; and Allied Tube & Conduit

---

[1] The Settling Defendants do not oppose Direct Purchaser Plaintiffs' motion. Because the Settlement Agreement required the terms of Direct Purchaser Plaintiffs' settlement with Atkore to remain confidential until this motion was filed, it was not possible to conduct a pre-filing meet-and-confer with other parties.

Corporation; (2) Certifying, for Settlement Purposes Only, the Proposed DPP Settlement Class; (3) Appointing Kaplan Fox & Kilsheimer, LLP as DPP Settlement Class Counsel and Bill Wagner & Son, Inc., Vitolite Electric Sales Co. and Hodges Supply Company as Representatives of the DPP Settlement Class; (4) Appointing JND Legal Administration LLC as Settlement Administrator and The Huntington National Bank as Escrow Agent; (5) Approving the Form and Content of Class Notice and the Notice Plan; and (6) Setting the Schedule for the Dissemination of Class Notice and Fairness Hearing.

Dated: April 29, 2026

Respectfully submitted,

*/s/ Robert N. Kaplan*

Robert N. Kaplan
Elana Katcher
Matthew P. McCahill
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com
mmccahill@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, Illinois 60090
Tel: (847) 831-1585
gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

Joseph M. Vanek
David Germaine
John P. Bjork
Allison G. Margolies
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark Street, Suite 2500

2

Chicago, Illinois 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
amargolies@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, Tenn. 37212
Tel: (312) 641-3200
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
1616-D Metropolitan Cir.
Tallahassee, Florida 32308
Tel: (850) 942-4334
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
Michele Burkholder
Michael Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Penn. 19107
Tel: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com
mford@nastlaw.com
mburkholder@nastlaw.com
mtarringer@nastlaw.com

Joshua H. Grabar
Julia Varano
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, Penn. 19103
Tel: (267) 507-6085

3

jgrabar@grabarlaw.com
jvarano@grabarlaw.com

Linda P. Nussbaum
Meghan J. Talbot
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com
mtalbot@nussbaumpc.com

Roberta D. Liebenberg
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jgittleman@finekaplan.com

Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, IL 60093
Tel: (847) 830-7002
eric@liflaw.com

Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama Street, Suite 240
Houston, Texas  77098
Tel: (713) 528-6700
rcoffman@coffmanlawfirm.com

Mitchell A. Toups
**Weller, Green, Toups & Terrell, LLP**
P.O.  Box 350 (490 Park St., Suite 111 - 77701)
Beaumont, TX 77704
(409) 832-1800
Fax:  (409) 832-8577
Email:  matoups@wgttlaw.com

*Counsel for the Direct Purchaser Plaintiff Class*

4

## CERTIFICATE OF SERVICE

I certify that on April 29, 2026, I caused true and correct copies of this Motion and its accompanying brief and supporting documents to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Robert N. Kaplan*
Robert N. Kaplan