# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## **$72.5 Million Class Action Settlement Reached with Atkore**

# If you purchased PVC Pipe and/or Fittings in the United States between January 1, 2020, and March 31, 2026, <u>directly</u> from any of the following companies, you may be affected:

**Atkore Inc. (and subsidiaries, divisions and/or brands Allied Tube & Conduit Corp., Heritage, Queen City Plastics, Rocky Mountain Colby Pipe, and Cor-Tek)**
**Cantex Inc.**
**Charlotte Pipe and Foundry Co.**
**Cresline Plastic Pipe Co.**
**Diamond Plastics Corporation**
**Prime Conduit, Inc.**
**Sanderson Pipe Corporation**
**Southern Pipe, Inc.**
**IPEX USA, LLC**
**J-M Manufacturing Company, Inc. d/b/a JM Eagle**
**National Pipe & Plastics, Inc.**
**Pipelife Jet Stream, Inc.**
**Otter Tail Corporation**
**Northern Pipe Products, Inc.**
**Vinyltech Corporation**
**Westlake Corporation**
**Westlake Pipe & Fittings Corporation**

*A federal court authorized this Notice. This is not a solicitation from a lawyer or a claims filing service.*

- You may be affected by a proposed settlement in a class action lawsuit called *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639, pending in the United States District Court for the Northern District of Illinois (the "Action"). The proposed settlement is a **partial** settlement because it includes only one group of defendants, Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., Allied Tube & Conduit Corporation, and affiliated brands Heritage, Queen City Plastics, Rocky Mountain Colby Pipe, and Cor-Tek (collectively, "Atkore"). The lawsuit is continuing against 14 Converter Defendants who have **not** settled. Settlements have also been reached with defendant Oil Price Information Service, LLC ("OPIS") and with Westlake Corporation and Westlake Pipe & Fittings Corporation (collectively, "Westlake"). You may have received a notice about one or both of those settlements. This is a separate notice about an additional settlement in this litigation.

- Under the proposed settlement, Atkore has agreed to pay **$72.5 million** to create a Settlement Fund for the benefit of DPP Settlement Class Members, in exchange for a release, including the release of any and all claims against Atkore and the Atkore Released Parties (as defined in the Settlement Agreement) relating in any way to the allegations in the Action, as set out in the Settlement Agreement. Atkore has

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

also agreed to provide certain cooperation that may be useful to the DPPs in the continuing lawsuit against the non-settling Converter Defendants. The release of Atkore and the Atkore Released Parties does not include a release of any of the other Converter Defendants. The lawsuit is continuing against them.

- The Converter Defendants include the following manufacturers of PVC Pipe and/or Fittings: Atkore Inc. (and subsidiaries/divisions/affiliated brands Allied Tube & Conduit Corporation, RMCP, Inc., Heritage, Queen City Plastics, Rocky Mountain Colby Pipe, and Cor-Tek); Cantex Inc.; Charlotte Pipe and Foundry Co.; Cresline Plastic Pipe Co.; Diamond Plastics Corporation; Prime Conduit, Inc.; Sanderson Pipe Corporation; Southern Pipe, Inc.; IPEX USA, LLC; J-M Manufacturing Company, Inc. d/b/a JM Eagle; National Pipe & Plastics, Inc.; Pipelife Jet Stream, Inc.; Otter Tail Corporation; Northern Pipe Products, Inc.; Vinyltech Corporation; and Westlake.

- "PVC Pipe and/or Fittings," as defined in the Settlement Agreement, refers to pipe and fittings made in whole or in part with polyvinyl chloride ("PVC"), such as:

  - ✓ PVC pipes that carry municipal potable water (including, but not limited to, PVC pipes manufactured to AWWA C900 or ASTM D2241 standards),

  - ✓ PVC pipes that carry wastewater to sewage treatment plants (including, but not limited to, PVC pipes manufactured to ASTM D3034 or ASTM F679 standards),

  - ✓ PVC municipal drinking water pipe and PVC municipal sewer pipe,

  - ✓ PVC plumbing pipe used for household and commercial plumbing,

  - ✓ PVC conduit used as electrical conduit pipe,

  - ✓ Detachable pieces of PVC plastic that connect two or more PVC pipes, including couplings, elbows, tees, crosses, caps, plugs, adapters, bushings, nipples, and flanges, and

  - ✓ Any and all PVC pipe systems that connect PVC pipe segments and fittings into piping systems.

