- EXHIBIT C -

## Banner Ads 1

**728 x 90**



**300 x 600**



**300 x 250**



**320 x 50**



## LinkedIn Ads | 2

**Desktop**





## LinkedIn Ads 3

### Desktop







## LinkedIn Ads 4

### Mobile







