**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| This Document Relates to: | Hon. LaShonda A. Hunt |
| Non-Converter Seller Purchaser Class | |

## <u>UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES</u>

The Non-Converter Seller Purchaser Class ("NCSPs") through their undersigned counsel, intend to file Non-Converter Seller Purchaser Class Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement Agreement with Atkore Defendants and Related Relief ("Motion"), and hereby move this Court for entry of an Order granting them leave to file a brief in support of the Motion not to exceed 35 pages. In support, NCSPs state the following:

1.      NCSPs seek to move for preliminary approval of the settlement with Defendants Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., and Allied Tube & Conduit Corporation ("Atkore") (collectively, "Atkore").

2.      In order to fully and completely explain the justification for the preliminary approval of the settlement with Atkore, NCSPs require additional pages in excess of the 15 pages under Local Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois.

3.      While NCSPs have made every effort to be as concise as possible, they request up to 35 pages for their brief in support of the Motion.

WHEREFORE, for the above reasons, NCSPs respectfully request this Court enter an Order granting them leave to file a brief in support of their Motion, not to exceed 35 pages.

Dated: April 29, 2026                                   Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ *Brian D. Clark*                                   */s/ Karin E. Garvey*
Brian D. Clark (IL Bar No. 6350416)         Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Simeon A. Morbey (MN #0391338)           Brian M. Hogan (N.D. Ill. Bar No. 6286419)
Laura M. Matson (MN #0396598)            The Helmsley Building
100 Washington Avenue South, Suite 2200    230 Park Ave., 24th Floor
Minneapolis, Minnesota 55401                New York, NY 10169
(612) 339-6900                              (212) 223-6444
bdclark@locklaw.com                         kgarvey@scott-scott.com
samorbey@locklaw.com                        brian.hogan@scott-scott.com
lmmatson@locklaw.com

Kyle J. Pozan (IL Bar No. 6306761)          Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)
Consuela Abotsi-Kowu (MN #0505682)          600 W. Broadway, Suite 3300
1165 N. Clark Street, Suite 700             San Diego, CA 92101
Chicago, IL 60610                           (619) 233-4565
(312) 205-8968                              pcoughlin@scott-scott.com
kjpozan@locklaw.com
cmabotsi-kowu@locklaw.com                   Patrick McGahan *(*admitted *pro hac vice)*
                                            Michael Srodoski (admitted *pro hac vice*)
                                            156 South Main Street
                                            P.O. Box 192
                                            Colchester, CT 06415
                                            (860) 537-5537
                                            pmcgahan@scott-scott.com
                                            msrodoski@scott-scott.com

*Interim Co-Lead Class Counsel for Non-Converter Seller Purchasers*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

_/s/ Brian D. Clark_