**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| THIS DOCUMENT RELATES TO: | Hon. LaShonda A. Hunt |
| Direct Purchaser Plaintiff Action | |

## DECLARATION OF MATTHEW D. PROVANCE

I, Matthew D. Provance, hereby declare as follows:

1. I am a partner at Mayer Brown LLP, counsel for Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., and Allied Tube & Conduit Corporation (collectively, "Atkore") in the above-captioned matter. I am a member in good standing of the Illinois State Bar and am admitted to practice before the United States District Courts in the Northern, Central, and Southern Districts of Illinois. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

2. On May 8, 2026, JND Legal Administration, on behalf of Mayer Brown LLP, sent notices and accompanying materials required by the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to appropriate federal and state officials, including the Attorney General of the United States, the United States Department of Agriculture, and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the cover letter sent to each federal and state official designated to receive CAFA notices and the Service List used to mail or deliver notice to each recipient.

4. The cover letter enclosed a flash drive, which included copies of the materials required by 28 U.S.C. § 1715(b).

5. The cover letter and accompanying flash drive were mailed to each appropriate federal and state official for delivery by FedEx, with the exception of the Attorney General of the State of Nevada, which has directed that CAFA notices be provided electronically to the email address NVAGCAFAnotices@ag.nv.gov.

6. To the best of my knowledge and belief, I certify that the steps outlined above have satisfied Cargill's obligations arising under CAFA.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of May 2026, in Chicago, Illinois.

*/s/ Matthew D. Provance*
Matthew D. Provance

2



Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
United States of America

T: +1 312 782 0600
F: +1 312 701 7711

mayerbrown.com

May 8, 2026

**Matthew D. Provance**
Partner
T: +1 312 701 8598
F: +1 312 706 9397
MProvance@mayerbrown.com

**VIA FEDEX**

Hon. Todd Blanche
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20531

The State Attorneys General and other "appropriate
State officials" as defined by 28 U.S.C. § 1715(a)(2)
(See attached Distribution List)

> **Re:** **Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715**
> ***In re PVC Pipe Antitrust Litigation*, No. 1:24-cv-07639 (N.D. Ill.)**

Dear Sir or Madam:

I write on behalf of Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., and Allied Tube & Conduit Corporation (collectively, "Atkore") in relation to the above-referenced action currently pending in the United States District Court for the Northern District of Illinois before the Honorable Judge LaShonda A. Hunt. Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, please find enclosed information to advise you of a proposed class action settlement between Atkore and Plaintiffs Bill Wagner & Son, Inc., Vitolite Electric Sales Co. and Hodges Supply Company (collectively, "Plaintiffs"), on behalf of themselves and a Direct Purchaser ("DPP") class, in the above-referenced action.

On April 29, 2026, Plaintiffs filed an Uncontested Motion for Preliminary Approval of Direct Purchaser Plaintiffs' Settlement with Atkore ("Preliminary Approval Motion") in the above-referenced action. A telephonic hearing on the Preliminary Approval Motion has been scheduled on May 13, 2026, at 9:45 a.m. (Central). *See* ECF No. 723.

Atkore denies Plaintiffs' allegations and denies any liability whatsoever but has decided to settle the Plaintiffs' action in order to eliminate the burden, expense, and uncertainties of further litigation. In accordance with 28 U.S.C. § 1715(b), Atkore provides the enclosed documents identified below and states as follows:

1. **28 U.S.C. § 1715(b)(1) – Copy of the complaint, all materials filed with the complaint, and any amended complaints.**

   The enclosed flash drive contains publicly available copies of Plaintiffs' Class Action Complaints, First Amended Class Action Complaint (Public Redacted Version), Second Consolidated Amended Class Action Complaint, (Public

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership which operates in temporary association with Hong Kong partnership Johnson Stokes & Master) and Tauil & Chequer Advogados (a Brazilian law partnership).

**Exhibit 1**

Mayer Brown LLP

May 8, 2026
Page 2

Redacted Version). Atkore notes that sealed versions of the First and Second Amended Class Action Complaints may be accessed only if you file a motion with the Court and are permitted to review those materials. Copies of the documents referenced herein are also available online at https://www.jndcafa.com/pvadpp.

