**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re: PVC Pipe Antitrust Litigation* | Case No. 1:24-cv-07639 |
| _____ | Hon. LaShonda A. Hunt |
| This Document Relates To: | |
| *All Direct Purchaser Plaintiff Actions* | |

**DIRECT PURCHASER PLAINTIFFS BILL WAGNER & SON, INC.'S, VITOLITE ELECTRIC SALES CO.'S, AND HODGES SUPPLY COMPANY's ("DPPs") UNOPPOSED MOTION FOR APPROVAL OF COMBINED NOTICE OF <u>PRELIMINARILY-APPROVED CLASS ACTION SETTLEMENTS</u>**

DPPs, by and through Court-appointed DPP Settlement Class Counsel and Liaison Counsel, respectfully move this Court for an Order approving a combined notice of the preliminarily-approved class action settlements with Settling Defendants Westlake Corporation and Westlake Pipe & Fittings Corporation  (collectively, "Westlake"), Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., Allied Tube & Conduit Corporation, and affiliated brands Heritage, Queen City Plastics, Rocky Mountain Colby Pipe a/k/a RMCP, Inc. n/k/a Cor-Tek (collectively, "Atkore") and Otter Tail Corporation ("Otter Tail"), Northern Pipe Products, Inc. ("Northern Pipe"), and Vinyltech Corporation ("Vinyltech," who, with Otter Tail, Northern Pipe, Westlake, and Atkore, are referred to collectively as the "Settling Defendants").

In support of this motion, DPPs state as follows:

1. The Court has preliminarily-approved DPPs' proposed class action settlements with the Settling Defendants (the "Settlements") including the form and content of the long-form and summary notices to potential members of the DPP Settlement Classes

advising them of the settlements, *see* ECF Nos. 710 (Westlake PAO), 786 (Atkore PAO) and 778 (Otter Tail PAO).

2. DPP Settlement Class Counsel have, after consultation with Court-appointed settlement administrator JND Legal Services, LLC ("JND") determined that combining these three Court-approved notices into a single notice will reduce the possibility of class member confusion upon receiving (with respect to the long-form notice) and/or viewing (with respect to the summary notice) three separate settlement notices about the same case at the same time.

3. Appended to this motion as Exhibit A is a draft of the combined long-form notice. Drafts of the revised combined summary notices are appended hereto as Exhibit B.

4. DPP Settlement Counsel have conferred with all the Settling Defendants on this motion. Settling Defendants do not oppose the motion.

Dated: June 5, 2026

Respectfully submitted,

*/s/ Robert N. Kaplan*

Robert N. Kaplan
Elana Katcher
Matthew P. McCahill
Carihanna Morrison
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, New York 10022
Tel: (212) 687-1980
rkaplan@kaplanfox.com
ekatcher@kaplanfox.com
mmccahill@kaplanfox.com
cmorrison@kaplanfox.com

Gary L. Specks
**KAPLAN FOX & KILSHEIMER LLP**
681 Prestwick Lane
Wheeling, Illinois 60090
Tel: (847) 831-1585

2

gspecks@kaplanfox.com

*Lead Counsel for the Direct Purchaser Plaintiff Class*

Joseph M. Vanek
David Germaine
John P. Bjork
Allison G. Margolies
**SPERLING KENNY NACHWALTER, LLC**
321 N. Clark Street, Suite 2500
Chicago, Illinois 60654
Tel: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
amargolies@sperlingkenny.com

Phillip F. Cramer
**SPERLING KENNY NACHWALTER, LLC**
1221 Broadway, Suite 2140
Nashville, Tenn. 37212
Tel: (312) 641-3200
pcramer@sperlingkenny.com

James Almon
**SPERLING KENNY NACHWALTER, LLC**
1616-D Metropolitan Cir.
Tallahassee, Florida 32308
Tel: (850) 942-4334
jalmon@sperlingkenny.com

*Liaison Counsel for the Direct Purchaser Plaintiff Class*

Dianne M. Nast
Joseph Roda
Michael Ford
Michele Burkholder
Michael Tarringer
**NASTLAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Penn. 19107
Tel: (215) 923-9300
dnast@nastlaw.com
jnroda@nastlaw.com

3

mford@nastlaw.com
mburkholder@nastlaw.com
mtarringer@nastlaw.com

Joshua H. Grabar
Julia Varano
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, Penn. 19103
Tel: (267) 507-6085
jgrabar@grabarlaw.com
jvarano@grabarlaw.com

Linda P. Nussbaum
Meghan J. Talbot
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com
mtalbot@nussbaumpc.com

Roberta D. Liebenberg
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jgittleman@finekaplan.com

Eric R. Lifvendahl
**LIFVENDAHL LAW, LLC**
265 Latrobe Avenue
Northfield, IL 60093
Tel: (847) 830-7002
eric@liflaw.com

Richard L. Coffman
**THE COFFMAN LAW FIRM**
3355 W. Alabama Street, Suite 240
Houston, Texas 77098
Tel: (713) 528-6700
rcoffman@coffmanlawfirm.com

4

Mitchell A. Toups
**Weller, Green, Toups & Terrell, LLP**
P.O.  Box 350 (490 Park St., Suite 111 - 77701)
Beaumont, TX 77704
(409) 832-1800
Fax:   (409) 832-8577
Email:  matoups@wgttlaw.com

*Counsel for the Direct Purchaser Plaintiff Class*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on June 5, 2026, I caused true and correct copies of this motion and its accompanying exhibits to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Robert N. Kaplan*
Robert N. Kaplan
