**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

George Bavolak, et al.

                                Plaintiff,

v.                                                    Case No.: 1:24–cv–07639
                                                      Honorable LaShonda A. Hunt

Atkore, Inc., et al.

                                Defendant.

---

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

        MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff Direct Purchaser Plaintiffs' Unopposed Motion for Approval of Combined Notice of Preliminarily–Approved Class Action Settlements [787] is granted. Enter Order. The motion hearing set for 6/10/26 [788] is stricken.Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.