UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

# $179 Million Class Action Settlements Reached

## If you purchased PVC Pipe and/or Fittings in the United States between January 1, 2020, and March 31, 2026, <u>directly</u> from any of the following companies, you may be affected:

**Atkore Inc. (and subsidiaries, divisions and/or brands Allied Tube & Conduit Corp., Heritage, Queen City Plastics, Rocky Mountain Colby Pipe, and Cor-Tek)**
**Cantex Inc.**
**Charlotte Pipe and Foundry Co.**
**Cresline Plastic Pipe Co.**
**Diamond Plastics Corporation**
**Prime Conduit, Inc.**
**Sanderson Pipe Corporation**
**Southern Pipe, Inc.**
**IPEX USA, LLC**
**J-M Manufacturing Company, Inc. d/b/a JM Eagle**
**National Pipe & Plastics, Inc.**
**Pipelife Jet Stream, Inc.**
**Otter Tail Corporation**
**Northern Pipe Products, Inc.**
**Vinyltech Corporation**
**Westlake Corporation**
**Westlake Pipe & Fittings Corporation**

*A federal court authorized this Notice. This is not a solicitation from a lawyer or a claims' filing service. If you receive communications from third parties about these Settlements, those communications were <u>not</u> approved or authorized by the court. You do not need to retain a claims' filing service in order to receive a payment from these proposed settlements*

- You may be affected by **three** proposed settlements (the "Settlements") in a class action lawsuit called *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639, pending in the United States District Court for the Northern District of Illinois (the "Action"). The proposed settlements are **<u>partial</u>** settlements because only three groups of Converter Defendants have settled:

  1. Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., Allied Tube & Conduit Corporation, and affiliated brands Heritage, Queen City Plastics, Rocky Mountain Colby Pipe a/k/a RMCP, Inc. n/k/a Cor-Tek (collectively, "Atkore") have paid $72.5 million, which is earning interest

  2. Westlake Corporation and Westlake Pipe & Fittings Corporation (collectively, "Westlake") have paid $67 million, which is earning interest; and

  3. Otter Tail Corporation ("Otter Tail"), Northern Pipe Products, Inc. ("Northern Pipe"), and

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

Vinyltech Corporation ("Vinyltech") (collectively "Otter Tail") of which Northern Pipe and VinylTech have agreed to pay $39.5 million

Collectively, Atkore, Westlake, Otter Tail, Northern Pipe, and Vinyltech are the "Settling Defendants."

The lawsuit is continuing against 11 Converter Defendants who have **not** settled. A settlement has also been reached with defendant Oil Price Information Service, LLC ("OPIS"). You may have received a notice about that settlement. This is a separate Notice about these three Settlements in this litigation.

- Under the proposed Settlements, the Settling Defendants have agreed to pay a total of **$179 million** (in addition, OPIS previously paid $3 million, bringing the collective total to **$182 million**) to create a Settlement Fund for the benefit of DPP Settlement Class Members, in exchange for a release, including the release of any and all claims against Settling Defendants and the Settling Defendants' Released Parties (as defined in the Settlement Agreements) relating in any way to the allegations in the Action, as set out in the Settlement Agreements. The Settling Defendants have also agreed to provide certain cooperation that may be useful to the DPPs in the continuing lawsuit against the non-settling Converter Defendants. The release of Settling Defendants and the Settling Defendants' Released Parties does not include a release of any of the non-settling Converter Defendants. The lawsuit is continuing against them.

- The Converter Defendants include the following manufacturers of PVC Pipe and/or Fittings: Atkore Inc. (and subsidiaries/divisions/affiliated brands Atkore International, Inc., Atkore Plastic Pipe Corp., Allied Tube & Conduit Corporation, Atkore RMCP, Inc., Heritage, Queen City Plastics, Rocky Mountain Colby Pipe a/k/a RMCP, Inc. n/k/a Cor-Tek); Cantex Inc.; Charlotte Pipe and Foundry Co.; Cresline Plastic Pipe Co.; Diamond Plastics Corporation; Prime Conduit, Inc.; Sanderson Pipe Corporation; Southern Pipe, Inc.; IPEX USA, LLC; J-M Manufacturing Company, Inc. d/b/a JM Eagle; National Pipe & Plastics, Inc.; Pipelife Jet Stream, Inc.; Otter Tail Corporation; Northern Pipe Products, Inc.; Vinyltech Corporation; and Westlake Corporation and Westlake Pipe & Fittings Corporation.

