# EXHIBIT B

## Banner Ads                                                                    1

### 728 x 90



### 300 x 600



### 300 x 250



### 320 x 50



## LinkedIn Ads

**2**

### Desktop









## LinkedIn Ads

3

## Mobile





