**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| *In re PVC Pipe Antitrust Litigation* | Case No. 24 C 07639 |
| _____ | Hon. LaShonda A. Hunt |
| THIS DOCUMENT RELATES TO: | |
| *The Direct Purchaser Plaintiff Class* | |

**ORDER APPROVING DIRECT PURCHASER PLAINTIFFS BILL WAGNER & SON, INC.'S, VITOLITE ELECTRIC SALES CO.'S, AND HODGES SUPPLY COMPANY's ("DPPs") UNOPPOSED MOTION FOR APPROVAL OF COMBINED NOTICE OF PRELIMINARILY-APPROVED CLASS ACTION SETTLEMENTS**

Having reviewed Direct Purchaser Plaintiffs' ("DPPs") Unopposed Motion for Approval of Combined Notice of Preliminarily-Approved Class Action Settlements (ECF No. 787) and all other relevant case filings, the Court hereby finds that DPPs' motion should be **GRANTED**.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The Court approves for dissemination to potential members of the DPP Settlement Classes the Combined Notice of Preliminarily-Approved Class Action Settlements, attached hereto as Exhibit A.

2.     This Court approves for posting online in various online locations the combined summary notice, attached hereto as Exhibit B.

**DATED**: June 8, 2026                    **ENTERED**:

*LaShonda A Hunt*
_____
LaShonda A. Hunt
United States District Judge