**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re PVC Pipe Antitrust Litigation*<br><br>THIS DOCUMENT RELATES TO:<br><br>Non-Converter Seller Purchaser Class | Case No. 1:24-cv-07639<br><br>Hon. LaShonda A. Hunt |

**NON-CONVERTER-SELLER PURCHASER CLASS PLAINTIFFS' OPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT WITH DEFENDANTS ATKORE AND OTTER TAIL**

PLEASE TAKE NOTE that the Non-Converter Seller Purchaser Class ("NCSPs") hereby move the Court to finally approve the settlement agreements between NCSPs and Defendants (i) Atkore Inc., Atkore International, Inc., Atkore Plastic Pipe Corp., Atkore RMCP, Inc., and Allied Tube & Conduit Corporation (collectively, "Atkore"); and (ii) Otter Tail Corporation, Northern Pipe Products, Inc., and Vinyltech Corporation (collectively, "Otter Tail").

This motion is based on this notice of motion and motion, Federal Rules of Civil Procedure 23, the concurrently filed Memorandum of Law and supporting declaration and exhibits, and all other evidence and arguments presented in the briefings and at the hearing of this motion.

NCSPs recognize that the Court's rules instruct that an agreed briefing schedule be provided for opposed motions. However, because the Court's preliminary approval order, (ECF No. 779), sets a schedule for briefing, and the sole objector already filed a 22-page objection to the settlement, NCSPs have not submitted an additional briefing schedule in connection with this Motion.

Dated: September 1, 2026

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN PLLP**

/s/ *Brian D. Clark*
Brian D. Clark (IL Bar No. 6350416)
Simeon A. Morbey (MN #0391338)
Laura M. Matson (MN #0396598)
Eura Chang (MN #0403526)
Madison J. Gaffney (MN #0504951)
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900
bdclark@locklaw.com
samorbey@locklaw.com
lmmatson@locklaw.com
echang@locklaw.com
mjgaffney@locklaw.com

Kyle J. Pozan (IL Bar No. 6306761)
Consuela Abotsi-Kowu (MN #0505682)
1165 N. Clark Street, Suite 700
Chicago, IL 60610
(312) 205-8968
kjpozan@locklaw.com
cmabotsi-kowu@locklaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Karin E. Garvey*
Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
(212) 223-6444
kgarvey@scott-scott.com
brian.hogan@scott-scott.com

Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)
600 W. Broadway, Suite 3300
San Diego, CA 92101
(619) 233-4565
pcoughlin@scott-scott.com

Patrick McGahan (admitted *pro hac vice*)
Michael Srodoski (admitted *pro hac vice*)
Zachary A. Kranc (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
(860) 537-5537
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
zkranc@scott-scott.com

*Co-Lead Class Counsel for the Non-Converter Seller Purchaser Class*