- This Settlement is only on behalf of Direct Purchaser Plaintiffs Bill Wagner & Son, Inc., Vitolite Electric Sales Co., and Hodges Supply Company ("DPPs") and the DPP Settlement Class. DPPs and the DPP Settlement Class are persons and entities who purchased PVC Pipe and/or Fittings *directly* from one or more of the Converter Defendants in the United States and its territories during the period between January 1, 2020 and March 31, 2026.

- Payments to eligible DPP Settlement Class Members will be distributed following the Court's final approvals of the settlements with OPIS, Westlake, and Atkore. If you did not exclude yourself from the OPIS and Westlake settlements and do not exclude yourself from this proposed settlement with Atkore (the "Settlement"), you will be eligible to receive payments from **all three** settlements. If you exclude yourself from one of the settlements, you will **not** be eligible to receive a payment from that settlement. Please visit www.pvcpipedirectclass.com for updates.

- The proposed Settlement relates to a class action lawsuit brought on behalf of *direct* purchasers of PVC Pipe and/or Fittings. This includes all persons or entities that purchased PVC Pipe and/or Fittings *directly* from one or more of the named Converter Defendants during the time period between January 1, 2020 and March 31, 2026. There is also a lawsuit pending in the same Court on behalf of *indirect* purchasers. This proposed Settlement applies only to *direct* purchases of PVC Pipe and/or Fittings from the Converter Defendants and does **not** apply to any *indirect* purchases of PVC Pipe and/or Fittings.

- DPPs allege that, as of January 1, 2020 and continuing until March 31, 2026, Defendants engaged in a conspiracy to inflate prices of PVC Pipe and/or Fittings in the United States, that Defendants broke the

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

2

law and as a result DPP Settlement Class Members paid more for PVC Pipe and/or Fittings than they otherwise would have. The Court has not decided who is right.

- If the Court approves the Settlement, it will resolve the claims in the Action against Atkore only. It will also release any and all claims against Atkore and the Atkore Released Parties relating in any way to the allegations in the Action, as set out in the Settlement Agreement.

- **Your legal rights will be affected whether or not you act.**

- Your rights and options – **and the deadlines to exercise them** – are explained in this Notice, along with information about the lawsuit and proposed Settlement. Please read the entire Notice carefully.

| Your Legal Rights and Options | | |
|---|---|---|
| **DO NOTHING** | <ul><li>Stay in the DPP Settlement Class</li><li>If the Court approves the proposed Settlement, you may be eligible for a payment. The Settlement Fund will be combined with the OPIS and Westlake settlement funds for a distribution to DPP Settlement Class Members after the Court has given final approval of those settlements and this proposed Settlement.</li><li>Give up your right to separately sue or continue to sue Atkore and the Atkore Released Parties for any and all claims relating in any way to the allegations in the Action, as set out in the Settlement Agreement (See Question 11)</li></ul> | None |
| **GO TO THE COURT'S HEARING** | <ul><li>Ask the Court for permission to speak about the fairness of the proposed Settlement (See Question 20)</li></ul> | **Month x, 202x** |
| **OBJECT TO THE SETTLEMENT** | <ul><li>Stay in the DPP Settlement Class, but write to the Court about why you don't like the proposed Settlement (See Question 16)</li></ul> | Postmarked by **Month x, 2026** |
| **EXCLUDE YOURSELF ("OPT OUT")** | <ul><li>Remove yourself from the proposed Settlement on or before the exclusion deadline by following the instructions in this notice (see Question 12)</li><li>Get no payment from the proposed Settlement</li><li>Keep your right to separately sue or continue to sue Atkore and the Atkore Released Parties for the claims described in the Settlement Agreement (See Question 12)</li></ul> | Postmarked by **Month x, 2026** |

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

## What this Notice Contains

**BASIC INFORMATION** ................................................................................................**PAGE 5**
    1.    Why did I get this Notice?
    2.    What is this lawsuit about?
    3.    Who are the Defendants?
    4.    Why is this a class action?
    5.    Why is there a proposed Settlement with Atkore?