**2.      28 U.S.C. § 1715(b)(2) – Notice of any scheduled judicial hearing.**

A telephonic hearing on the Preliminary Approval Motion has been scheduled on May 13, 2026, at 9:45 a.m. (Central). *See* ECF No. 723.

**3.      28 U.S.C. § 1715(b)(3) – Any proposed or final notification to class members.**

Plaintiffs have moved for approval of a notice plan and have submitted a proposed notification to class members.

**4.      28 U.S.C. § 1715(b)(4) – Any proposed or final class action settlement.**

The enclosed flash drive includes a copy of the Settlement Agreement Between Direct Purchaser Plaintiffs and Atkore, which was attached as Exhibit A to the declaration of Robert N. Kaplan, ECF No. 715, filed in support of Plaintiffs' Preliminary Approval Motion.

**5.      28 U.S.C. § 1715(b)(5) – Any settlement or other agreement between class counsel and counsel for the defendants.**

As of the date of this correspondence, no other settlement or other agreement has been contemporaneously made between the DPP class's counsel and counsel for Atkore, except for a Confidential Side Letter referenced in the Settlement Agreement and available to the Court for in camera inspection. This Confidential Side Letter defines the opt-out percentage threshold at which Atkore is entitled to terminate the settlement.

**6.      28 U.S.C. § 1715(b)(6) – Any final judgment or notice of dismissal.**

Final judgment has not yet been entered as to the proposed settlement with respect to the DPP class.

**7.      28 U.S.C. § 1715(b)(7) – Class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

Atkore advises that it is not feasible at the present time to provide the names (or number) of class members of the DPP class who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement. That information will not be known until after notice of the settlement is given and eligible class members submit claim forms. Pursuant to the terms of

Mayer Brown LLP

May 8, 2026
Page 3

the settlement agreement, monetary relief will be available to eligible class members who properly submit claims and supporting documentation. And the amount of each class member's recovery will be determined by a plan of allocation that has not yet been submitted to the Court for approval. As a result, Atkore is unable at this time, and absent completion of the contemplated claims processes, to provide a reasonable estimate of the number of settlement class members residing in each State or the estimated proportionate share of the claims of such members. Upon the conclusion of the claims processes, the names (or number) of the class members per State and the estimated proportionate share of their claims will be available, if requested by you, from the claims administrator.

**8.      28 U.S.C. § 1715(b)(8) – Any written judicial opinion relating to the materials described in item numbers 3–6.**

There are no written judicial opinions relating to the materials described in item numbers 3-6.

Atkore submits this notice in a good faith effort to comply with any obligations it may have pursuant to 28 U.S.C. § 1715. In accordance with 28 U.S.C. § 1715(d), the Court will not finally approve the proposed class action settlements until at least 90 days after service of this notice.

If you have any questions about this notice, the lawsuit, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

Matthew D. Provance

Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-8598
Fax: (312) 706-9397

*Counsel for Atkore*

Enclosures

1759683723

Mayer Brown LLP

May 8, 2026
Page 4

**DISTRIBUTION LIST**

| | |
|---|---|
| **Alabama Attorney General Steve Marshall**<br>Office of the Attorney General<br>501 Washington Ave.<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | **Alaska Attorney General Stephen J. Cox**<br>Office of the Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| **American Samoa Attorney General Gwen Tauiliili Langkilde**<br>Office of the Attorney General<br>American Samoa Gov't, Exec. Ofc. Bldg<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | **Arizona Attorney General Kris Mayes**<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-1545 |
| **Arkansas Attorney General Tim Griffin**<br>Office of the Attorney General<br>101 W Capitol Avenue<br>Little Rock, AR 72201 | **California Attorney General Rob Bonta**<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7020 |
| **Colorado Attorney General Phil Weiser**<br>Office of the Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | **Connecticut Attorney General William Tong**<br>Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>AG.CAFA@CT.GOV |
| **Delaware Attorney General Kathy Jennings**<br>Office of the Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801-3520 | **Attorney General Brian Schwalb**<br>Attorney General District of Columbia<br>400 6th St., NW<br>Washington, DC 20001 |
| **Florida Attorney General James Uthmeier**<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050 | **Georgia Attorney General Chris Carr**<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| **Guam Attorney General Douglas Moylan**<br>Office of the Attorney General<br>134 W. Soledad Avenue, 4th Fl, Suite 412<br>Tamuning, Guam 96913 | **Hawaii Attorney General Anne E. Lopez**<br>Office of the Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |

1759683723

Mayer Brown LLP

May 8, 2026
Page 5

| | |
|---|---|
| **Idaho Attorney General Raúl Labrador**<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>Boise, ID 83720-0001 | **Illinois Attorney General Kwame Raoul**<br>Office of the Attorney General<br>115 S. LaSalle St, 23rd Fl.<br>Chicago, IL 60603 |
| **Indiana Attorney General Todd Rokita**<br>Office of the Attorney General<br>Indiana Government Center South – 5th Floor<br>302 West Washington Street<br>Indianapolis, IN 46204 | **Iowa Attorney General Brenna Bird**<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street, Room 109<br>Des Moines, IA 50319-0109 |
| **Kansas Attorney General Kris Kobach**<br>Office of the Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | **Kentucky Attorney General<br>Russell Coleman**<br>Office of the Attorney General<br>1024 Capital Center Drive, Suite 200<br>Frankfort, KY 40601-3449 |
| **Louisiana Attorney General Liz Murrill**<br>Office of the Attorney General<br>1885 North Third Street<br>Baton Rouge, LA 70802 | **Maine Attorney General Aaron Frey**<br>Office of the Attorney General<br>State House Station 6<br>Augusta, ME 04333-0006 |
| **Maryland Attorney General<br>Anthony G. Brown**<br>Office of the Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | **Massachusetts Attorney General<br>Andrea Campbell**<br>Office of the Attorney General<br>CAFA Coordinator/General Counsel's Office<br>One Ashburton Place, 20th Fl.<br>Boston, MA 02108 |
| **Michigan Attorney General Dana Nessel**<br>Office of the Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W. Ottawa St.<br>Lansing, MI 48933-1067 | **Minnesota Attorney General Keith Ellison**<br>Office of the Attorney General<br>445 Minnesota Street, Suite 600<br>Saint Paul, MN 55101-2131 |
| **Mississippi Attorney General Lynn Fitch**<br>Office of the Attorney General<br>Walter Sillers Building<br>550 High Street, Suite 1200<br>Jackson, MS 39201 | **Missouri Attorney General<br>Catherine Hanaway**<br>Office of the Attorney General<br>Supreme Ct. Bldg.<br>207 W. High St.<br>Jefferson City, MO 65101-1516 |

1759683723

Mayer Brown LLP

May 8, 2026
Page 6

| | |
|---|---|
| **Montana Attorney General Austin Knudsen**<br>Office of the Attorney General<br>Justice Bldg.<br>215 N. Sanders, 3rd Fl.<br>Helena, MT 59620-4517 | **Nebraska Attorney General Mike Hilgers**<br>Office of the Attorney General<br>1445 K Street, Room 2115<br>Lincoln, NE 68508 |
| **Nevada Attorney General Aaron D. Ford**<br>Office of the Attorney General<br>Old Supreme Ct. Bldg.<br>100 N. Carson St.<br>Carson City, NV 89701-4717<br>CAFA@ag.nv.gov | **New Hampshire Attorney General John Formella**<br>Office of the Attorney General<br>1 Granite Place South<br>Concord, NH 03301 |
| **New Jersey Attorney General Jennifer Davenport**<br>Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street, 8th Fl., West Wing<br>Trenton, NJ 08611 | **New Mexico Attorney General Raul Torrez**<br>Office of the Attorney General<br>Villagra Building<br>408 Galisteo Street<br>Santa Fe, NM 87501 |
| **New York Attorney General Letitia A. James**<br>Office of the Attorney General<br>CAFA Coordinator<br>28 Liberty Street, 15th Fl.<br>New York, NY 10005<br>CAFA.Notices@ag.ny.gov | **North Carolina Attorney General Jeff Jackson**<br>Office of the Attorney General<br>114 W Edenton Street<br>Raleigh, NC 27603 |
| **North Dakota Attorney General Drew Wrigley**<br>Office of the Attorney General<br>State Capitol<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505-0040 | **Northern Mariana Islands Attorney General Edward Manibusan**<br>Office of the Attorney General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| **Ohio Attorney General Dave Yost**<br>Office of the Attorney General<br>State Office Tower<br>30 E. Broad St., 14th Fl.<br>Columbus, OH 43215-3414 | **Oklahoma Attorney General Gentner Drummond**<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105-3207 |