- "PVC Pipe and/or Fittings" refers to pipe and fittings made in whole or in part with polyvinyl chloride ("PVC"), as defined in each Settlement Agreement.

- The proposed Settlements are only on behalf of Direct Purchaser Plaintiffs Bill Wagner & Son, Inc., Vitolite Electric Sales Co., and Hodges Supply Company ("DPPs") and the DPP Settlement Class. DPPs and the DPP Settlement Class are persons and entities who purchased PVC Pipe and/or Fittings *directly* from one or more of the Converter Defendants in the United States and its territories during the period between January 1, 2020 and March 31, 2026.

- Payments to eligible DPP Settlement Class Members will be distributed following the Court's final approvals of the proposed Settlements with the Settling Defendants. If you did not exclude yourself from the OPIS settlement and do not exclude yourself from these proposed Settlements with Settling Defendants, you will be eligible to receive payments from **all** settlements. If you exclude yourself from any one of the Settlements, you will **not** be eligible to receive a payment from that Settlement. Please visit www.pvcpipedirectclass.com for updates.

- The proposed Settlements relate to a class action lawsuit brought on behalf of *direct* purchasers of PVC Pipe and/or Fittings. There are also lawsuits pending in the same Court on behalf of *indirect* purchasers. This proposed Settlement applies only to *direct* purchases of PVC Pipe and/or Fittings from the Converter Defendants and does **not** apply to any *indirect* purchases of PVC Pipe and/or Fittings.

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

- DPPs allege that, as of January 1, 2020, and continuing until March 31, 2026, Defendants engaged in a conspiracy to inflate prices of PVC Pipe and/or Fittings in the United States and its territories, that Defendants broke the law and as a result DPP Settlement Class Members paid more for PVC Pipe and/or Fittings than they otherwise would have. The Court has not decided who is right.

- If the Court approves the Settlements, they will resolve the claims in the Action against the Settling Defendants only. They will also release any and all claims against the Settling Defendants and the Settling Defendants' Released Parties relating in any way to the allegations in the Action, as set out in the Settlement Agreements.

- **Your legal rights will be affected whether or not you act.**

- Your rights and options – **and the deadlines to exercise them** – are explained in this Notice, along with information about the lawsuit and proposed Settlements. Please read the entire Notice carefully.

| Your Legal Rights and Options | | |
|---|---|---|
| **DO NOTHING** | • Stay in the DPP Settlement Class<br>• If the Court approves the proposed Settlements, you may be eligible for a payment. The $179 million Settlement Fund will be combined with the $3 million OPIS settlement fund for a distribution to DPP Settlement Class Members after the Court has given final approval of these proposed Settlements<br>• Give up your right to separately sue or continue to sue Settling Defendants and the Settling Defendants' Released Parties for any and all claims relating in any way to the allegations in the Action, as set out in the Settlement Agreements (See Question 11) | None |
| **GO TO THE COURT'S HEARING** | • Ask the Court for permission to speak about the fairness of the proposed Settlements (See Question 20) | **October 1, 2026** |
| **OBJECT TO THE SETTLEMENT** | • Stay in the DPP Settlement Class, but write to the Court about why you don't like the proposed Settlements (See Question 16). You will still be bound by the proposed Settlements | **August 25, 2026** |
| **EXCLUDE YOURSELF ("OPT OUT")** | • Remove yourself from any or all of the proposed Settlements on or before the exclusion deadline by following the instructions in this Notice (see Question 12)<br>• Get no payment from the proposed Settlement(s) from which you exclude yourself<br>• Keep your right to separately sue or continue to sue any of the Settling Defendants and the Settling Defendants' Released Parties from which you exclude yourself for the claims described in the Settlement Agreements (See Question 12) | Postmarked by **August 25, 2026** |

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

| What this Notice Contains |
|---|

**BASIC INFORMATION** ........................................................................................................ **PAGE 5**
  1.   Why did I get this Notice?
  2.   What is this lawsuit about?
  3.   Who are the Defendants?
  4.   Why is this a class action?
  5.   Why are there proposed Settlements with the Settling Defendants?