**THE DPP SETTLEMENT CLASS** ................................................................................**PAGE 6**
    6.    Am I part of the DPP Settlement Class?
    7.    I bought PVC Pipe and/or Fittings during the timeframe. Am I a DPP Settlement Class Member?
    8.    I'm still not sure if I am included.

**THE BENEFITS OF THE PROPOSED SETTLEMENT** ....................................................**PAGE 7**
    9.    What does the proposed Settlement provide?
    10.   When will I get my payment?
    11.   What am I giving up by staying in the proposed Settlement?

**EXCLUDING YOURSELF FROM THE PROPOSED SETTLEMENT** ...................................**PAGE 8**
    12.   How do I get out of the proposed Settlement?
    13.   If I exclude myself, can I get money from the proposed Settlement?

**THE LAWYERS REPRESENTING YOU** ......................................................................**PAGE 9**
    14.   Do I have a lawyer in this case?
    15.   How will the lawyers be paid?

**OBJECTING TO THE PROPOSED SETTLEMENT** .........................................................**PAGE 9**
    16.   How do I tell the Court that I do not like the proposed Settlement?
    17.   What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING** ........................................................................**PAGE 10**
    18.   When and where will the Court decide whether to approve the proposed Settlement?
    19.   Do I have to come to the hearing?
    20.   May I speak at the hearing?

**IF YOU DO NOTHING** ...........................................................................................**PAGE 11**
    21.   What happens if I do nothing at all?

**GETTING MORE INFORMATION** ............................................................................**PAGE 11**
    22.   How can I get more information?

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

# Basic Information

## 1. Why did I get this Notice?

You received this Notice because you or your company may have purchased PVC Pipe and/or Fittings **directly** from one or more of the Converter Defendants between January 1, 2020 and March 31, 2026.

The Court has directed that this Notice be sent to you because, as a possible DPP Settlement Class Member, you have the right to know about the proposed Settlement and your rights and options before the Court decides whether to approve the proposed Settlement.

This Notice explains the lawsuit, the proposed partial Settlement, and your legal rights.

U.S. District Judge the Honorable LaShonda A. Hunt of the U.S. District Court for the Northern District of Illinois in Chicago, Illinois, is the judge overseeing this class action. The case is called *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639. The people who sued are called Plaintiffs, and the companies they sued are called Defendants. The only Defendants that have settled the lawsuit brought by the direct purchasers are OPIS, for which the telephonic Final Approval hearing is scheduled for June 3, 2026 and, Westlake, for which the Final Approval hearing is scheduled for Month x, 202x, and Atkore. The lawsuit is continuing against the other Converter Defendants.

## 2. What is this lawsuit about?

The lawsuit alleges that Defendants conspired to fix, raise, maintain, and stabilize the price of PVC Pipe and/or Fittings starting as early as January 1, 2020 and continuing until March 31, 2026, and that DPP Settlement Class Members paid higher prices for PVC Pipe and/or Fittings as a result. The Court has not decided who is right.

DPPs have reached a proposed Settlement with Atkore. While Atkore does not concede or admit liability for DPPs' allegations, it has agreed to settle this action to avoid the uncertainties and risks of further litigation. The lawsuit is proceeding against the non-settling Converter Defendants.