1759683723

Mayer Brown LLP

May 8, 2026
Page 7

| | |
|---|---|
| **Oregon Attorney General Dan Rayfield**<br>Office of the Attorney General<br>Oregon Department of Justice<br>Justice Bldg., 1162 Court St., NE<br>Salem, OR 97301-4096 | **Pennsylvania Attorney General Dave Sunday**<br>Office of the Attorney General<br>Strawberry Square, 16th Fl.<br>Harrisburg, PA 17120 |
| **Puerto Rico Attorney General Lourdes Lynnette Gómez Torres**<br>Departamento. de Justicia de Puerto Rico<br>Calle Teniente César González 677, Esq. Ave. Jesús T. Piñero<br>San Juan, PR 00918-3920 | **Rhode Island Attorney General Peter F. Neronha**<br>Office of the Attorney General<br>150 S. Main St.<br>Providence, RI 02903-2907 |
| **South Carolina Attorney General Alan Wilson**<br>Office of the Attorney General<br>Rembert C. Dennis Office Bldg.<br>1000 Assembly St Rm 519<br>Columbia, SC 29201 | **South Dakota Attorney General Marty Jackley**<br>Office of the Attorney General<br>1302 S.D. East Highway 1889, Suite 1<br>Pierre, SD 57501-8501 |
| **Tennessee Attorney General Jonathan Skrmetti**<br>Office of the Attorney General<br>500 Dr Martin L King Jr. Boulevard<br>Nashville, TN 37219 | **Texas Attorney General Ken Paxton**<br>Office of the Attorney General<br>300 W. 15th St<br>Austin, TX 78701 |
| **U.S. Virgin Islands Attorney General Gordon C. Rhea**<br>Office of the Attorney General<br>Department of Justice<br>3438 Kronprindsens Gade GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802-5749 | **Utah Attorney General Derek Brown**<br>Office of the Attorney General<br>350 North State Street, Suite 230<br>Salt Lake City, UT 84114 |
| **Vermont Attorney General Charity R. Clark**<br>Office of the Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 | **Virginia Attorney General Jay Jones**<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |

1759683723

Mayer Brown LLP

May 8, 2026
Page 8

| | |
|---|---|
| **Washington Attorney General Nick Brown**<br>Office of the Attorney General<br>1125 Washington St. SE<br>Olympia, WA 98501-2283 | **West Virginia Attorney General John B. McCuskey**<br>Office of the Attorney General<br>State Capitol, 1900 Kanawha Blvd., E.<br>Building 1 Roomm E-26<br>Charleston, WV 25305-0029 |
| **Wisconsin Attorney General Josh Kaul**<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 | **Wyoming Attorney General Keith G. Kautz**<br>Office of the Attorney General<br>109 State Capitol<br>200 West 24th Street, Room W109<br>Cheyenne, WY 82002-3642 |
| **Federated States of Micronesia Secretary of Justice Leonito Bacalando, Jr.**<br>Department of Justice<br>P.O. Box PS-105<br>Palikir<br>Pohnpei State, FM 96941 | **Republic of the Marshall Islands Attorney General Bernard Adiniwin**<br>c/o RMI Embassy<br>2433 Massachusetts Avenue NW<br>Washington, DC 20008 |
| **Palau Attorney General Ernestine K. Rengiil**<br>Office of the Attorney General<br>P.O. Box 1365<br>Koror, PW 96940-0849 | |

1759683723