**THE DPP SETTLEMENT CLASS** ........................................................................................ **PAGE 6**
  6.   Am I part of the DPP Settlement Class?
  7.   I bought PVC Pipe and/or Fittings during the timeframe. Am I a DPP Settlement Class Member?
  8.   I'm still not sure if I am included.

**THE BENEFITS OF THE PROPOSED SETTLEMENTS** ............................................................ **PAGE 7**
  9.   What do the proposed Settlements provide?
  10.  When will I get my payment?
  11.  What am I giving up by staying in the proposed Settlements?

**EXCLUDING YOURSELF FROM THE PROPOSED SETTLEMENTS** ............................................ **PAGE 8**
  12.  How do I get out of the proposed Settlements?
  13.  If I exclude myself, can I get money from the proposed Settlements?

**THE LAWYERS REPRESENTING YOU** ............................................................................... **PAGE 9**
  14.  Do I have a lawyer in this case?
  15.  How will the lawyers be paid?

**OBJECTING TO THE PROPOSED SETTLEMENTS** .................................................................. **PAGE 9**
  16.  How do I tell the Court that I do not like the proposed Settlements?
  17.  What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING** .................................................................................. **PAGE 10**
  18.  When and where will the Court decide whether to approve the proposed Settlements?
  19.  Do I have to come to the hearing?
  20.  May I speak at the hearing?

**IF YOU DO NOTHING** ..................................................................................................... **PAGE 12**
  21.  What happens if I do nothing at all?

**GETTING MORE INFORMATION** ....................................................................................... **PAGE 12**
  22.  How can I get more information?

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

4

# Basic Information

## 1. Why did I get this Notice?

You received this Notice because you or your company may have purchased PVC Pipe and/or Fittings **directly** from one or more of the Converter Defendants between January 1, 2020 and March 31, 2026.

The Court has directed that this Notice be sent to you because, as a possible DPP Settlement Class Member, you have the right to know about the proposed Settlements and your rights and options before the Court decides whether to approve the proposed Settlements.

This Notice explains the lawsuit, the proposed Settlements, and your legal rights.

U.S. District Judge the Honorable LaShonda A. Hunt of the U.S. District Court for the Northern District of Illinois in Chicago, Illinois, is the judge overseeing this class action. The case is called *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639. The people who sued are called Plaintiffs, and the companies they sued are called Defendants. The only Defendants that have settled the lawsuit brought by the direct purchasers are OPIS and the Settling Defendants here, for which the Final Approval hearing is scheduled for October 1, 2026. The lawsuit is continuing against the other non-settling Converter Defendants.

## 2. What is this lawsuit about?

The lawsuit alleges that Defendants conspired to fix, raise, maintain, and stabilize the price of PVC Pipe and/or Fittings starting as early as January 1, 2020, and continuing until March 31, 2026, and that DPP Settlement Class Members paid higher prices for PVC Pipe and/or Fittings as a result. The Court has not decided who is right.

DPPs have reached proposed settlements with the Settling Defendants. While the Settling Defendants do not concede or admit liability for DPPs' allegations, they have agreed to settle this action to avoid the uncertainties and risks of further litigation. The lawsuit is proceeding against the non-settling Converter Defendants.

## 3. Who are the Defendants?

The Settling Defendants and the other Converter Defendants are collectively called Converter Defendants. The Converter Defendants are: Atkore Inc. (and subsidiaries/divisions/affiliated brands Atkore International, Inc., Atkore Plastic Pipe Corp., Allied Tube & Conduit Corporation, Atkore RMCP, Inc., Heritage, Queen City Plastics, Rocky Mountain Colby Pipe a/k/a RMCP, Inc. n/k/a Cor-Tek); Cantex Inc.; Charlotte Pipe and Foundry Co.; Cresline Plastic Pipe Co.; Diamond Plastics Corporation; Prime Conduit, Inc.; Sanderson Pipe Corporation; Southern Pipe, Inc.; IPEX USA, LLC; J-M Manufacturing Company, Inc. d/b/a JM Eagle; National Pipe & Plastics, Inc.; Pipelife Jet Stream, Inc.; Otter Tail Corporation; Northern Pipe Products, Inc.; Vinyltech Corporation; and Westlake. OPIS was also a Defendant. As set forth above, DPPs have settled with OPIS.