## 3. Who are the Defendants?

Atkore and the other Converter Defendants are collectively called Converter Defendants. The Converter Defendants are: Atkore Inc. (and subsidiaries/divisions/affiliated brands Allied Tube & Conduit Corporation, RMCP, Inc., Heritage, Queen City Plastics, Rocky Mountain Colby Pipe, and Cor-Tek), Cantex Inc.; Charlotte Pipe and Foundry Co.; Cresline Plastic Pipe Co.; Diamond Plastics Corporation; Prime Conduit, Inc.; Sanderson Pipe Corporation; Southern Pipe, Inc.; IPEX USA, LLC; J-M Manufacturing Company, Inc. d/b/a JM Eagle; National Pipe & Plastics, Inc.; Pipelife Jet Stream, Inc.; Otter Tail Corporation; Northern Pipe Products, Inc.; Vinyltech Corporation; and Westlake. OPIS is also a Defendant. As set forth above, DPPs have settled with both OPIS and Westlake.

## 4. Why is this a class action?

In a class action, one or more individuals or entities called class representative sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement. One court resolves the settlement-related issues for all class members, *except* for those who exclude themselves from the settlement.

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

**5. Why is there a proposed Settlement with Atkore?**

The Court did not decide in favor of DPPs or Atkore. Instead, both sides agreed to the proposed Settlement to avoid the cost and risk of continued litigation and a trial. The proposed Settlement does not mean that any law was broken or that Atkore did anything wrong. DPPs and their counsel believe the proposed Settlement is the best result for all DPP Settlement Class Members. The lawsuit is continuing against the remaining non-settling Converter Defendants.

# The DPP Settlement Class

**6. Am I part of the DPP Settlement Class?**

You are a DPP Settlement Class Member if you or your company purchased PVC Pipe and/or Fittings in the United States and its territories **directly** from one or more of the Converter Defendants (or from any of the Converter Defendants' parents, predecessors, subsidiaries, or affiliates) at any time from January 1, 2020 through March 31, 2026.

"PVC Pipe and/or Fittings**,**" as defined in the Settlement Agreement, refers to pipe and fittings made in whole or in part with polyvinyl chloride ("PVC"), such as:

- ✓ PVC pipes that carry municipal potable water (including, but not limited to, PVC pipes manufactured to AWWA C900 or ASTM D2241 standards),

- ✓ PVC pipes that carry wastewater to sewage treatment plants (including, but not limited to, PVC pipes manufactured to ASTM D3034 or ASTM F679 standards),

- ✓ PVC municipal drinking water pipe and PVC municipal sewer pipe,

- ✓ PVC plumbing pipe used for household and commercial plumbing,

- ✓ PVC conduit used as electrical conduit pipe,

- ✓ Detachable pieces of PVC plastic that connect two or more PVC pipes, including couplings, elbows, tees, crosses, caps, plugs, adapters, bushings, nipples, and flanges, and

- ✓ Any and all PVC pipe systems that connect PVC pipe segments and fittings into piping systems.

Converter Defendants, and their parents, predecessors, subsidiaries, and affiliates, and all federal government entities and instrumentalities of the federal government are excluded from the DPP Settlement Class.

**7. I bought PVC Pipe and/or Fittings during the timeframe. Am I a DPP Settlement Class Member?**

Not necessarily. You are only a DPP Settlement Class Member if you bought PVC Pipe and/or Fittings during the time period **directly** from one of the Converter Defendants.

**8. I'm still not sure if I am included.**

If you are still not sure if you are a DPP Settlement Class Member, please review the detailed case information at www.pvcpipedirectclass.com. You may also call the Settlement Administrator at 1-855-779-9069.

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

# The Benefits of the Proposed Settlement

| 9. What does the proposed Settlement provide? |
| --- |

Under the proposed Settlement, Atkore has agreed to pay seventy-two million five hundred thousand dollars (**$72.5 million**) in cash (the "Settlement Fund") in exchange for a release of any and all claims against Atkore and the Atkore Released Parties relating in any way to the allegations in the Action, as set out in the Settlement Agreement. If the Court approves the proposed Settlement, proceeds from the Settlement Fund (along with proceeds from the OPIS and the Westlake settlement funds) will be distributed to eligible DPP Settlement Class Members. Payments will be sent after deducting notice and administration costs (up to $250,000 for the Atkore settlement), and attorneys' fees, expenses and service awards to DPPs, if awarded by the Court, from the Settlement Funds. You will receive notice of any future application for attorneys' fees, reimbursement of expenses or service awards.