## 4. Why is this a class action?

In a class action, one or more individuals or entities called class representative sue on behalf of others who have similar claims, all of whom together are a "class." Individual class members do not have to file a lawsuit to participate in the class action settlement. One court resolves the settlement-related issues for

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

5

all class members, *except* for those who exclude themselves from the settlement.

### 5. Why are there proposed Settlements with the Settling Defendants?

The Court did not decide in favor of DPPs or the Settling Defendants. Instead, both sides agreed to the proposed Settlements to avoid the cost and risk of continued litigation and a trial. The proposed Settlements do not mean that any law was broken or that the Settling Defendants did anything wrong. DPPs and their counsel believe the proposed Settlements are the best result for all DPP Settlement Class Members. The lawsuit is continuing against the remaining non-settling Converter Defendants.

## The DPP Settlement Class

### 6. Am I part of the DPP Settlement Class?

You are a DPP Settlement Class Member if you or your company purchased PVC Pipe and/or Fittings in the United States and its territories **directly** from one or more of the Converter Defendants (or from any of the Converter Defendants' parents, predecessors, subsidiaries, or affiliates) at any time from January 1, 2020 through March 31, 2026.

Converter Defendants, and their parents, predecessors, subsidiaries, and affiliates, and all federal government entities and instrumentalities of the federal government are excluded from the DPP Settlement Class.

### 7. I bought PVC Pipe and/or Fittings during the timeframe. Am I a DPP Settlement Class Member?

Not necessarily. You are only a DPP Settlement Class Member if you bought PVC Pipe and/or Fittings during the time period **directly** from one of the Converter Defendants.

### 8. I'm still not sure if I am included.

If you are still not sure if you are a DPP Settlement Class Member, please review the detailed case information at www.pvcpipedirectclass.com. You may also call the Settlement Administrator at 1-855-779-9069.

## The Benefits of the Proposed Settlements

### 9. What do the proposed Settlements provide?

Under the proposed Settlements, Atkore has paid seventy-two million five hundred thousand dollars ($72,500,000); Westlake has paid sixty-seven million dollars ($67,000,000); and Northern Pipe and Vinyltech have agreed to pay a total of thirty-nine million five hundred thousand dollars ($39,500,000). In addition, OPIS previously paid three million dollars ($3,000,000), bringing the total collective cash amount to **$182 Million** (the "Settlement Fund"). These payments are made in exchange for a release of any and all claims against the Settling Defendants and the Settling Defendants' Released Parties relating in any way to the allegations in the Action, as set out in the Settlement Agreements. If the Court approves the

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

6

proposed Settlements, proceeds from the Settlement Fund will be distributed to eligible DPP Settlement Class Members. Payments will be sent after deducting notice and administration costs (up to $250,000 for each Settlement) and attorneys' fees (up to one-third of the Settlement Fund including on any accrued interest) as well as expenses and service awards to DPPs, if awarded by the Court, from the Settlement Fund. You will receive notice of any future application for attorneys' fees, reimbursement of expenses or service awards and will have an opportunity to review the application and to object to it. Further detail on Interim Lead Counsel's forthcoming requests for fees, expenses and service awards is in paragraph 15 herein.

Settling Defendants will also provide substantial cooperation to DPPs in the continuing lawsuit against the non-settling Converter Defendants. Details about the cooperation are in the Settlement Agreements available at www.pvcpipedirectclass.com.

## 10. When will I get my payment?

Payments from the Settlement Fund will **not** be sent to DPP Settlement Class Members at this time. But if you are a DPP Settlement Class Member and you don't exclude yourself, you will be eligible to receive a payment at a later date after the Court gives final approval to the proposed Settlements. This could take time; please be patient. If you exclude yourself from one or more of the proposed Settlements, you will **not** be eligible to get a payment from the proposed Settlements from which you exclude yourself.

## 11. What am I giving up by staying in the proposed Settlements?

Unless you exclude yourself from any of the proposed Settlements, you cannot sue, continue to sue, or be part of any other lawsuit against the Settling Defendants or the Settling Defendants' Released Parties for any claims relating in any way to the legal or factual issues in the Action and your direct purchases from one or more Converter Defendants. All the Court's orders will apply to you and legally bind you. As set forth in the Settlement Agreements which are available on the settlement website, the release includes but is not limited to claims you had, have, or may have arising under any federal or state antitrust, unfair competition, unfair practices, consumer protection, unjust enrichment, price discrimination, unitary pricing, or trade practice law, whether known or unknown.