Atkore will also provide substantial cooperation to DPPs in the continuing lawsuit against the non-settling Converter Defendants. Details about the cooperation are in the Settlement Agreement available at www.pvcpipedirectclass.com.

| 10. When will I get my payment? |
| --- |

Payments from the Settlement Fund will **not** be sent to Class Members at this time. But if you are a DPP Settlement Class Member and you don't exclude yourself, you will be eligible to receive a payment at a later date after the Court gives final approval to the OPIS, Westlake, and Atkore settlements. This could take time. Please be patient. If you exclude yourself from the proposed Settlement, you will **not** be eligible to get a payment from the proposed Settlement.

| 11. What am I giving up by staying in the proposed Settlement? |
| --- |

Unless you exclude yourself from the proposed Settlement, you cannot sue, continue to sue, or be part of any other lawsuit against Atkore or the Atkore Released Parties for any claims relating in any way to the legal or factual issues in the Action and your direct purchases from one or more Converter Defendants. All the Court's orders will apply to you and legally bind you. As set forth in the Settlement Agreement which is available on the settlement website, the release includes but is not limited to claims you had, have, or may have arising under any federal or state antitrust, unfair competition, unfair practices, consumer protection, unjust enrichment, price discrimination, unitary pricing, or trade practice law, whether known or unknown.

The Settlement Agreement provides that Atkore will pay seventy-two million, five hundred thousand dollars ($72.5 million) and cooperate in the continuing lawsuit against the other Converter Defendants in exchange for a release of claims by DPP Settlement Class Members against Atkore, together with any and all of its past, present, and future, direct and indirect, corporate parents (including holding companies), owners, equity holders, shareholders, subsidiaries, divisions, departments, and related entities and other representatives and individuals, as set forth in the Settlement Agreement which is accessible on the settlement website (the "Atkore Released Parties"). The Settlement Agreement, however, does **not** release claims arising in the ordinary course of business under Article 2 of the Uniform Commercial Code pertaining to sales other than claims based in whole or in part on any of the Released Claims or for negligence, breach of contract, bailment, failure to deliver, lost goods, damaged or delayed goods, breach of warranty, or product liability claims, other than claims based in whole or in part on any of the Released Claims. In addition, the Settlement Agreement does not release claims based solely for the purchase of PVC Pipes and/or Fittings made indirectly from one or more of the Converter Defendants or any claims against the remaining non-

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

settling Converter Defendants.

Broadly speaking, the Settlement Agreement completely releases, acquits, and forever discharges Atkore and the Atkore Released Parties from any claims arising from purchases made directly from Converter Defendants at any time prior to April 28, 2026 (the date the Settlement Agreement was signed) that are related in any way to the claims alleged in *In re PVC Pipe Antitrust Litigation.*

The Settlement Agreement is available at www.pvcpipedirectclass.com. It fully describes the legal claims that you give up if you do nothing and stay in the DPP Settlement Class.

# Excluding Yourself from the Proposed Settlement

If you want to keep the right to sue Atkore or the Atkore Released Parties on your own for the claims being released in this Settlement, then you **must** take steps to exclude yourself from, or "opt out" of, the proposed Settlement. If you opt out and the Court approves the proposed Settlement, you will **not** get a payment from the Atkore Settlement.

| 12. How do I get out of the proposed Settlement? |
| --- |

To exclude yourself from or "opt out" of the proposed Settlement and retain your right to sue or continue to sue Atkore or the Atkore Released Parties, you must mail a letter with the following information:

- A statement indicating that you want to be excluded from the proposed Atkore Settlement in *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639; and

- The name (including any formerly known names, doing business as names, etc.), address, telephone number, and signature of the person or entity seeking exclusion.