The Settlement Agreements provide that Atkore will pay seventy-two million five hundred thousand dollars ($72,500,000); Westlake sixty-seven million dollars ($67,000,000); and Northern Pipe and Vinyltech collectively thirty-nine million five hundred thousand dollars ($39,500,000) and that the Settling Defendants will cooperate in the continuing lawsuit against the non-settling Converter Defendants in exchange for a release of claims by DPP Settlement Class Members against the Settling Defendants, together with any and all of their past, present, and future, direct and indirect, corporate parents (including holding companies), owners, equity holders, shareholders, subsidiaries, divisions, departments, and related entities and other representatives and individuals, as set forth in the Settlement Agreements which are accessible on the settlement website (the "Settling Defendants' Released Parties"). The Settlement Agreements, however, do **not** release claims arising in the ordinary course of business under Article 2 of the Uniform Commercial Code pertaining to sales other than claims based in whole or in part on any of the Released Claims, or for negligence, breach of contract, bailment, failure to deliver, lost goods, damaged or delayed goods, breach of warranty, or product liability claims, other than claims based in whole or in part on any of the Released Claims. In addition, the Settlement Agreements do not release claims based solely for the purchase of PVC Pipes and/or Fittings made *indirectly* from one or more of the Converter Defendants or any claims against the remaining non-settling Converter Defendants.

Broadly speaking, the Settlement Agreements completely release, acquit, and forever discharge the

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

7

Settling Defendants and the Settling Defendants' Released Parties from any claims arising from purchases made directly from Converter Defendants at any time prior to the date the relevant Settlement Agreement was signed (i.e., March 26, 2026 for Westlake, April 28, 2026 for Atkore, and May 28, 2026 for Otter Tail, Northern Pipe and Vinyltech) that are related in any way to the claims alleged in *In re PVC Pipe Antitrust Litigation.* The Settlement Agreements are available at www.pvcpipedirectclass.com. They fully describe the legal claims that you give up if you do nothing and stay in the DPP Settlement Class.

# Excluding Yourself from the Proposed Settlements

If you want to keep the right to sue any of the Settling Defendants or the Settling Defendants' Released Parties on your own for the claims being released in the proposed Settlements, then you **must** take steps to exclude yourself from, or "opt out" of, that Settling Defendant's proposed Settlement. If you opt out and the Court approves the proposed Settlement, you will **not** get a payment from that proposed Settlement.

| 12. How do I get out of the proposed Settlements? |
| --- |

To exclude yourself from or "opt out" of any of the proposed Settlements and retain your right to sue or continue to sue that Settling Defendant or its Released Parties, you <u>must</u> mail a letter with the following information:

- A statement indicating which of the proposed Settlements you want to be excluded from (i.e., Atkore; Westlake; and/or Otter Tail, Northern Pipe, and Vinyltech), as well as the name of the Action (*In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639); and

- The name (including any formerly known names, doing business as names, etc.), address, telephone number, and signature of the person or entity seeking exclusion.

Additionally, any DPP Settlement Class Member, or Affiliate (as or to the extent defined in the Settlement Agreements) or assign thereof, who requests to be excluded from the proposed Settlements with respect to an assigned claim must identify the assignor, the assignee, and the total value of direct purchases during the Settlement Class Period from each Converter Defendant that is subject to the assignment, and provide a copy of the assignment agreement.

Exclusion requests can only be made by an individual or individual entity on behalf of themselves (and subsidiaries) and personally signed by each individual person or entity requesting exclusion.

Your exclusion letter <u>must</u> be postmarked by **August 25, 2026** and mailed to:

*PVC Pipe Direct Purchaser Settlement* – EXCLUSIONS
c/o JND Legal Administration
PO Box xxxx
Seattle, WA 98111

**If you ask to be excluded from any of the proposed Settlements,
you will <u>not</u> get a payment from that proposed Settlement, and
you <u>cannot</u> object to that proposed Settlement.**

If you do not request to be excluded from the proposed Settlements and the proposed Settlements are approved by the Court, you may be entitled to a payment from the Settlement Fund. If you have a pending lawsuit against any of the Settling Defendants or the Settling Defendants' Released Parties involving the same allegations or claims involved in this case, speak to your lawyer in that case immediately. You must exclude yourself from the Settling Defendant's proposed Settlement in order to pursue your own lawsuit

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

8

against that Settling Defendant or the Settling Defendant's Released Parties involving such claims.

| **13. If I exclude myself, can I get money from the proposed Settlements?** |
| --- |

No. If you exclude yourself from, or "opt out" of any of the proposed Settlements, you will **not** be able to get money from that proposed Settlement.