Additionally, any DPP Settlement Class member, or Affiliate (which, as defined and stated in the Settlement Agreement, "means with respect to any person, entity or company, a person, entity, or company that directly or indirectly controls, is controlled by or is under common control with such person, entity or company") or assign thereof, who requests to be excluded from the proposed Settlement with respect to an assigned claim must identify the assignor, the assignee, and the total value of direct purchases during the Settlement Class Period from each Converter Defendant that is subject to the assignment, and provide a copy of the assignment agreement.

Exclusion requests can only be made by an individual or individual entity on behalf of themselves (and subsidiaries) and personally signed by each individual person or entity requesting exclusion.

Your exclusion letter must be postmarked by **Month x, 2026** and mailed to:

*PVC Pipe Direct Purchaser Settlement* – ATKORE EXCLUSIONS
c/o JND Legal Administration
PO Box xxxx
Seattle, WA 98111

## If you ask to be excluded from the proposed Settlement, you will **not** get a payment from the proposed Settlement, and you **cannot** object to the proposed Settlement.

If you do not request to be excluded from the proposed Settlement and the proposed Settlement is approved by the Court, you may be entitled to a payment from the Settlement Fund. If you have a pending lawsuit against Atkore or the Atkore Released Parties involving the same allegations or claims involved in this case, speak to your lawyer in that case immediately. You must exclude yourself from the proposed Settlement in order to bring your own lawsuit against Atkore or the Atkore Released Parties involving such claims.

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

**13. If I exclude myself, can I get money from the proposed Settlement?**

No. If you exclude yourself from, or "opt out" of, the proposed Settlement, you will **not** be able to get money from the proposed Settlement.

# The Lawyers Representing You

**14. Do I have a lawyer in this case?**

Yes. The Court has appointed the law firm of Kaplan Fox & Kilsheimer, LLP ("Interim Lead Counsel") to represent the DPP Settlement Class on an interim basis and for purposes of the proposed Settlement. If you want your own lawyer to represent you and appear in Court for you concerning the proposed Settlement, you may hire one at your own expense. If you wish to exclude yourself from the proposed Settlement and pursue your own lawsuit against Atkore, you may need to hire your own lawyer.

**15. How will the lawyers be paid?**

You are not personally responsible for any payment of attorneys' fees or for reimbursement of expenses incurred or paid by Interim Lead Counsel. Interim Lead Counsel is not asking at this time to be paid from the Settlement Fund. At a later date, Interim Lead Counsel will ask the Court to approve a payment from the Settlement Fund for fees, reimbursement of expenses, and a service award for the named DPPs. You will be provided notice of such request and given an opportunity to object to such request.

# Objecting to the Proposed Settlement

**16. How do I tell the Court that I don't like the proposed Settlement?**

If you stay in the DPP Settlement Class, you can object to the proposed Settlement if you do not like any part of it. The Court will consider your views, but the proposed Settlement may still be approved in spite of your objection.

To object, you <u>must</u> mail a letter that includes the following:

- A statement indicating that you object to the proposed Atkore Settlement in *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639;

- The name (including any formerly known names, doing business as names, etc.), address, telephone number, and signature of the person filing the objection (or their counsel's signature);

- The reasons you object, and any legal authority;

- The names of the attorneys that represent you, if any;

- Proof of your membership in the DPP Settlement Class, such as an invoice showing that you purchased PVC Pipe and/or Fittings directly from one or more Converter Defendants between January 1, 2020 and March 31, 2026, or otherwise satisfy the definition in answer to Question 6; and

- A statement of whether you or your counsel intend to appear at the Fairness Hearing, and the identity of any witness that you will call to testify in support of your objection.

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

You <u>must</u> mail your objection postmarked by <mark>Month x, 2026,</mark> to:

| The Court: | Interim Lead Counsel: | Atkore Counsel: |
|---|---|---|
| Clerk of Court | Robert N. Kaplan | Britt M. Miller |
| United States District Court for | Matthew P. McCahill | Matthew D. Provance |
| the Northern District of Illinois | KAPLAN FOX & | MAYER BROWN LLP |
| Everett McKinley Dirksen | KILSHEIMER LLP | 71 South Wacker Drive |
| United States Courthouse | 800 Third Avenue, 38th Floor | Chicago, IL 60606 |
| 219 South Dearborn Street | New York, NY 10022 | |
| Chicago, IL 60604 | | |

### 17. What's the difference between objecting and excluding?

"Objecting" is simply telling the Court that you do not like something about the proposed Settlement. You can object only if you don't exclude yourself from the DPP Settlement Class. "Excluding" yourself means that you are removing yourself from the DPP Settlement Class and you will **not** get a payment from the Settlement Fund. If you exclude yourself from or "opt out" of the DPP Settlement Class, you have no right to object to the proposed Settlement because it no longer affects you.