# The Lawyers Representing You

| **14. Do I have a lawyer in this case?** |
| --- |

Yes. The Court has appointed the law firm of Kaplan Fox & Kilsheimer, LLP ("Interim Lead Counsel") to represent the DPP Settlement Class on an interim basis and for purposes of the proposed Settlements. If you want your own lawyer to represent you and appear in Court for you concerning the proposed Settlements, you may hire one at your own expense. If you wish to exclude yourself from any of the proposed Settlements and pursue your own lawsuit against a Settling Defendant or a Settling Defendant's Released Party, you may need to hire your own lawyer.

| **15. How will the lawyers be paid?** |
| --- |

You are not personally responsible for any payment of attorneys' fees or for reimbursement of expenses incurred or paid by Interim Lead Counsel. At a later date, Interim Lead Counsel will ask the Court to approve a payment or payments from the Settlement Fund for fees of up to one-third of the Settlement Fund (including on any accrued interest). Interim Lead Counsel will also seek reimbursement of costs and expenses and service awards for the named DPPs. You will be provided notice of the foregoing application(s) and given an opportunity to review the application(s) and object to them, if you wish.

# Objecting to the Proposed Settlements

| **16. How do I tell the Court that I don't like the proposed Settlements?** |
| --- |

If you stay in the DPP Settlement Class, you can object to the proposed Settlements if you do not like any part of them. The Court will consider your views, but the proposed Settlements may still be approved in spite of your objection.

To object, you <u>must</u> mail a letter that includes the following:

- A statement indicating to which of the proposed Settlements you have an objection (i.e., Atkore; Westlake; and/or Otter Tail, Northern Pipe, and Vinyltech), as well as the name of the Action *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639;
- The name (including any formerly known names, doing business as names, etc.), address, telephone number, and signature of the person filing the objection (or their counsel's signature);
- The reasons you object, and any legal authority;
- The names of the attorneys that represent you, if any;
- Proof of your membership in the DPP Settlement Class, such as an invoice showing that you purchased PVC Pipe and/or Fittings directly from one or more Converter Defendants between January 1, 2020 and March 31, 2026, or otherwise satisfy the definition in answer to Question 6;

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

and

- A statement of whether you or your counsel intend to appear at the Fairness Hearing, and the identity of any witness that you will call to testify in support of your objection.

You <u>must</u> mail your objection postmarked by **August 25, 2026,** to the Court, Interim Lead Counsel, and the Settling Defendants' Counsel for which proposed Settlements your objection applies:

**<u>The Court:</u>**
Clerk of Court
United States District Court for
the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**<u>Westlake Counsel:</u>**
William R. H. Merrill
James T. Southwick
Elizabeth B. Hadaway
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096

**<u>Interim Lead Counsel:</u>**
Robert N. Kaplan
Matthew P. McCahill
KAPLAN FOX &
KILSHEIMER LLP
800 Third Avenue
38th Floor
New York, NY 10022

**<u>Atkore Counsel:</u>**
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

**<u>Otter Tail, Northern Pipe, and Vinyltech Counsel:</u>**
Eliot A. Adelson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

Lisa P. Phelan
Megan E. Gerking
Robert Manoso
MORRISON & FOERSTER LLP
2100 L Street NW
Washington, DC 20037

| **17. What's the difference between objecting and excluding?** |
| --- |

"Objecting" is simply telling the Court that you do not like something about the proposed Settlements. You can object only if you don't exclude yourself from the DPP Settlement Class. "Excluding" yourself means that you are removing yourself from the DPP Settlement Class and you will **not** get a payment from the Settlement Fund from which you exclude yourself. If you exclude yourself from or "opt out" of one or more the Settlements you have no right to object to the proposed Settlement because it no longer affects you.