## The Court's Fairness Hearing

The Court will hold a fairness hearing to decide whether to approve the proposed Settlement. You may, but need not, attend the hearing. If you do attend the hearing, you may ask the Court's permission to speak (see Question 20), but you do not have to participate.

### 18. When and where will the Court decide whether to approve the proposed Settlement?

The Court will hold a Fairness Hearing at <mark>x:xx x.m. CT on Month x, 2026,</mark> at the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, <mark>Courtroom #x.</mark> The hearing may be moved to a different date or time without additional notice, so check www.pvcpipedirectclass.com before making travel plans. At the hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate. The Court will listen to DPP Settlement Class Members who have asked to speak at the hearing. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the proposed Settlement. We do not know how long the Court will take to decide.

### 19. Do I have to come to the hearing?

No. Interim Lead Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection to the proposed Settlement, you do not have to come to the Fairness Hearing to explain it. As long as you mail your written objection on time, the Court will consider it. You may also pay your own lawyer to attend and speak (or not) at the hearing on your behalf, but it is not required.

### 20. May I speak at the hearing?

Yes. If you did not exclude yourself from the DPP Settlement Class, you may ask the Court for permission for you or your own attorney to speak at the Fairness Hearing, at your own expense. To do so, you must send a letter stating the following:

- "Notice of Intention to Appear *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639;"

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

- The position you will take at the hearing and the reasons for your position;

- Your name, address, telephone number, your signature; and

- Proof of your membership in the DPP Settlement Class, such as invoices showing that you directly purchased PVC Pipes and/or Fittings from one or more Converter Defendants between January 1, 2020 and March 31, 2026, or proof that otherwise satisfies the definition in Question 6.

Your Notice of Intention to Appear must be postmarked by **Month x, 2026** and mailed to:

| **The Court:** | **Interim Lead Counsel:** | **Atkore Counsel:** |
|---|---|---|
| Clerk of Court | Robert N. Kaplan | Britt M. Miller |
| United States District Court for | Matthew P. McCahill | Matthew D. Provance |
| the Northern District of Illinois | KAPLAN FOX & | MAYER BROWN LLP |
| Everett McKinley Dirksen | KILSHEIMER LLP | 71 South Wacker Drive |
| United States Courthouse | 800 Third Avenue, 38th Floor | Chicago, IL 60606 |
| 219 South Dearborn Street | New York, NY 10022 | |
| Chicago, IL 60604 | | |

## If You Do Nothing

### 21. What happens if I do nothing at all?

If you do nothing, you will remain a DPP Settlement Class Member and be eligible to get a payment from the proposed Settlement (if approved by the Court), as well as payments from future settlements or recoveries in the continuing lawsuit against other Converter Defendants. If the Court approves the Settlement, you will release any and all claims against Atkore and the Atkore Released Parties that in any way relate to the allegations in the Action, including but not limited to claims arising under any federal or state antitrust, unfair competition, unfair practices, consumer protection, unjust enrichment, price discrimination, unitary pricing, or trade practice law, whether such claims are known or unknown, foreseen or unforeseen, suspected or unsuspected, or asserted or unasserted, from the beginning of the world up to April 28, 2026 (the date the Settlement Agreement was signed).

## Getting More Information

### 22. How do I get more information?

This Notice summarizes the proposed Settlement. For more detailed information, visit www.pvcpipedirectclass.com or call 1-855-779-9069.

DATED: _____, 2026                              The Honorable LaShonda A. Hunt

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**