# <u>The Court's Fairness Hearing</u>

The Court will hold a fairness hearing to decide whether to approve the proposed Settlements. You may, but need not, attend the hearing. If you do attend the hearing, you may ask the Court's permission to speak (see Question 20), but you do not have to participate.

| **18. When and where will the Court decide whether to approve the proposed Settlements?** |
| --- |

The Court will hold a Fairness Hearing at 9:00 a.m. central time on **October 1, 2026,** at the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom #1425. The hearing may be moved to a different date or time without additional notice, so check www.pvcpipedirectclass.com before making travel plans. At the hearing, the Court will consider whether the proposed Settlements are fair, reasonable, and adequate. The Court will listen to DPP Settlement Class Members who have asked to speak at the hearing. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the proposed Settlements. We do not know how long the Court

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

10

will take to decide.

## 19. Do I have to come to the hearing?

No. Interim Lead Counsel will answer any questions the Court may have. However, you are welcome to come at your own expense. If you send an objection to any of the proposed Settlements, you do not have to come to the Fairness Hearing to explain it. As long as you mail your written objection on time, the Court will consider it. You may also pay your own lawyer to attend and speak (or not) at the hearing on your behalf, but it is not required.

## 20. May I speak at the hearing?

Yes. If you did not exclude yourself from the DPP Settlement Class, you may ask the Court for permission for you or your own attorney to speak at the Fairness Hearing, at your own expense. To do so, you must send a letter stating the following:

- "Notice of Intention to Appear *In re PVC Pipe Antitrust Litigation*, Case No. 1:24-cv-07639;"
- The position you will take at the hearing and the reasons for your position;
- Your name, address, telephone number, your signature; and
- Proof of your membership in the DPP Settlement Class, such as invoices showing that you directly purchased PVC Pipes and/or Fittings from one or more Converter Defendants between January 1, 2020 and March 31, 2026, or proof that otherwise satisfies the definition in Question 6.

Your Notice of Intention to Appear **must** be postmarked by **August 25, 2026** and mailed to the Court, Interim Lead Counsel, and the Settling Defendants' Counsel for which proposed Settlements your Notice of Intention to Appear applies:

**The Court:**
Clerk of Court
United States District Court for
the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**Westlake Counsel:**
William R. H. Merrill
James T. Southwick
Elizabeth B. Hadaway
SUSMAN GODFREY LLP
1000 Louisiana Street
Suite 5100
Houston, TX 77002-5096

**Interim Lead Counsel:**
Robert N. Kaplan
Matthew P. McCahill
KAPLAN FOX &
KILSHEIMER LLP
800 Third Avenue
38th Floor
New York, NY 10022

**Atkore Counsel:**
Britt M. Miller
Matthew D. Provance
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

**Otter Tail, Northern Pipe, and Vinyltech Counsel:**
Eliot A. Adelson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105

Lisa P. Phelan
Megan E. Gerking
Robert Manoso
MORRISON & FOERSTER LLP
2100 L Street NW
Washington, DC 20037

# If You Do Nothing

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

**21. What happens if I do nothing at all?**

If you do nothing, you will remain a DPP Settlement Class Member and be eligible to get a payment from the proposed Settlements (if approved by the Court), as well as payments from future settlements or recoveries in the continuing lawsuit against other Converter Defendants. If the Court approves the Settlements, you will release any and all claims against Settling Defendants and Settling Defendants' Released Parties that in any way relate to the allegations in the Action, including but not limited to claims arising under any federal or state antitrust, unfair competition, unfair practices, consumer protection, unjust enrichment, price discrimination, unitary pricing, or trade practice law, whether such claims are known or unknown, foreseen or unforeseen, suspected or unsuspected, or asserted or unasserted, from the beginning of the world up to the date the Settlement Agreement was signed (i.e., March 26, 2026 for Westlake, April 28, 2026 for Atkore, and May 28, 2026 for Otter Tail, Northern Pipe and Vinyltech).

# <u>Getting More Information</u>

**22. How do I get more information?**

This Notice summarizes the proposed Settlements. For more detailed information, visit www.pvcpipedirectclass.com or call 1-855-779-9069.

DATED: June 26, 2026                                    The Honorable LaShonda A. Hunt

**Questions? Visit www.pvcpipedirectclass.com or call toll-free 1-855-779-9069**

12